# Exhibit 3

**Expensify, Inc. Loss Chart**

Pursuant and/or traceable to the Offering Documents issued in connection with the Company's Initial Public Offering conducted on or about November 11, 2021

Lookback Price

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 2.42 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Angel Cifuentes Morales | 11/11/2021 | 255 | ($27.00) | ($6,885.00) | 5/9/2022 | 110 | $14.25 | $1,566.95 | | | | |
| FIFO | 2/1/2022 | 85 | ($27.00) | ($2,295.00) | 1/16/2024 | 340 | $1.93 | $657.29 | | | | |
| | 3/31/2022 | 110 | ($16.47) | ($1,811.70) | | | | | | | | |
| | | 450 | | ($10,991.70) | | 450 | | $2,224.24 | 0 | $0.00 | ($8,767.46) | |