**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| CODY WILHITE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, and ROBERT LENT<br>Defendants. | CASE No.: 3:23-cv-01784-JR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL |

WHEREAS, the above-captioned securities class actions (the "Securities Class Actions") has been filed against defendants Expensify, Inc. ("Expensify" or the "Company") and certain of its officers and directors, alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i), on November 30, 2023, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on January 29, 2023, Angel Cifuentes Morales ("Movant") moved the Court to appoint Movant as Lead Plaintiff, and to approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class and Ransom, Gilbertson, Martin & Ratliff, LLP as Liaison Counsel;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23; and

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* U.S.C. § 77z-1(a)(3)(B)(iii)(I);

1

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1.      Pursuant to Section 27 of the Securities Act, Movant is appointed as Lead Plaintiff for the class as he has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.      Movant's choice of counsel is approved and, accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel and Ransom, Gilbertson, Martin & Ratliff, LLP is appointed as Liaison Counsel.

3.      Lead Counsel and Liaison Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel and Liaison Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences; (4) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time; (5) to initiate and direct discovery; (6) prepare the case for trial; (7) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class; and (8) to supervise any other matters concerning the prosecution, resolution or settlement of the above-captioned securities class action.

SO ORDERED:

Dated _____, 2024    _____

HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

2