**Michael B. Merchant**, OSB No. 882680
mike.merchant@bhlaw.com
BLACK HELTERLINE LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148

*Liaison Counsel for Movant Aleem Kanji*
*And Proposed Liaison Counsel for the Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:23-cv-01784-JR |
| Plaintiff, | **DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT OF MOTION OF ALEEM KANJI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| v. | |
| EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, and ROBERT LENT, | |
| Defendants. | |

I, Michael B. Merchant, hereby declare as follows:

1.     I am a partner at Black Helterline LLP ("Black Helterline"), liaison counsel for lead plaintiff movant Aleem Kanji ("Movant") and proposed liaison counsel for the Class.

Page 1 –   DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT

2505918

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky ("Levi & Korsinsky") as lead counsel and Black Helterline as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:    Certification of Movant attaching transactions made in Expensify, Inc. ("Expensify" or the "Company") pursuant and/or traceable to the IPO;

**Exhibit B**:    Table of the calculated losses incurred by Movant as a result of transactions in Expensify common stock;

**Exhibit C**:    Press release published November 30, 2023 on *Newsfile Corp.*, announcing the pendency of the first-filed Action;

**Exhibit D**:    Signed Declaration by Movant in support of his Motion; and

**Exhibit E**:    Firm résumé of Levi & Korsinsky.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING FACTS ARE TRUE AND CORRECT.**

DATED this 29th day of January, 2024.

BLACK HELTERLINE LLP

By:_____s/ Michael B. Merchant_____
    Michael B. Merchant
    OSB No. 882680
    (503) 224-5560

*Liaison Counsel for Movant Aleem Kanji*
*and Proposed Liaison Counsel for the Class*

LEVI & KORSINSKY, LLP
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Lead Counsel for Movant Aleem Kanji and
Proposed Lead Counsel for the Class*

Page 3 –    DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all

parties in the record of the subject case via CM/ECF system transmission.

DATED this 29th day of January 2024.

BLACK HELTERLINE LLP

By:    s/ Michael B. Merchant
       Michael B. Merchant, OSB No. 882680
       (503) 224-5560

       *Liaison Counsel for Movant Aleem Kanji
       and Proposed Liaison Counsel for the
       Class*

Page 1 – Certificate of Service

2505918