# EXHIBIT C

# Pomerantz Law Firm Announces the Filing of a Class Action Against Expensify, Inc. and Certain Officers - EXFY

New York, New York--(Newsfile Corp. - November 30, 2023) - Pomerantz LLP announces that a class action lawsuit has been filed against Expensify, Inc. ("Expensify" or the "Company") (NASDAQ: EXFY) and certain officers. The class action, filed in the United States District Court for the District of Oregon, and docketed under 23-cv-01784, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Expensify common stock pursuant and/or traceable to the Offering Documents (defined below) issued in connection with the Company's initial public offering conducted on or about November 11, 2021 (the "IPO" or "Offering"). Plaintiff pursues claims against the Defendants under the Securities Act of 1933 (the "Securities Act").

If you are a shareholder who purchased or otherwise acquired Expensify common stock pursuant and/or traceable to the IPO you have until January 29, 2024, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com (https://api.newsfilecorp.com/redirect/gOVDDTmJKw). To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[**Click here for information about joining the class action**] (https://api.newsfilecorp.com/redirect/pEyQQtj7NZ)

Expensify provides a cloud-based expense management software platform to individuals, small businesses, and corporations in the U.S. and internationally. The Company's platform purportedly enables users to manage corporate cards, pay bills, generate invoices, collect payments, and book travel, and Expensify offers track and submit plans for individuals.

On October 15, 2021, Expensify filed a registration statement on Form S-1 with the SEC in connection with the IPO, which, after several amendments, was declared effective by the SEC on November 9, 2021 (the "Registration Statement").

On or about November 11, 2021, pursuant to the Offering Documents, Expensify conducted its IPO, selling 9.73 million shares priced at $27.00 per share.

On November 12, 2021, Expensify filed a prospectus on Form 424B4 with the SEC in connection with the IPO, which incorporated and formed part of the Registration Statement (the "Prospectus" and, together with the Registration Statement, the "Offering Documents").

The Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact or omitted to state other facts necessary to make the statements made not misleading and was not prepared in accordance with the rules and regulations governing their preparation. Specifically, the Offering Documents made false and/or misleading statements and/or failed to disclose that: (i) Expensify's revenue growth was highly susceptible to structural and macroeconomic headwinds; (ii) as a result, the Company overstated the efficacy of its business model and the likelihood it would meet the long-term growth projections touted in the Offering Documents; (iii) accordingly, the Company's post-IPO financial position and/or business prospects were overstated; and (iv) as a result, Defendants' statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

On June 12, 2023, Morgan Stanley downgraded Expensify to Underweight from Equal-weight, citing structural headwinds and the Company's risk-reward profile.

On this news, Expensify's stock price fell $0.45 per share, or 6.28%, to close at $6.72 per share on June 12, 2023.

Then, on August 8, 2023, Expensify issued a press release announcing its second quarter 2023 financial and operating results. Among other items, Expensify reported GAAP EPS of -$0.14, missing consensus estimate of -$0.07, and revenue of $38.9 million, which likewise missed the consensus estimate of $41.5 million. Expensify also withdrew its previously issued revenue growth guidance. Following Expensify's disclosures, JMP Securities downgraded the Company to Market Perform from Market Outperform.

On this news, Expensify's stock price fell $1.69 per share, or 28.55%, to close at $4.23 per share on August 9, 2023.

Finally, after the market closed on November 7, 2023, Expensify issued a press release announcing third quarter 2023 financial and operating results that once again missed consensus estimates amid macroeconomic headwinds. Among other items, Expensify reported a Q3 GAAP loss of $0.21 per share and a 14.1% year-over-year revenue decline.

On this news, Expensify's stock price fell $1.07 per share, or 36.89%, to close at $1.83 per share on November 8, 2023.

As of the time this Complaint was filed, Expensify's securities continue to trade below the $27 per share Offering price, damaging investors.

As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of Expensify's securities, Plaintiff and other Class members have suffered significant losses and damages.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/YYQgghX7aX).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com (mailto:rswilloughby@pomlaw.com)
888-476-6529 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/189277 (https://api.newsfilecorp.com/redirect/0VMkkhJQoE)