**Chenoweth Law Group, PC**
Aurelia Erickson, OSB #126170
aerickson@chenowethlaw.com
Robert J. McGaughey, OSB #800787
bobm@chenowethlaw.com
510 SW Fifth Ave., Fourth Floor
Portland, Oregon 97204
Telephone: (503) 221-7958
Fax: (503) 221-2182

*Liaison Counsel for Lead Plaintiff Movant*
*and Proposed Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, and ROBERT LENT,<br><br>Defendants. | **CASE No.: 3:23-cv-01784-JR**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ROB ROSENFELD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Rob Rosenfeld ("Rosenfeld"), and have personal knowledge of the facts set forth herein.

2.    I make this Declaration in support of Rosenfeld's motion for appointment as Lead Plaintiff of the Class and approval of his selection of Pomerantz as Lead Counsel and Chenoweth Law Group, P.C. as Liaison Counsel for the Class.

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

1 - DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ROB ROSENFELD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

Exhibit A:    Loss Chart of Rosenfeld;

Exhibit B:    Press release published over *Newsfile Corp.* on November 29, 2023, announcing the pendency of the above-captioned action;

Exhibit C:    Shareholder Certification executed by Rosenfeld;

Exhibit D:    Declaration executed by Rosenfeld;

Exhibit E:    Firm resume of Pomerantz; and

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 29, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2 - DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ROB ROSENFELD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL