# EXHIBIT A

**Expensify, Inc. (EXFY)**
**Class Period: November 10, 2021 (IPO)**
**IPO Date: November 10, 2021**
**IPO Price: $27.00 share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **11** | **$2.4200** | | |
| | | | | | | | | | | | | **11** |
| | Purchase or Acquire | | | | Sales | | | | Shares | Estimated | | Estimated |
| **Plaintiff** | **Date** | **Shares** | **Price** | **Amount** | **Date** | **Shares** | **Price** | **Amount** | **Retained** | **Value** | | **Gain(Loss)** |
| | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | |
| Rob Rosenfeld, Acct 1 | | 3,000 | | ($15,418) | | 0 | | $0 | 3,000 | $7,260 | | ($8,158) |
| Rob Rosenfeld, Acct 2 | | 3,000 | | ($15,333) | | 0 | | $0 | 3,000 | $7,260 | | ($8,073) |
| **Rob Rosenfeld** | | **6,000** | | **($30,751)** | | **0** | | **$0** | **6,000** | **$14,520** | | **($16,231)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.1700 | ($617) | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.4100 | ($641) | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.3600 | ($636) | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.6700 | ($667) | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.6700 | ($667) | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.7500 | ($675) | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 200 | $6.8700 | ($1,374) | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 500 | $6.8900 | ($3,445) | | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 50 | $5.9600 | ($298) | | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 100 | $5.9500 | ($595) | | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 100 | $5.9600 | ($596) | | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 100 | $5.9800 | ($598) | | | | | | | | |
| Rob Rosenfeld | 8/7/2023 | 50 | $5.8000 | ($290) | | | | | | | | |
| Rob Rosenfeld | 8/7/2023 | 50 | $5.9200 | ($296) | | | | | | | | |
| Rob Rosenfeld | 8/7/2023 | 26 | $5.9000 | ($153) | | | | | | | | |
| Rob Rosenfeld | 8/7/2023 | 24 | $5.9000 | ($142) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.3300 | ($433) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 50 | $4.3400 | ($217) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 50 | $4.3200 | ($216) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.3000 | ($430) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.2800 | ($428) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.3300 | ($433) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 50 | $4.3600 | ($218) | | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 50 | $4.3000 | ($215) | | | | | | | | |

**Expensify, Inc. (EXFY)**
**Class Period: November 10, 2021 (IPO)**
**IPO Date: November 10, 2021**
**IPO Price: $27.00 share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | 11 | $2.4200 | |
|---|---|---|---|---|

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rob Rosenfeld | 11/8/2023 | 200 | $1.9000 | ($380) | | | | | | | |
| Rob Rosenfeld | 11/8/2023 | 200 | $1.9000 | ($380) | | | | | | | |
| Rob Rosenfeld | 11/8/2023 | 200 | $1.8900 | ($378) | | | | | | | |
| **Rob Rosenfeld** | | **3,000** | | **($15,418)** | | **0** | | **$0** | **3,000** | **$7,260** | **($8,158)** |
| | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.1600 | ($616) | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.4000 | ($640) | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.3600 | ($636) | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.6700 | ($667) | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.6700 | ($667) | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 100 | $6.7200 | ($672) | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 200 | $6.7900 | ($1,358) | | | | | | | |
| Rob Rosenfeld | 8/1/2023 | 500 | $6.8900 | ($3,445) | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 50 | $5.9500 | ($298) | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 100 | $5.9400 | ($594) | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 100 | $5.9600 | ($596) | | | | | | | |
| Rob Rosenfeld | 8/4/2023 | 100 | $5.9600 | ($596) | | | | | | | |
| Rob Rosenfeld | 8/7/2023 | 50 | $5.7900 | ($290) | | | | | | | |
| Rob Rosenfeld | 8/7/2023 | 50 | $5.9300 | ($297) | | | | | | | |
| Rob Rosenfeld | 8/7/2023 | 50 | $5.9100 | ($296) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.3200 | ($432) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 25 | $4.3200 | ($108) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 50 | $4.3100 | ($216) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.3200 | ($432) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.2900 | ($429) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 100 | $4.3300 | ($433) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 50 | $4.3400 | ($217) | | | | | | | |
| Rob Rosenfeld | 8/9/2023 | 50 | $4.3100 | ($216) | | | | | | | |
| Rob Rosenfeld | 11/8/2023 | 125 | $1.8800 | ($235) | | | | | | | |
| Rob Rosenfeld | 11/8/2023 | 500 | $1.9000 | ($950) | | | | | | | |

**Expensify, Inc. (EXFY)**
**Class Period: November 10, 2021 (IPO)**
**IPO Date: November 10, 2021**
**IPO Price: $27.00 share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | 11 | $2.4200 |
| --- | --- | --- | --- |

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) 11 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rob Rosenfeld | | 3,000 | | ($15,333) | | 0 | | $0 | 3,000 | $7,260 | ($8,073) |