**Chenoweth Law Group, PC**
Aurelia Erickson, OSB No. 126170
aerickson@chenowethlaw.com
Robert J. McGaughey, OSB No. 800787
bobm@chenowethlaw.com
510 SW Fifth Ave., Fourth Floor
Portland, Oregon 97204
Telephone: (503) 221-7958
Fax: (503) 221-2182

*Liaison Counsel for Rob Rosenfeld*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, and ROBERT LENT,<br><br>Defendants. | CASE No.: 3:23-cv-01784-JR<br><br>**CLASS ACTION**<br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF COUNSEL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On January 29, 2024, Rob Rosenfeld ("Rosenfeld") filed a motion, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order:   (1) appointing Rosenfeld as Lead Plaintiff on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired Expensify, Inc. ("Expensify") common stock pursuant and/or traceable to the offering documents issued in connection with Expensify's initial public offering conducted on or about November 11, 2021; and (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class. Dkt. No. 14.

Having reviewed the competing motions before the Court, it appears that Rosenfeld does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Rosenfeld's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  February 12, 2024

Respectfully submitted,

*/s/ Aurelia Erickson*
Aurelia Erickson, OSB No. 126170
Robert J. McGaughey, OSB No. 800787
510 SW Fifth Avenue, 4th Floor
Portland, OR 97204
Phone: (503) 221-7958
Fax: (503) 221-2182
Email: aerickson@chenowethlaw.com
Email: bobm@chenowethlaw.com

*Liaison Counsel for Rob Rosenfeld*

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF COUNSEL

1

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Rob Rosenfeld*

**PORTNOY LAW FIRM**
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Rob Rosenfeld*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, February 12, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Aurelia Erickson*
Aurelia Erickson

CERTIFICATE OF SERVICE