RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
5441 S Macadam Ave, Suite 301
Portland, OR 97239
T: 503-226-3664

*[Proposed] Liaison Counsel for Lead Plaintiff and Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, and ROBERT LENT,<br><br>Defendants. | **CASE No.: 3:23-cv-01784-JR**<br><br>**CLASS ACTION**<br><br>**MEMORANDUM OF LAW OF ANGEL CIFUENTES MORALES IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>**ORAL ARGUMENT REQUESTED** |

Lead Plaintiff Movant Angel Cifuentes Morales ("Morales" or "Movant") respectfully submits this reply in further opposition to the competing lead plaintiff motion. Dkt. No. 12.

Unlike the competing lead plaintiff movant, Aleem Kanji ("Mr. Kanji"), Movant is adequate and typical. *See* Dkt. No. 10, at 7-8.

## I. MR. KANJI DID NOT PROVIDE ANY DETAIL ON ANY EXISTING OR POTENTIAL CONFLICTS WHICH MAY HARM THE CLASS.

In opposition, Dkt. No. 18, Mr. Kanji states that he "is self-employed and a principal of a lobbying firm named Aleem Kanji and Associates." Dkt. No. 18, at 1. He adds that he "does not have any interests adverse to the class and, as demonstrated in his declaration accompanying his motion, he is committed to obtaining the best possible outcome for the class." *Id.* at 2. Finally, he states that he "has no conflicts with other Class Members, nor is there

1

evidence of any antagonism between his interest and those of the Class." *Id.* at 5. These *ipsit dixit* assertions are not enough. As explained in Movant's Opposition Brief, Mr. Kanji may have conflicts of interest over the course of this litigation as a result of his lobbying activities, and the relevant ethical rules where Mr. Kanji conducts his business. Dkt. No. 19 at 2.

By contrast, Movant has no conflicts of interest or potential conflicts of interest as a result of his employment, and Mr. Kanji did not argue as much. *See generally* Dkt. No. 18, Dkt. No. 19 at 2-3.

## II. MR. KANJI HAS NOT SHOWN THAT HE WILL VIGOROUSLY PROTECT THE CLASS.

Mr. Kanji states that "he is committed to obtaining the best possible outcome for the class." Dkt. No. 18 at 2. Actions speak louder than words. Mr. Kanji failed to notice that another lead plaintiff movant, Rob Rosenfeld ("Rosenfeld"), lacks standing to prosecute this case and is otherwise subject to a unique defense. *See generally* Dkt. No. 18. As Movant pointed out in his opposition, Rosenfeld purchased his Expensify stock more than twenty months after Expensify's initial public offering (the "IPO"), which subjects him to a unique reliance defense. *See* Dkt. No. 19 at 4. Further, Movant correctly noted that Rosenfeld cannot trace his shares to the IPO registration statement because he purchased his shares after a 180-day lock-up period. As a result, Rosenfeld lacks standing to pursue a Section 11 claim. *See Id.* at 3, 5.

If Rosenfeld were to have been appointed lead plaintiff instead of Mr. Kanji, these issues would have doomed this case. *See* Dkt. No. 19 at 3-6. That Mr. Kanji failed to notice or even raise these issues further calls into question whether he "is committed to obtaining the best possible outcome for the class."

## CONCLUSION

For the foregoing reasons, Movant respectfully requests the Court issue an Order: (1) appointing Movant as Lead Plaintiff of the Class; (2) approving Movant's selection of Rosen as Lead Counsel and RGMR as Liaison counsel; and (3) granting such other relief as the Court may deem to be just and proper.

Dated: February 26, 2024                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq.

2

Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff
and Class*

RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
/s/
Jeffrey S. Ratliff
5441 S Macadam Ave, Suite 301
Portland, OR 97239
T: 503-226-3664

*[Proposed] Liaison Counsel for Lead Plaintiff
And Class*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 26, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>