**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| CODY WILHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, and ROBERT LENT,<br><br>Defendants. | Case No.: 3:23-cv-01784-JR<br><br>**SUPPLEMENTAL DECLARATION OF ALEEM KANJI** |

I, Aleem Kanji, hereby declare as follow:

1. I respectfully submit this declaration in further support of my motion for appointment as lead plaintiff in the above-captioned action. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. My employment does not interfere with my ability to serve as the lead plaintiff in this action. My lobbying firm does not do any business in the United States. The majority of our work is performed within Canada in connection with local municipalities and provincial entities. For example, our clients include labour unions. We do not service financial services companies.

3. My lobbying firm is selective with our clients and has never had a conflict arise between them. Based on my firm's past engagements, I do not foresee any chance of a conflict arising that would prevent me from serving as the lead plaintiff. My objective has been and will remain to secure the best possible recovery in this lawsuit for myself and the class at large.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15/ day of February 2024.

_Aleem Kanji_
Aleem Kanji (Feb 15, 2024 14:07 EST)
ALEEM KANJI