FOSTER GARVEY PC
Eryn Karpinski Hoerster, OSB #3939
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: +1.503.228.3939
Facsimile:  +1.503. 226.0259
*eryn.hoerster@foster.com*

LATHAM & WATKINS LLP
Matthew Rawlinson (*pro hac vice*)
Melanie M. Blunschi (*pro hac vice*)
Daniel R. Gherardi (*pro hac vice*)
140 Scott Drive
Menlo Park, California 94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600
*matt.rawlinson@lw.com*
*daniel.gherardi@lw.com*
*melanie.blunschi@lw.com*

*Attorneys for Defendants Expensify, Inc.,
David Barrett, Ryan Schaffer, Blake
Bartlett, Robert Lent, Anu Muralidharan,
Jason Mills, Daniel Vidal, Timothy L.
Christen, Ying (Vivian) Liu, and Ellen Pao*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, Individually and on Behalf of All Others Similarly Situated., <br><br> Plaintiff, <br><br> v. <br><br> EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, ROBERT LENT, ANU MURALIDHARAN, JASON MILLS, DANIEL VIDAL, TIMOTHY L. CHRISTEN, YING (VIVIAN) LIU, ELLEN PAO, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BofA SECURITIES, INC., PIPER SANDLER & CO., JMP SECURITIES LLC, and LOOP CAPITAL MARKETS LLC, <br><br> Defendants. | Case No. 3:23-cv-01784-JR <br><br> **DECLARATION OF DANIEL R. GHERARDI IN SUPPORT OF EXPENSIFY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |

Page 1 – **DECLARATION OF DANIEL R. GHERARDI IN SUPPORT OF MOTION TO DISMISS**

## <u>DECLARATION OF DANIEL R. GHERARDI</u>

I, Daniel R. Gherardi, declare as follows:

1.    I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants Expensify, Inc. ("Expensify"), David Barrett, Ryan Schaffer, Blake Bartlett, Robert Lent, Anu Muralidharan, Jason Mills, Daniel Vidal, Timothy L. Christen, Ying (Vivian) Liu, and Ellen Pao (together, with Expensify, "Expensify Defendants"), in the above-captioned litigation.

2.    I am a member in good standing with the State Bar of California and I am admitted *pro hac vice* to this Court.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3.    I respectfully submit this declaration in support of the Expensify Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint.

4.    Attached as **Exhibit 1** is a true and correct copy of the CBS News article entitled "CEO emails 10 million customers to tell them to vote for Biden," by Aimee Picchi, dated October 24, 2020, which is publicly available at https://www.cbsnews.com/news/expensify-ceo-david-barrett-emails-customers-vote-biden/.

5.    Attached as **Exhibit 2** is a true and correct copy of an October 2020 post on Expensify's community discussion forum entitled "VERY Disappointed with Expensify using customer email to express political opinions!," and comments from Expensify users related to the post, which is publicly available on Expensify's website at https://community.expensify.com/discussion.

6.    Attached as **Exhibit 3** is a true and correct copy of an October 2020 post on Expensify's community discussion forum entitled "David Barrett's email promoting Joe Biden violated our corporate policy on political lobbying," and comments from Expensify users related

Page 2 – **DECLARATION OF DANIEL R. GHERARDI IN SUPPORT OF MOTION TO DISMISS**

to the post, which is publicly available on Expensify's website at https://community.expensify.com/discussion.

7.      Attached as **Exhibit 4** is a true and correct copy of Expensify's Registration Statement on Form S-1, as amended, which was publicly filed with the United States Securities and Exchange Commission ("SEC") on November 8, 2021 and is publicly available on the SEC website at www.sec.gov/edgar.

8.      Attached as **Exhibit 5** is a true and correct copy of J.P. Morgan's analyst report entitled "Expensify: Attractive fundamentals, but challenging business model; Initiate with Underweight," dated September 15, 2023.

9.      Attached as **Exhibit 6** is a true and correct copy of Piper Sandler's analyst report entitled "Expensify, Inc. (EXFY): Mired in Another Quarter of Execution Missteps; Lowering Estimates, PT to $2," dated November 7, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of July 2024, in Menlo Park, California.

_____
Daniel R. Gherardi

Page 3 – **DECLARATION OF DANIEL R. GHERARDI IN SUPPORT OF MOTION TO DISMISS**