**Exhibit 2**

 **Expensify** Community          Discussions     Categories                    **Sign In**     **Register**

HOME › QUESTIONS ABOUT USING EXPENSIFY › DAY TO DAY

# VERY Disappointed with Expensify using customer email to express political opinions!



 **darla** Expensify Customer   Posts: **3**   Expensify Newcomer
**October 2020**   edited October 2020

David Barrett,

I really have to say that I'm very disappointed that you send out political messaging to your customer base. Frankly that is just unacceptable behavior to use your customer database to solicit votes for your personal agenda. In my opinion it doesn't matter who you support, it's just not appropriate to use the platform in that regard. **I pay you for a SERVICE and not to hear your political opinions!** There are other forums to discuss politics and your personal opinions. A customer service forward company should respect it's customers more. You've stepped over the line here and frankly that's just uncool ! #repectyourcustomersmore #nopolitalmessagingtocustomers

 Flag   Accept Answer   ☺ Off Topic   💡 2 Insightful   ⬆ 8 Vote Up   ❤ 5 Awesome

## Welcome!

It looks like you're new here. Sign in or register to get started.

Sign In          **Register**

# Comments

 **Albena** Expensify Customer   Posts: **1**   Expensify Newcomer
**October 2020**



100% agree with this comment. Absolutely unprofessional and offensive.

⬤ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ 4 Vote Up   ❤ 2 Awesome

 **Julia**  Expensify Customer   Posts: **164**   Expensify Pro
October 2020

I'm assaulted with politics when I turn on the TV, when I drive down the street, when I scroll my social media. I just want it all to go away.

Work has always been a refuge for that, because I work with awesome people who know it's not an appropriate topic for work. If we do speak about it, it's to mutually agree how much we are over hearing about it.

This literally just ruined my whole weekend, and there is going to be so much fallout from it. Everyone in my company thinks I had some kind of control over this. I am so embarrassed and just want to crawl in a hole.

⚑ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ 9 Vote Up   ❤ 1 Awesome

---

 **darla**  Expensify Customer   Posts: **3**   Expensify Newcomer
October 2020

I hear you **@Julia** . The majority of my employees are not even in the US!

⚑ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ 2 Vote Up   ❤ Awesome

---

 **paratus55**  Expensify Customer   Posts: **13**   Expensify Admirer
October 2020

At first I thought the Political statement came from a member, but it's from the CEO of Expensify - Good Grief -- I agree with Julia - please just help with the Expenses please.

⚑ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ 3 Vote Up   ❤ 1 Awesome

---

 **Travis_W**  Expensify Customer   Posts: **18**   Expensify Admirer
October 2020

I cannot agree with you more. I don't care how passionately you feel about your politics - sending an email to your user base to publicly endorse one candidate over another, especially in the climate we find ourselves here in the United States, is foolhardy at best.

I have, for years, recommended Expensify as a great platform for managing expenses to my clients. I have spent hours and hours of my time getting clients set up and trained to use the platform. Like many other long-time users, I have been less than impressed with many of the recent changes to the platform, while other issues (hello, G/L codes with account names?) remain unresolved. Overall it has made the platform more unwieldy to use for managing credit card transactions in an

organization. Now, I am going to have to explain to my clients why a vendor thought it would be a good idea to send out a blast email to endorse a particular political candidate 10 or so days before what promises to be an emotional election.

Who I really feel bad for are the people that work in their customer service department ("Concierge"). To put out an email like that, and then direct people to respond to them, is not the sign of a good leader, in my opinion. Way to throw your people under the bus.

All that to say is that I will no longer be recommending Expensify to my clients. I am also prepared to have many of my existing clients cancel their service, and I can't say I blame them. Mr. Barrett, while I can respect that you are willing to utilize your First Amendment rights to say what you will on this topic, you forgot to respect your actual customers who don't really care, one way or the other, about your political views.

⚑ Flag    Accept Answer    ☺ Off Topic    ♟ Insightful    ⬆ 8 Vote Up    ♥ 2 Awesome



**dmcd**  Approved! Accountant    Posts: **1**
**October 2020**

I am also extremely disappointed that David Barrett has chosen to use Expensify's vast database of email addresses in this manner. This is really inappropriate.

⚑ Flag    Accept Answer    ☺ Off Topic    ♟ Insightful    ⬆ 6 Vote Up    ♥ 1 Awesome



**paratus55**  Expensify Customer    Posts: **13**    Expensify Admirer
**October 2020**    edited October 2020

A clear violation of PII compliance. Just looked David on Expensify, he's from Portland which makes sense now -- he proclaims to be an Alpha Geek -- But clearly he is a Beta Male that believes his feelings matter more than corporate behavior.

