# Exhibit 3

 **Expensify**Community        Discussions     Categories                    **Sign In**        **Register**

HOME  ›  QUESTIONS ABOUT USING EXPENSIFY  ›  DAY TO DAY

# David Barrett's email promoting Joe Biden violated our corporate policy on political lobbying


  **Ken_McKibben1**   Expensify Customer     Posts: **3**     Expensify Newcomer
**October 2020**    edited October 2020

Our internal corporate policy specifically prohibits political campaigning or speech using company time or property. We require our employees to use Expensify as part of our business process. By campaigning for a specific candidate through emails related to a service we require our employees to use, Expensify, specifically David Barrett, has violated our policy.

Our employees have to provide their email to use the service. Expensify used those emails to perpetrate a political campaign. I never would have imagined when we signed up for the service that the CEO would be so irresponsible and self-absorbed that he would use those emails to promote a specific political candidate.

This abuse of my employees emails betrays all trust and must never happen again.

⚑ Flag    Accept Answer    ☺ Off Topic    💡 2 Insightful    ⬆ 8 Vote Up    ♥ 3 Awesome

## Welcome!

It looks like you're new here. Sign in or register to get started.

Sign In          **Register**

## Answers

  **AGL**   Expensify Customer     Posts: **2**     Expensify Newcomer
**October 2020**

That stupid email caused me a lot of extra work explaining to everyone that i would handle it. Where do companies get off doing crap like that?

⚑ Flag    Accept Answer    ☺ Off Topic    💡 2 Insightful    ⬆ 3 Vote Up    ♥ Awesome

 **Ken_McKibben1**  Expensify Customer   Posts: **3**   Expensify Newcomer
October 2020

Yep. We had to call together the managers to head this off at the pass. How can Expensify not realize how terrible this is. There has been no recognition of the stress David Barrett's actions has caused.

🏴 Flag    Accept Answer   😐 Off Topic   💡 2 Insightful   ⬆ 3 Vote Up   ❤ Awesome

 **stevenjklein**  Expensify Customer   Posts: **3**   Expensify Newcomer
October 2020

This topic might be a good place to list Expensify competitors that don't spam their customers with political messages.

🏴 Flag    Accept Answer   😐 Off Topic   💡 1 Insightful   ⬆ 3 Vote Up   ❤ 1 Awesome

 **paratus55**  Expensify Customer   Posts: **13**   Expensify Admirer
October 2020

Concur

🏴 Flag    Accept Answer   😐 Off Topic   💡 Insightful   ⬆ 2 Vote Up   ❤ Awesome

 **DCChristopher**  Expensify Customer   Posts: **1**   Expensify Newcomer
October 2020

I agree with the previous posters. I instructed my admin to immediately close out our current expenses and leave Expensify. This has no place whatsoever in a business environment.

🏴 Flag    Accept Answer   😐 Off Topic   💡 Insightful   ⬆ 6 Vote Up   ❤ Awesome

 **Travis_W**  Expensify Customer   Posts: **18**   Expensify Admirer
October 2020

I, for one, would be interested to see the names of any other services that anyone comes across. I know they are out there, but I have been recommending Expensify for years. With all of their recent "improvements", I have been rethinking that course of action. The choice by the CEO to send out a political email to the customer base screams lack of judgement, in my opinion.

🏴 Flag    1 Accept Answer   😐 Off Topic   💡 Insightful   ⬆ 5 Vote Up   ❤ Awesome



**kwhite8503**  Expensify Customer   Posts: **1**   Expensify Newcomer
October 2020

This seems like an inappropriate use of employee PII and likely violates the Consumer Privacy Act's of many states. Many employees within our company reported this abuse and our CEO plans to file a complaint with the state attorney general. I would encourage others to do the same.

This act, like the many other emails forced upon employees (credit cards, etc) without permission from their employer who is the actual customer, truly calls into question the wisdom of partnering with Expensify for their services. There are other providers in this business space. Expensify, sell to and convince the decision makers, do try to enlist the employees to pressure the decision makers. That philosophy is enough for me to advocate severing our relationship with Expensify.

⚐ Flag   Accept Answer   ☺ Off Topic   💡 1 Insightful   ⬆ 5 Vote Up   ❤ Awesome

---



**paratus55**  Expensify Customer   Posts: **13**   Expensify Admirer
October 2020

If the CEO doesn't understand the issues around PII compliance, then he surely doesn't understand the cyber security issues regarding PCI and (Credit Card) security. Anyone who has CC on file with Expensify should consider themselves at risk.

⚐ Flag   Accept Answer   ☺ Off Topic   💡 1 Insightful   ⬆ 3 Vote Up   ❤ Awesome

---



**portland**  Expensify Customer   Posts: **5**   Expensify Newcomer
October 2020

here's a few alternatives. If others, please post. I started looking at Certify this morning after ditching Expensify.



**The Best Expense Tracking Software for 2020**

https://community.expensify.com/home/leaving?allowTrusted=1&target=https%3A%...

Expense tracking is one of the least enjoyable aspects of running a business. Thankfully, there are various cloud-based solutions that help...