⚑ Flag    Accept Answer    ☺ Off Topic    ♟ 1 Insightful    ⬆ 1 Vote Up    ♥ Awesome



**portland**  Expensify Customer    Posts: **5**    Expensify Newcomer
**October 2020**

I cancelled service this morning, sent Barrett an email and reviewed the app strongly. Sorry Expensify (Barrett and team) You failed to respect that business/political opinion barrier I demand of my suppliers and service providers. Regardless of your political affiliation, the Barrett and company email highlights a basic ignorance of our form of government: US citizens live in a representative republic very specifically to protect us against majority-rule inclinations.

I liked using Expensify but there are other options.



**The Best Expense Tracking Software for 2020**
https://community.expensify.com/home/leaving?allowTrusted=1&target=https%3A%...
Expense tracking is one of the least enjoyable aspects of running a business. Thankfully, there are various cloud-based solutions that help...

Lenin's useful idiots...

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 4 Vote Up    ♥ Awesome

---

 **paratus55**  Expensify Customer    Posts: **13**    Expensify Admirer
October 2020

Perfect Portland -- Sad to see how many people who have not taken grade school civics -- a democracy is a government by mob rule -- a republic is a nation of laws and the law of the land is the Constitution.

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 2 Vote Up    ♥ Awesome

---

 **udontneedtoknow**  Expensify Customer    Posts: **1**    Expensify Newcomer
October 2020

I almost feel sorry for David Barrett - he was clearly raised in a cocoon of ignorance and elevated to a position beyond his capacity. The cancel culture works both ways, and we're now using ZOHO.

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 3 Vote Up    ♥ Awesome

---

 **Yorick1973**  Expensify Customer    Posts: **1**    Expensify Newcomer
October 2020

I completely agree. They even provided a response to the most common concerns raised. In the end, we spent time on matters outside of our business creating an unnecessary distraction. Isn't that why we onboarded with Expensify in the first place - To focus on the business that matters?

Disappointed and hope that our complaints taught them a lesson to refrain from this practice in the future.

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 3 Vote Up    ♥ Awesome

---

**Dbmckeen**  Expensify Customer    Posts: **1**
November 2020

I had the same feeling and expressed my concern to the company and thought it was spam and sent it to junk mail...... Stick to expenses and not politics with the program.

⚑ Flag   Accept Answer   ☹ Off Topic   💡 Insightful   ⬆ 1 Vote Up   🖤 1 Awesome



**ChrisStrong**   Expensify Customer   Posts: 1
**November 2020**

Black Lives Matter. GET OVER IT, you cry babies.

⚑ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ Vote Up   🖤 Awesome

**unheiliger**   Expensify Customer   Posts: 1
**January 2021**

They did it again today. I have asked our team for one of two things:

Remove our company from the expensify service

OR

Expensify should add a "mute our CEO" option in the service settings (and may be report how many people use it)

It is completely unacceptable to mix an individual's personal opinion (no matter who they are) in to my work day.

⚑ Flag   Accept Answer   ☹ Off Topic   💡 Insightful   ⬆ 1 Vote Up   🖤 Awesome

# Welcome!

It looks like you're new here. Sign in or register to get started.



Sign In      Register

## Quick Links

All Categories

Recent Discussions

Activity

My Bookmarks                                                                   0

My Discussions                                                                    0

My Drafts                                                                         0

Unanswered                                                                       99

Best Of

# Categories

All Categories

## Announcements                                                               214

## Expensify Classroom - Help Docs and Webinars                                504

## Questions about using Expensify                                             3.6K

## Expensify Partners                                                           121

## Expensify.org                                                                 54

## Third-party integrations                                                    1.1K

## Lounge

## Features

Expense Management

Spend Management

Expense Reports

Company Credit Card

Receipt Scanning App

Payments

Bill Pay

Invoicing

CPA Card

Travel

## Resources

ExpensifyApproved!

Press Kit

Support

ExpensifyHelp

Community

Privacy

## Learn more

About Expensify

Blog

Jobs

Expensify.org

Investor Relations

☐ ☐ ☐ ☐

## Get Started

Create a new account

Log in

©2008-2023 Expensify, Inc.

©The Expensify Visa® Commercial Card is issued by The Bancorp Bank, N.A., Member FDIC, pursuant to a license from Visa U.S.A. Inc. and may not be used at all merchants that accept Visa cards. Apple® and the Apple logo® are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

# Expensify