⚐ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ 4 Vote Up   ❤ Awesome

---



**VeniceBill**  Expensify Customer   Posts: **2**   Expensify Newcomer
October 2020

Incredibly poor taste and judgement! Business needs to stay clear of politics or risk losing customers and credibility.

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 3 Vote Up    ♥ Awesome

 **RJRIley**   Expensify Customer   Posts: **2**   ⋯
October 2020

Doing something about it, over 20 user account canceled!

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 1 Vote Up    ♥ Awesome

 **jwc123gty**   Expensify Customer   Posts: **20**   Expensify Admirer   ⋯
October 2020

Expensify expects me to continue to pay until July 2021. I will post until July 2021. I choose to use Expensify in good faith, they are continuing to bill me until July 2021 after they violated the trust (and PII).

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 1 Vote Up    ♥ Awesome

 **WAB**   Expensify Customer   Posts: **2**   Expensify Newcomer   ⋯
October 2020

If expensify wants to promote a particular candidate for office they should probably first register as a PAC, this action by David Barrett makes it seem they are one. They can then move forward with one less stream of revenue as our company will be terminating business with them. Hopefully the other 9 million plus companies will VOTE with their wallets and move to an expense platform that promotes free thought and accepts views different than that of expensify management....

⚑ Flag    Accept Answer    ☺ Off Topic    ♡ Insightful    ⬆ 1 Vote Up    ♥ 1 Awesome

 **MJHILL**   Expensify Customer   Posts: **1**   Expensify Newcomer   ⋯
November 2020

What a gross misuse and mishandling of customer information. It is extremely irresponsible to use your current client database as a political outlet. This is the very thing Liberals were and are complaining about, so its ok for you but its not ok for a conservative. My company has discontinued services with Expensify and I couldn't be happier about that. Negligent, inappropriate, and very unprofessional. I'd suggest that EVERYONE currently using Expensify discontinue ALL further use.

'We hold these Truths to be self evident that all women and children and people are created... you know the thing..." Joe Biden

47 year career politician that doesn't know the declaration in independence! We sure do need that guy as leader of the free world. WAKE UP DAVID!

https://www.youtube.com/watch?v=JIVJCDwZUkM - ENJOY!!

⚑ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ 2 Vote Up   ❤ Awesome

---

 **KimT**  Expensify Customer   Posts: **1**                                                     ⋯
December 2020

David Barrett violated our company policies with his political solicitation. He upset our employees AND investors He also violated Expensify's Privacy Policy by attempting to push his political agenda on our company and employees and forcing his opinions on us by email. We are attempting to cancel our subscription but are having difficulty getting a response from Expensify to do this. We were horrified to receive the political email from the CEO of Expensify and want nothing to do with a company such as theirs. Their rates are way too expensive and David Barrett was absolutely insulting and unprofessional. Expensify doubles up entries and does not work as it should, among many other issues. Judging from the many comments above, we are not the only business that is experiencing this travesty!

⚑ Flag   Accept Answer   ☺ Off Topic   💡 Insightful   ⬆ 2 Vote Up   ❤ Awesome

---

 **leavingexpensify**  Expensify Customer   Posts: **1**
**December 2020**   edited December 2020

Add us to the list of a rapidly growing companies that will be leaving by the end of Q1 2021. I had to negotiate that timetable back from IMMEDIATELY from my leadership back in November.

If anyone sees a group AG complaint or a class action, we are on the look out as well.

Reading the number of unanswered questions on the forum today it looks like cancellation seems to be the hot topic. Good riddance to a Company that violated trust with sensitive personal and financial information and and has zero remorse for that action.

If you don't even understand that what you did was wrong then we cannot maintain that partnership.

https://nypost.com/2020/11/25/expensify-ceo-david-barrett-doesnt-regret-joe-biden-email/

⚑ Flag    Accept Answer    ☺ Off Topic    💡 Insightful    ⬆ 1 Vote Up    ❤ Awesome

---

## Welcome!

It looks like you're new here. Sign in or register to get started.

Sign In        Register

## Quick Links

All Categories

Recent Discussions

Activity

My Bookmarks                                                                    0

My Discussions                                                                  0

My Drafts                                                                       0

Unanswered                                                                      99

Best Of

## Categories

All Categories

**Announcements**                                                               214

**Expensify Classroom - Help Docs and Webinars**                                504

**Questions about using Expensify**                                             3.6K

**Expensify Partners**                                                          121

**Expensify.org**                                                               54

**Third-party integrations**                                                    1.1K

**Lounge**

## Features

Expense Management

Spend Management

Expense Reports

Company Credit Card

Receipt Scanning App

Payments

Bill Pay

Invoicing

CPA Card

Travel

## Resources

ExpensifyApproved!

Press Kit

Support

ExpensifyHelp

Community

Privacy

## Learn more

About Expensify

Blog

Jobs

Expensify.org

Investor Relations

☐ ☐ ☐ ☐

## Get Started

Create a new account

Log in





©2008-2023 Expensify, Inc.

©The Expensify Visa® Commercial Card is issued by The Bancorp Bank, N.A., Member FDIC, pursuant to a license from Visa U.S.A. Inc. and may not be used at all merchants that accept Visa cards. Apple® and the Apple logo® are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

