# Exhibit 5



**North America Equity Research**
15 September 2023

# Expensify

## Attractive fundamentals, but challenging business model; Initiate with Underweight

**Initiation**

## Underweight

**EXFY, EXFY US**
Price (14 Sep 23):$3.81

We initiate on Expensify (EXFY)—a software-based expense management solution, predominantly targeting SMBs. While the industry is inherently affected by macro headwinds, long-term growth prospects have helped emerging players attract funding, making the competitive landscape more crowded. We like the Expensify product, which is easy to adapt and integrate with tools already in use by the target audience, but see limited differentiation vs. competitors that aid in easing expense management, bill paying, invoicing, etc. Tougher macro creates lower visibility into revenue (due to high share of Pay-per-Use component) and reduces the efficiency of the word-of-mouth, bottom-up customer acquisition model. Despite attractive industry fundamentals, we assign an UW rating to EXFY shares, relative to the rest of our vertical software coverage.

- **Attractive industry fundamentals invite more competition.** We see a significant growth and penetration opportunity for players looking to offer expense management software and payment/card services to SMBs, considering the size of the labor force in this category. SMBs are also looking to spend an ever increasing amount on technology, opting for more cloud-based, mobile solutions over traditional pen and paper, to better serve their respective customers. While SMBs may temporarily curb future investments due to tough macro and higher rates, external funding backing of expense management disruptors and evolution of offerings creates a more crowded competitive landscape. We estimate core expense management US-based TAM at ~$4B, but think the assumption should be significantly bigger if considering hypothetical expansion of services to payroll and global footprint.

- **Challenging revenue mix and distribution model**. Much of the EXFY customer acquisition model relies on existing customers spreading the word on EXFY value proposition to more senior officers with decision-making authority. Additionally EXFY revenue model envisages having almost 1/3 of its revenue being generated from Pay-Per-Use contracts vs. a more predictable annual subscriptions. However, in a challenging macro environment the combination of the above factors lead to lower visibility into revenue trends and adversely impact paying customer growth as companies tighten expenses, while employees favor job security and are therefore not changing jobs as frequently to promote EXFY through the word-of-mouth model.

- **Relative UW rating**. Applying a 10-year DCF with 2% TGR and WACC of 13%, we derive to a fair value range of $4.00-$6.00/sh. We believe such DCF parameters are warranted given low daily stock trading volume and increasing competition. At the bottom of the fair value range EXFY shares would trade at ~12x 2024E EV/EBITDA and ~23x EV/FCF, implying a 30-40% discount to a group of SMB focused software names and comparable payment processors, reflecting unexciting financial outlook as well as operational challenges of the business. At the top of the FV range EXFY shares would trade at ~19x 2024E EV/EBITDA and ~37x EV/FCF, broadly in line with the selected peer group.

**Software Mid & Small Cap**

**Alexei Gogolev** AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com
**Bloomberg** JPMA GOGOLEV <GO>
**Ella Smith**
(1-212) 622-2451
ella.smith@jpmchase.com
J.P. Morgan Securities LLC

**Quarterly Forecasts (FYE Dec)**

FCFF ($ mn)

|     | 2022A | 2023E | 2024E |
| --- | --- | --- | --- |
| Q1 | 11 | 8A | 2 |
| Q2 | 16 | (1)A | 5 |
| Q3 | (1) | 3 | 5 |
| Q4 | 7 | 4 | 4 |
| FY | 32 | 13 | 15 |

**Style Exposure**

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
| --- | --- | --- | --- | --- | --- |
| | | 6M | 1Y | 3Y | 5Y |
| Value | 34 | 60 | 79 | | |
| Growth | 37 | 28 | 12 | | |
| Momentum | 99 | 95 | 20 | | |
| Quality | 76 | 82 | 80 | 85 | 97 |
| Low Vol | 86 | 82 | 91 | | |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 49 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023


J.P.Morgan

## Price Performance



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -56.8% | -15.5% | -45.6% | -77.1% |
| Rel | -62.8% | -12.7% | -45.2% | -78.6% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 78 |
| 52-week range ($) | 17.27-3.78 |
| Market cap ($ mn) | 297.51 |
| Exchange rate | 1.00 |
| Free float(%) | 60.6% |
| 3M - Avg daily vol (mn) | 0.78 |
| 3M - Avg daily val ($ mn) | 4.7 |
| Volatility (90 Day) | 96 |
| Index | RUSSELL 2000 |
| BBG BUY|HOLD|SELL | 3|4|1 |

## Key Metrics (FYE Dec)

| $ in millions | FY22A | FY23E | FY24E | FY25E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 169 | 157 | 165 | 177 |
| Adj. EBIT | 37 | 15 | 16 | 22 |
| Adj. EBITDA | 43 | 21 | 23 | 29 |
| Adj. net income | 26 | 8 | 12 | 16 |
| Adj. EPS | 0.32 | 0.10 | 0.16 | 0.21 |
| BBG EPS | 0.28 | 0.08 | 0.15 | 0.27 |
| Cashflow from operations | 33 | 15 | 18 | 22 |
| FCFF | 32 | 13 | 15 | 19 |
| **Margins and Growth** | | | | |
| Revenue growth | 18.7% | (7.1%) | 4.7% | 7.6% |
| EBIT margin | 22.1% | 9.4% | 9.9% | 12.2% |
| EBIT growth | (29.1%) | (60.5%) | 10.3% | 32.8% |
| EBITDA margin | 25.2% | 13.2% | 13.7% | 16.5% |
| EBITDA growth | (26.2%) | (51.5%) | 9.0% | 29.7% |
| Net margin | 15.1% | 5.1% | 7.4% | 9.0% |
| Adj. EPS growth | (90.2%) | (68.8%) | 58.7% | 36.2% |
| **Ratios** | | | | |
| Adj. tax rate | 19.9% | 29.9% | 20.0% | 23.0% |
| Interest cover | - | - | - | - |
| Net debt/Equity | NM | NM | 0.0 | 0.1 |
| Net debt/EBITDA | NM | NM | 0.0 | 0.2 |
| ROE | 29.5% | 8.3% | 13.0% | 17.3% |
| **Valuation** | | | | |
| FCFF yield | 10.5% | 4.3% | 5.1% | 6.8% |
| Dividend yield | - | - | - | - |
| EV/Revenue | 1.7 | 1.9 | 1.8 | 1.7 |
| EV/EBITDA | 6.8 | 14.1 | 13.2 | 10.4 |
| Adj. P/E | 12.0 | 38.5 | 24.3 | 17.8 |

## Summary Investment Thesis and Valuation

### Investment Thesis

Expensify is a software-based expense management solution, predominantly targeting SMBs. While the industry is inherently affected by macro headwinds, long-term growth prospects have helped emerging players attract funding, making the competitive landscape more crowded. We like the Expensify product, which is easy to adapt and integrate with tools already in use by the target audience, but see limited differentiation vs. competitors that aid in easing expense management, bill paying, invoicing, etc. Tougher macro creates lower visibility into revenue (due to high share of Pay-per-Use component) and reduces the efficiency of the word-of-mouth, bottom-up customer acquisition model.

### Valuation

We do not have a price target for Expensify. Using a 10-year, multi-stage discounted cash flow (DCF) analysis,with 2% TGR and WACC of 13%, we derive to a fair value range of $4.00-$6.00/sh. We believe such DCF parameters are warranted given low daily stock trading volume and increasing competition. At the bottom of the fair value range EXFY shares would trade at ~12x 2024E EV/EBITDA and ~23x EV/FCF, implying a 30-40% discount to a group of SMB focused software names and comparable payment processors, reflecting unexciting financial outlook as well as operational challenges of the business. At the top of the FV range EXFY shares would trade at ~19x 2024E EV/EBITDA and ~37x EV/FCF, broadly in line with the selected peer group.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.28 | 0.35 |
| **Sect: Technology** | 0.09 | 0.01 |
| **Ind: Software & Serv** | 0.17 | 0.16 |
| **Macro:** | | |
| US 10yr Breakeven | -0.14 | -0.23 |
| Non-Energy Commodity | 0.15 | -0.12 |
| US 10yr yield | 0.12 | -0.08 |
| **Quant Styles:** | | |
| Growth | 0.53 | 0.38 |
| Size | -0.40 | -0.36 |
| Quality | -0.58 | -0.35 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact.

2

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



# Six Key Charts

### Figure 1: Expensify revenue growth



Source: Company reports and J.P. Morgan estimates.

### Figure 2: Expensify EBITDA and EBITDA margin dynamic



Source: Company reports and J.P. Morgan estimates.

### Figure 3: Paying member dynamics ('000)



Source: Company reports.

### Figure 4: Revenue per paying customer per quarter ($)



Source: Company reports and J.P. Morgan estimate for Jul-23.

### Figure 5: Vertical SaaS Coverage 2024E Revenue Growth



Source: J.P. Morgan estimates.

### Figure 6: Vertical SaaS Coverage 2024E EBITDA Margin



Source: J.P. Morgan estimates.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

# Investment Thesis

**Expensify, INC (EXFY)**
**Underweight**

**Digitizing expense management for SMBs — an attractive space.** Expense management is either very fragmented or, in the case of SMBs, not yet digitized. Expense management comprises many sub-functions, such as billing vendors, reimbursing employees, and setting spending policies. These can often become quite fragmented as administrators have to complete these tasks separately. In the current expense management environment, companies seek to consolidate the expense management process, so these could all be completed and viewed in one place. Additionally, for SMBs, the market is under-penetrated in terms of digitizing expense management operations with current systems often relying on pen and paper. The increasing shift to digitization and automation presents an attractive opportunity for companies looking to enter the space, especially for those specifically targeting SMBs. While larger companies with legacy expense management solutions will likely remain dominant, SMBs present an easier acquisition target from a customer standpoint.

**Under-digitized SMBs creates a massive opportunity.** In absolute terms, less than 1% of domestic SMB businesses use online expense management systems, an area ripe for change in a digitizing world. While larger companies have likely embraced the shift to digitization in this area, SMBs do not necessarily share the impetus until they see how these platforms can enhance their businesses. Expensify often cites their main competitor as pen and paper systems. Because this is such a nascent industry, companies founded in recent years (for example, a private company call "Ramp" was founded in 2019) have been emerging and trying to take share from more established players, like Expensify. The expense management industry is not necessarily complex, essentially completing the pre-accounting work needed for further use. In this space, companies digitize receipts, as well as manage and record expenses and reimbursements. These systems support the pre-accounting, manual work of office administrators by compiling expense reports and saving manual labor time and resources. Expensify supports the pre-accounting stages and does not take the place of the accounting process.

**Macro Headwinds:** Oftentimes, small business sentiment can be a lagging indicator. As of the beginning of 2023, the majority of small businesses faced higher supply costs and snarled supply chains. Over one third of small businesses surveyed have curbed business investment due to higher rates, and many have had to seek out new capital sources after encountering greater difficulty securing funding. SMBs are largely found within more developed economies, like North America and Europe, due to capital accessibility. However, with the recent tightening of economic conditions in both the U.S. and Europe, SMB growth has largely been hindered. In the case of EXFY, this means businesses will not need and therefore pay for as many solutions from EXFY. Additionally, much of the EXFY customer acquisition model relies on employees and users working with multiple vendors or "spreading the word" about Expensify when starting work at another company. However, in an economic downturn, companies tighten expenses, working with less vendors. Employees favor job security and are therefore not changing jobs as willingly or frequently. These macroeconomic effects synergize to produce a less favorable environment than years prior for small to medium sized businesses and subsequently, the chance for Expensify to grow.

**One-stop-shop for expense management**. Founded in 2008, Expensify began its operations offering expense management platform features, aiming to streamline all pre-accounting processes for SMBs. Over the years the company has been incorporating a

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

number of more specialized features - for example, it developed SmartScan, a receipt scanning capability with automated capabilities to ease the process of expense tracking and reimbursement. After the advent of more features catering to many expense areas, in late 2019/early 2020 Expensify introduced the Expensify Corporate Card. Originally, getting SMB clients to spend funds, using this card was meant to be an avenue of revenue for Expensify. However, the card is now used more as a loyalty product/ mechanism to reduce churn and keep up with other expense management platforms. As part of the adoption incentive, Expensify is offering customers its expense management features for half price should these SMBs spend 50% of their expenses on the Expensify card. Over the past few years Expensify has been trying to become a super-app, condensing all payment capabilities an SMB business could need along with a chat function to facilitate greater communication and more efficient payments. In 2Q23 the company introduced a beta version of the new version of its customer-facing application to the broader public. The new app resembles a hybrid between a WhatsApp and Venmo. While we have yet to see traction of the newly introduced application, Expensify is hoping that with adoption of additional features (like Peer-to-Peer transfers) the platform may become a strong driver of topline growth and customer usage.

**Solid Cloud platform, but unique technology does not outweigh insufficient distribution channel.** While Expensify claims to be an AI-driven, mobile-first and 100% cloud-based platform that was built on Blockchain technology (namely Bedrock - a private blockchain based data foundation), its distribution channel does support for a competitive advantage. Expensify's cloud-based technology is an attractive attribute to drive legacy on-prem customers that look to transition to a more digitized expense management. Due to Expensify's long-standing relationship with banks (beginning prior to Plaid's dominance of the space), Expensify is able support a large user base and import user information from banks at a cost no other companies can achieve. Its "supervised AI" Concierge is internally developed and management views as being well-positioned to adapt to an AI-forward world. The AI feature is "supervised", meaning when a customer service question goes through Concierge and the question cannot be answered, it is escalated to a human. Bedrock, Expensify's unique database structure, places all users on one large server as opposed to the AWS method of multiple small servers, enabling communication among all Expensify users, which is specifically useful in a P2P setting. Its technology architecture more resembles that of a social media platform rather than a typical enterprise SaaS platform. However, we do not believe the unique technology would necessarily prompt users to switch specifically to Expensify. When growing its platform, distribution could ultimately matter more than technological quality.

**Lacking apparent catalysts**. Expensify is adamant about remaining in the SMB space and does not appear to be looking to move upmarket. Among potential growth drivers we see further scaling of company sales programs and increased conversions of paying users to subscription-based arrangements.

**What could go right: positive macro and card traction.** Expensify exclusively serves SMBs and is sensitive to the broader health of those businesses. Particular strength of SMBs could enhance the revenue and profitability of Expensify. Additionally, strength in the SMB sector could encourage more spending on travel, increased work with outside vendors, and more employees looking to change jobs, all of which could be potential drivers for Expensify growth through word-of-mouth customer acquisition. Another possible catalyst is traction on EXFY's corporate card. In late 2019/early 2020

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

J.P.Morgan

Expensify introduced its own Corporate Card (a white-label product operated on a single 3rd party vendor Marqeta infrastructure, which manages the relationship with the card's issuing bank, Sutton Bank, and the card network, Visa). As part of the adoption incentive, Expensify is offering customers its expense management features for free should these SMBs spend 50% of their expenses on the Expensify card. Successful traction of getting SMB clients to spend funds, using this card is an avenue of revenue for Expensify that we currently do not incorporate into our forecasts.

**US-based TAM at $4B.** Expensify is focused on staying within the SMB market, as the company believes it can achieve higher margins in the segment rather than compete for larger corporate customers, generating relatively smaller profitability margins. We estimate there are ~62M SMB employees in the US, while Expensify currently services ~0.7M paying members (implies ~1% penetration level). If we were to apply Expensify's current average revenue per paid customer (equivalent to ~$211 on annualized basis) against the number of SMB employees in US and account for the fact that ~33% of SMB employees require some form of expense management, we calculate ~$4B domestic TAM for the company. We think that hypothetical international TAM for Expensify is roughly $6B (implying that global TAM of the company is roughly $10B). Besides simply targeting SMBs, Expensify's outreach also includes accountants, as they can promote further use of Expensify through word-of-mouth to hundreds of clients they may potentially serve. There could be expansion potential for TAM if there is greater uptake of payroll capabilities by Expensify users.

**Competition and partner integrations**. As a pre-accounting software, Expensify provides integrations with accounting software solutions like Intuit QuickBooks, HR software like Workday, and receipt integrations with companies like Uber and Lyft. Due to their targeting of SMBs, Expensify's customer acquisition model largely relies on word of mouth spread, employees changing jobs, or businesses working with new vendors. Such word-of-mouth strategy typically gets challenged in a tough macro environment when SMBs face cost cutting and hiring freezes. Accounting software companies like QuickBooks and Xero have expense management platforms, holding significant market share in the US. While the share of an industry majors like SAP Concur within the SMB market is relatively small at~5% share, we note that the company predominantly focuses on larger corporate clients. There are a number of private companies servicing SMB customers in the US, like "Brex" and "Ramp", attempting to take market share from Expensify. For example Ramp recently raised $300M in Series D funding at an impressive $5.8B valuation (the size of the latest funding is currently roughly equivalent to Expensify's entire market cap). While Expensify has some AI capability, its R&D spend has historically been relatively low (with the company spending $3M or 2% in 2021 and $6M or 3% of sales in R&D in 2022), while its competitors appear to be using the opportunity to widen their technological superiority though various tuck-in acquisitions in the AI space.

**Pay-per-use adds volatility to EXFY's top- and bottom-lines.** Expensify uses a freemium pricing model, providing customers free-of-charge plans with paid upgrades for extended capabilities. Free monthly members can receive a limited number of SmartScan receipts, GPS mileage tracking, next day ACH reimbursement, spend on the Expensify card, in-app payments for expense reports, invoices, and bill payments. Additionally Expensify offers paid subscription as well as pay-per-use (PPU) plans. These plans offer all the free model capabilities plus more enterprise-grade end-to-end expense management, bidirectional accounting sync (with QuickBooks, NetSuite, Xero, Intacct, and more), advanced security and financial controls, corporate card

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



management, and travel booking. The balance between subscription and PPU customers is an important driver of revenue, considering that a greater percentage of subscription customers indicates better revenue visibility, whereas greater PPU translates into more potential volatility of topline. In a post-pandemic year Expensify recorded a historic high servicing ~35% of its paying users under the PPU arrangement. Expensify management aimed to reduce this ratio to a more normalized historic level of ~20%, allowing for some flexibility for customers in more trial-like phases of adoption. Company effort towards greater subscription-based user base appears to have resulted in margin dilution starting from 3Q22 as Expensify introduced elevated sales and marketing costs.

**Pricing**. Expensify's freemium model renders the platform relatively accessible, with many features available at no cost, like in-app payments for expense reports, invoices, bill payments, and a limited number of SmartScan receipts. As for plans with upgraded capabilities, the most affordable pricing is offered on a subscription basis and envisages a half-priced fee per user per month assuming the employer of a paying user spends 50%+ of their expenses on the Expensify card. Should this card-related threshold not be met, the fee increases proportionately. Under pay-per-use (PPU), fees for both of these hypothetical scenarios double in size. However, users are able to pay only for the specific months that they utilize the service, hence reducing visibility of incoming revenues for Expensify.

**Worsening disclosure**. While Expensify used to provide long-term guidance of 25-35% revenue growth and 30%+ EBITDA margin, the company has eschewed this guidance during the most recent 2Q23 result release, given the volatility of their operations. Expensify management suggested that the uncertainty on revenue outlook was prompted by worsening macro conditions in the SMB space. We believe that guidance could potentially be reinstated, should the company sales team be able to convert a higher share of paying users to an annual subscription model, thus increasing visibility into revenue forecasts.

**Deteriorating top-line growth.** If we were writing this report in 2021, we would tout EXFY as being among the fastest growers and profitable companies in our coverage. EXFY's top-line growth has deteriorated in the past 8 quarters and revenue dynamics turned negative in 1H2023. We forecast Expensify revenues to decline in 2H23E and gradually recover over the following few years growing at mid single digits.

**Figure 7: Expensify Revenue Growth (yoy)**



Source: Company reports.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

**Worsening profitability profile.** EBITDA margins have been consistently north of 30% in 2020 (outside of the COVID-19 quarter of heavy lockdowns) and even peaked at 53% in 3Q21. Margins have been positive, albeit weighed up, since 4Q21 following company IPO (as Expensify incorporated costs related to being a public company). Most recent deterioration of company margins was prompted by a drop in gross margins and a simultaneous increase in Sales and Marketing efforts as the company tried to increase net adds to outweigh customer churn (driven by increased competition).

**Figure 8: Expensify quarterly EBITDA Margins**



Source: Company reports.

**Low growth and profitability for 2024E versus our coverage.** Within J.P. Morgan vertical software coverage, we highlight Expensify showing least attractive characteristics, simultaneously delivering among the slowest levels of topline growth and relatively low level of EBITDA margins.

**Figure 9: Vertical SaaS Coverage 2024E Revenue Growth**



Source: J.P. Morgan estimates.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

**Figure 10: Vertical SaaS Coverage 2024E EBITDA Margin**



Source: J.P. Morgan estimates

**Valuation multiples summary**. We compared Expensify valuations to a group of SaaS players with exposure to the SMB market as well as various payment companies. Expensify's ~12x 2024E EV/EBITDA and ~23x EV/FCF implies a 30-40% discount to a group of SMB focused software names and comparable payment processors, reflecting unexciting financial outlook, operational challenges of the business, low daily stock trading volume and increasing competition.

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

# Risks to Rating and Price Target

*Risks to the Upside*

**Dynamic, favorable industry to disrupt.** We think the expense management space is dynamic and ripe for disruption, vying with likes of legacy competition like SAP Concur and "pen-and-paper". Competitor Ramp recently received $300M of Series D funding on its ~$5.8B valuation, which we estimate at nearly 20x ARR. We think this valuation also speaks to the attractiveness and lengthy runway associated with serving this industry. Expensify's sales could accelerate should it strengthen its competitive position.

**Customer growth and retention.** Expensify could grow its customer base and maintain logo retention rate, reversing recent trends. Converting customers from free-to-paid users would also support its positions. This dynamic would also cause revenue to grow at rates faster than we model.

**Revenue predictability**. Enhanced predictability of revenue generation from marketing and sales initiatives could be viewed as favorable by the market, aiding the share price. If more customers were converted from pay-per-use (PPU) to subscription-based contracts, this would lead to greater revenue visibility.

**Positive macro influence on SMBs.** Expensify exclusively serves SMBs and is sensitive to the broader health of those businesses. Particular strength of SMBs could enhance the revenue and profitability of Expensify. Additionally, strength in the SMB sector could encourage more spending on travel, increased work with outside vendors, and more employees looking to change jobs, all of which could be potential drivers for Expensify growth through word-of-mouth customer acquisition.

**Traction of the corporate card**. In late 2019/early 2020 Expensify introduced its own Corporate Card (a white-label product operated on a single 3rd party vendor Marqeta infrastructure, which manages the relationship with the card's issuing bank, Sutton Bank, and the card network, Visa). As part of the adoption incentive, Expensify is offering customers its expense management features for a reduced fee should these SMBs spend 50% of their expenses on the Expensify card. Successful traction of getting SMB clients to spend funds, using this card is an avenue of revenue for Expensify that we currently do not incorporate into our forecasts.

**Super-App adoption**. Expensify has been trying to become a super-app, condensing all payment capabilities an SMB business could need along with a chat function to facilitate greater communication and more efficient payments. The company has introduced a new beta version of its customer-facing application, which resembles a hybrid between a WhatsApp and Venmo. Greater adoption of the new platform with increased loyalty and lower churn could drive number of paying members as well as average revenue per member.

**P2P services**. At the most recent results calls , the Expensify management team highlighted having peer to peer payments (P2P) among the potential future sources of topline growth that may be embedded into the Super-App over the coming 12M.

10

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

J.P.Morgan

## Company Description

Expensify was founded in 2008 by its CEO David Barrett and was reportedly inspired by the idea of eradicating homelessness and hunger in San Francisco. Many banks saw this as too risky a venture to fund, so Barrett re-framed his idea as an expense management software system. The company later grew to serve a myriad of functions for both individual and business customers. Today, Expensify has evolved into a super app that can track receipts, reimburse employees, send invoices, pay bills, and issues its own corporate credit card. Expensify views transactions as conversations and is streamlining the payments process based on the realization that payments, regardless of the sender or receiver, require nearly identical workflows. Rather than provide a complex, fragmented payments solution like many of its competitors, Expensify has condensed these critical functions into one location, creating an easier expense management system for customers. Expensify is headquartered in Portland, Oregon and given the self-service customer acquisition model as of end 2022 ran an agile team of 138 people. Company revenue is predominantly coming from US; however, we note that Expensify customers can now reimburse employees in over 154 different currencies across 200+countries. Expensify was taken public via an IPO on November 9, 2021 at $27/share. At the time of the transaction J.P. Morgan acted as lead underwriter.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



# Introducing Expensify

**Table 1: Introducing Expensify**

|  | Expensify |
|---|---|
| Ticker | EXFY |
| HQ Location | Portland, OR |
|  |  |
| Market Cap | $0.3B |
| F2024E Enterprise Value | $0.3B |
| Average Daily Trading Value (3M) | $5M |
|  |  |
| 2024E Revenue | $165M |
| EV / 2024E CY Revenue | 1.6X |
| Historic 4Y FY Revenue CAGR | 18% |
| Forecasted 2Y FY Revenue CAGR | 6% |
|  |  |
| Net Cash (2024E) | $32M |
| Net Cash as % of Market Cap | ~10% |
|  |  |
| Number of Employees (2022) | 138 |
| Latest Paying Customer Count | 742K+ |
| Latest Revenue per Customer (Annualized) | $210 |
|  |  |
| F2024E FCF Margin | 7% |
| F2024E EV/FCF | 22X |

Source: Company reports and J.P. Morgan estimates.

**Founder background.** David Barrett founded Expensify in 2008 as an expense report platform. After explaining his card technology concept at TechCrunch50 as an expense management system, he and his team developed SmartScan, where users could take a picture of their receipts for automatic transcription. Following SmartScan, the team developed real-time expense reports to automate the entire process of expense management end-to-end. Expensify capabilities have since expanded including managing travel expenses, invoices, bill paying, and in 2019, Expensify issued a corporate card. Prior to creating Expensify's blockchain-powered database, Barrett worked for Red Swoosh (acquired by Akamai Technologies in 2007), leading its engineering team responsible for maintaining and extending a P2P network that delivered content to users.

**Historic recap.** Beginning as an expense management platform, Expensify gradually incorporated various features upon development. Virtually all companies require some form of expense management; Expensify sought to simplify the process. Expensify first designed a web application, followed by a mobile app. SmartScan was one of the first receipt scanning technologies, removing the need to manually input necessary expense information. From SmartScan or an import from credit cards/bank accounts, transactions could be automatically categorized, forming the foundation of modern Expensify expense reporting. Both SmartScan and Credit Card import features are proprietary.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

Even though the feature has since been taken offline, Expensify's SmartReports allowed companies to submit expense reports in an Excel template. This feature helped transition companies who had wanted to stick to traditional Excel or pen and paper methods. Besides aiding a company's own expense reporting, Expensify saw the need to integrate with accounting packages, making the whole expense recording and data collection process more consolidated and connected. Because collecting and requesting money follow similar patterns regardless of purpose, invoicing and bill processing features were added on top of expense reporting. Since then, Expensify has expanded its integration of services with travel, HR, and more accounting software as well as more fully building out its corporate card capabilities. Today, it functions more as an all-in-one expense management chat platform for real time communication with on-the-go capacities.

**Table 2: Expensify Development Timeline**

| Date | |
|------|--|
| 2008 | **Expensify app founded** |
| 2009 | SmartScan launched |
| 2010 | |
| 2011 | |
| 2012 | |
| 2013 | Invoicing and bill processing addition |
| 2017 | Receipt integrations and partnerships |
| 2019 | Early access to Expensify card |
| 2020 | Expensify card launch; Bill pay feature launched |
| 2021 | Free plan and cash back offered; **Expensify IPO** |
| 2022 | Expensify CPA Card |
| 2023 | Launched New Expensify Platform |

Source: Company reports.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



# Company Overview

**Figure 11: Overview of Services**



Source: Company reports.

**Model.** Expensify offers expense management for businesses (targeting SMBs) and individuals, treating payments like individual communications. Rather than have various channels through which one manages and discusses payments and expenses, Expensify aims to consolidate all these actions into one space to better streamline the process. While Expensify has largely focused on its product offering, in recent years, attention has shifted to providing a greater service-based experience with increased investment in sales development representatives (SDRs) and setting customers up with dedicated account managers to offload some of the burden from these firms.

**Technology.** Rather than utilizing the the traditional private or public cloud architecture that we typically run into from software companies within vertical software space, Expensify opted for its own cloud infrastructure, which is built on a small number of very large servers and powerful machines that run on Bedrock, a private blockchain-based data foundation using source code from SQLite that was then developed independently. While SQLite is usually more localized, Bedrock displays expanded capabilities, as it is WAN-optimized (meaning the information in the network is not tethered to one location) and also Paxos-based. It has a self-healing clustered replication engine designed to conduct atomic two-phase commits over high-latency / low-reliability internet VPN links. This allows Expensify to be in control of security and redundancy with the ability to scale up to multiples of the current usage without needing to add additional infrastructure capacity (this type of infrastructure is supposed to allow Expensify to leverage the fixed and semi-fixed costs of owning their own stack to increase gross margin over time). A data foundation, as opposed to a database, means more complex data processing like caches and job queues can be managed, and Bedrock can scale globally. Expensify's architecture adds a layer of privacy and Bedrock's modular allows for easier individual maintenance. Bedrock's architecture resembles a social media platform as opposed to traditional enterprise-grade SaaS platforms, as its hosting of user data all on one server enables communication among all users. The technology is differentiating as well due to Expensify's long standing relationship with banks. While Plaid charges a fee for users to receive bank information, Expensify can import user information from banks and support a large user base at a cost few if any other companies can. Finally, Expensify uses supervised AI and automation. Its

14

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

Concierge customer service feature attempts to answer low-tier questions with AI; however, if these queries cannot be adequately addressed, they are escalated to a human representative. Similarly, in its receipt scanning technology, the process is largely automated, however any unclear writing on a receipt is escalated to a human to ensure the information is entered into the system correctly.

**Expense Management.** Logging and monitoring expenses can take up a significant amount of time, so EXFY's easy to use interface with AI-powered customer support technology aims to simplify the task. As of the end of 2022, Expensify had processed and automated a cumulative number of 1.4B transactions on its platform, up 200M from 2021, and 2021 numbers were up 100M from the year prior. Users can easily scan receipts, which EXFY can translate into an expense report. Users can also connect their personal and/or business credit cards to EXFY for receipt merging. With the app, it is also possible to track and manage one's own expenses. The self-service approach allows for an option to customize a workflow, such that limits are placed on certain expenses, and they can be flagged for review. Receipt auditing is powered by AI, so currency conversion rates can be confirmed, transactions can be validated, and error checking can be done to ensure no duplicate receipts. Delegation can occur such that other users can access or complete others' reports or simply review them in a view-only version. EXFY follows General Data Protection Regulation privacy standards, which are often more stringent than those in the US.We note some of EXFY's processes (such as for expense management) are manual, rather than automated. Management notes most automated receipt scanning software is accident prone, so a portion of receipts scanned on the EXFY platform is done via human employees on the back end, rather than automation.

**Spend Management.** Spend management entails the analysis and tracking of employee and company expenses. Scanning receipts to upload from anywhere and use of the Expensify card are meant to improve spend management. With the Expensify card, details of every transaction are entered into the software, and cash back can be earned. EXFY also offers a more streamlined system when receiving multiple bills from vendors as well as mass invoicing, multiple payment options, and quick notifications/customer communication in its bundle of spend management services. Expensify's Concierge service is for travel booking, and Expensify can also manage personal spending, allowing users to transfer or request money, communicate with friends, and split a check. Placing all spend management in one place allows for better data analysis, so companies can gain better insights on their spending.

**Expense Reports.** Expense reports itemize spending for which employees will seek reimbursement (hotel accommodations, transportation to the airport, or meal expenses) and are central to the expense management process. In Expensify, users can scan an image of a receipt on the go, and the system automatically inputs relevant information like the vendor and the respective charge. It is possible to link one's personal and business credit cards to an account. Additionally, when using an Expensify-issued corporate card, spending is automatically received and processed in Expensify software. Both employees and administrators can set up and manage an expense report if needed and certain policies can be put in place to grant approval of spending. ACH (automated clearing house) reimbursement can happen in just a few business days, and administrators can further incentivize timeliness to promote even quicker reimbursement time.

**Expensify Company Credit Card.** Rather than having to scan receipts or even automatically input expenses, the Expensify company credit card automatically records

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

transactions for a company's expenses. The card enables users to receive up to 4% cash back, 1% for every swipe and 2% if users spend $250k or more per month across their cards. To entice new cardholders, they can receive double cash back during their first three months of card use. In addition to cash back incentives, Expensify offers reduced-fee use of its platform if the SMB uses Expensify card for over half of their respective monthly expenses. Cards can be set up quickly and payments can be settled on a daily or monthly basis. Smart Limits is a feature enabling administrators to set spending limits, which once reached, shuts the card off until approval of prior spending. IRS-guaranteed eReceipts are received when using the card, and transactions are monitored against fraud. Cardholders receive access to Concierge Travel, which includes a bundle of travel safety services, and all transactions on the card sync to one's Expensify account. Due to Expensify's partnerships in the industry, cardholders can receive perks and discounts when swiping with certain companies. However, the card does not require a credit check, enabling higher credit limits. Issuance of the corporate credit card was initially meant to serve as a revenue generator on the interchange Expensify could make from card transactions; since its inception, however, it has evolved more into a loyalty mechanism to reduce potential customer churn by further streamlining company spend and expense management into one place. While around 4k companies had adopted the card (launched in 2020) by the time of the company's IPO in late 2021, as of late, only around 10% of current customers (~5.3k companies) use the Expensify card, further solidifying the card's position as less of an avenue for revenue expansion, but rather customer retention. We also think competition may be offering higher levels of cashback in their own corporate cards, potentially contributing to this lower-than-expected card adoption.

**Card Payment Mechanism.** Cardholders swipe their cards at a merchant's store, for example, and the issuing bank pays the charge, with the expectation that the cardholder will pay the bank when their monthly bill comes due. The merchant's bank, called the acquiring bank, seeks approval of payment with the card network and discloses any relevant information to the merchant (can also be done in-house or by payment processor). The payments processor serves as a facilitator between the merchant and acquiring bank, relaying transaction and approval information to the necessary party. Credit card networks (such as Visa and Mastercard) have guidelines in place regarding usage of their networks and detailing interchange fees, and these companies manage networks that enable global credit card transactions. These companies are also the key connector between the consumer and merchant, granting authorization requests from the acquiring bank and sending these requests to the issuing bank. The issuing bank, the bank of the cardholder, then approves or declines these requests, sending a response back to the acquiring bank.

**Receipt Scanning App.** SmartScan is a key Expensify feature that enables timely receipt upload and automatic translation into expense reports. After taking a picture of one's receipt, the user can throw out the paper copy as SmartScan identifies the vendor, date, and amount of each transaction. In cases of unclear writing, a real person on the Expensify end will manually check the image. These expenses are compiled into an expense report, which at the end of a trip or at any time, can be sent in for approval. The SmartScan app also features data analytics to better understand trends in spending and is cloud-based, not taking up much storage on a personal device. The app adheres to various security standards and utilizes encryption, advanced data centers, and passwordless accounts to protect user privacy. The app also can integrate with those already in place for business, HR, and travel spend to make the process even easier.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

J.P.Morgan

**Payments.** Expensify seeks to create a centralized location for payments to employees, vendors, and contractors to better streamline the overall payments process. Especially in today's increasingly globalized economy, it is important to have the ability to interact with and easily pay vendors and contractors from around the world in different currencies, which Expensify can facilitate. Additionally, there are no transaction or transfer fees as these costs are baked into the subscription price.

**Bill Pay.** The bill pay functionality of Expensify is meant to ease the pre-accounting process of companies. This bill pay feature allows companies to pay their bills through the Expensify app, similar to how banks and other companies allow bill pay through their websites or apps. In bill pay, account information can be viewed and payments can be scheduled as well. This feature allows bill payment, expense management, travel spend, and other transactions to all be consolidated into one place. This feature allows for monitoring and automation of payments as well and comes at no extra cost to subscribers. Bill pay could also be a potential channel through which Expensify could gain new customers as it requires vendors to interact with the platform in some sense. Bill pay entails a few steps, the first requiring an Expensify user to request bills from vendors be sent to their Expensify Bill Pay Address, which is provided through an Expensify account. These bills appear in the user's Expensify inbox, where they can approve, organize, and pay these bills manually through a credit card or payment app or establish automatic invoice payment.

**Invoicing.** Expensify's invoicing software enables payment collection and invoice template set-up, as well as invoice processing services. The software, after collecting required information, can send the invoice for payment and can auto-import some of the needed information as well. Taxes, discounts, and fees are calculated by the software. Automation of invoicing services is provided free with Expensify subscription, granted standard processing fees are paid with every transaction. Payment options include credit and debit cards as well as ACH and PayPal to provide greater flexibility. Mass invoicing, where invoices are created in bulk for multiple customers, is a feature that can be automated or more manually taken advantage of. Users can comment on the note for others to see if questions arise and receive real-time responses. To take advantage of Expensify's invoicing capabilities, businesses first make an invoice document using a template either provided by Expensify or using some other professional aesthetic. Billing information, contact information for both the user and client, due date, and billing address as well as other document labels and details are provided. Then, the user must input service information, including an itemized fee list, a service description, invoice number, and complete totals for the transaction. Payment terms are established, and finally the invoice is forwarded to said client electronically, and users can request confirmation of receipt by their clients.

**Payroll.** In September 2022, Expensify introduced enhanced payroll capabilities such as tax calculation, withholding, and filing at the local, state, and federal levels, benefit tracking (both taxable and non-taxable), PTO and vacation tracking, direct deposit, recurring and off-cycle paychecks, and bidirectional GL (general ledger) synchronization. The ultimate goal in implementing a payroll solution is to engage a larger number of people in a given SMB to service and hence raise the number of paying members for Expensify (creating improved functionality within an SMB as opposed to trying to gain new logos). Payroll services are managed via Concierge, Expensify's partly-AI customer service assistant.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

**CPA Card.** Expensify highly values its relationships with accountants due to the breadth of firms with which these accountants interact and therefore to which they could spread word of Expensify's services. Once an accounting firm adopts the Expensify card and recommends it to clients and completes an online course (ExpensifyApproved! University), they become an ExpensifyApproved! accountant and can receive a CPA card. The firm, along with the card, receives a partner manager, free Expensify accounts and an upgrade to the Control plan. Transactions can be approved instantly, and firms with this card can apply for higher credit limits without credit checks or personal guarantees needed. They can receive a physical or virtual card, sharing in 50 bps on client purchase revenue and obtain up to 4% cash back on card purchases for the firm. All other Expensify card features are included in the offering as well.

**Travel.** Expensify can manage travel expenses and logistics as well as booking accommodations, scheduling flights, and notifying the user of delays or other emergencies if they arise. An Expensify virtual assistant, Concierge, assists users with these services, accepting preferences and restrictions and booking a trip for the user. Within the app, one can view all trip details, and Expensify's Concierge can rebook flights automatically in case of cancellations or missed flights. Expensify will adhere to company travel policy and save time on researching the best deals for the user. In order to book a trip through Expensify, users can send an email to Concierge or start a chat with Concierge in Expensify. To store all travel information within the app, one can forward receipts to an Expensify email, and they will be imported.

**Expensify Chat.** Expensify chat allows all communications regarding payments and expenses to take place in one location among employees, between employees and clients, as well as between employees and vendors. Expensify Chat promotes real-time communication, further streamlining the payments process. Tasks can be assigned through the chat and to-do lists managed, such that there is greater organization among employees of a given SMB customer firm. Chat works within the app as well as on mobile or web browsers, and users can take advantage of chatting with Expensify team members through features like Concierge, Setup Specialists, Account Managers, and more.

**Integrations.** In order to facilitate easier expense management, Expensify includes integrations with finance, software, travel, and ERP software. For example, Expensify has integrations with Intuit QuickBooks such that Expensify users can create custom ways to code expenses to their QuickBooks account. This data is continuously synchronized for real time use. Automated reports allow administrators to track spending and receive quick ACH reimbursement. For this feature, Expensify complies with PCI and SOC1 to protect user data. In features like the CPA Card, two-way sync is enabled with QBO, Xero, Intacct, and NetSuite, meaning a change on one end corresponds to a change on the other end.

**New Expensify all in one Super-App.** Expensify has been testing a new customer-facing platform for a number of years and In 2Q23 began granted access to it to the broader audience. At various conferences the company said that it sees low barriers to adoption of the new platform, which they believe is supported by the rollout of various attractive platform features, like the chat function. The new Expensify does not require an account, IT permission, or a password but rather the scan of a QR code. However, deep linking and hybridization will be required in the transition of customers to the new platform, which was built in collaboration with customer feedback. It essentially presents as a hybrid with WhatsApp-like functions and Venmo-like capabilities,

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

focusing more on chat functions, equating payment with conversations. Today Expensify is running both old and new customer-facing applications as the transition to the new product is not yet complete, making it difficult for us to judge the success of the Super-App. Some key classic Expensify capabilities have only recently been introduced on the new Expensify platform. Having tested the app, we notice that while the new Expensify appears to have all the capabilities detailed, they are not necessarily categorically distilled as invoices versus bills but rather all viewed as payments, and therefore are handled and treated accordingly. It remains to be seen if such approach is recognized by Expensify consumers.

J.P.Morgan

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

J.P.Morgan

## Customer Overview

**Customers**: Because many large businesses already have robust expense management systems in place and there is therefore more price competition in the space, Expensify can charge more of a premium when servicing small and medium-sized businesses. SMBs also make up a much larger percentage of businesses across the US, providing a large market whose concerns Expensify can address. Directly, Expensify targets individuals for a relatively cheaper customer acquisition model who, by word of mouth and use of the product, promote Expensify to higher-ups in their respective organizations as well as other businesses. We detail a breakdown of employee numbers for various small to medium-sized businesses in the US below, with a large majority working at companies with 1-9 employees.

**Figure 12: US SMB Employee Distribution Among Business Sizes**

% of Total



Source: US Bureau of Labor Statistics.

**Customer base:** EXFY's serves ~53k companies, with its customer base consisting mostly of SMBs, as EXFY can earn 5-10x more per user in this category than with enterprise businesses. Due to the variety in number of users among different companies (ranging from 1-2 to over ten thousand), paying members is a more suitable metric. With larger customers, there is more competition for narrower margins, whereas SMBs do not exhibit this same leverage. Some past enterprise customers of Expensify have included Snapchat, Pinterest, GitHub, Swatch Group, the Miami Dolphins, University of Kentucky, Tribeca Film Festival, and Warby Parker. However, EXFY appears to be better suited for SMBs and is used by companies in various verticals. No particular customer makes up a significant portion of EXFY revenue. Expensify customers are highly concentrated in major US cities such as San Francisco, New York, and Miami; however, there is significant diversity among the types of businesses Expensify serves ranging from tech, healthcare, and consulting, to mom-and-pop stores, nonprofits, and church groups.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

**ExpensifyApproved!:** Accounting partners who take an Expensify course, work closely with Expensify, as well as use and recommend the platform to clients receive perks. These include direct, dedicated support from the Expensify team to help onboard and train new Expensify users, 3 free CPE credits upon completion of Expensify's ExpensifyApproved! University course, co-marketing opportunities, access to the Expensify CPA Card, and a revenue share of .5% when clients use their Expensify card.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



## Strategy

**Strategy overview:** One of the main long-term growth strategies for EXFY is to continually pursue its differentiating customer acquisition model while also furthering investment into its sales development representatives (SDRs). To gain new users, EXFY begins by targeting an initial contact, who either learns of EXFY through word-of-mouth or possibly search engine optimization tools (SEO). This contact can potentially refer other employees, leading to greater EXFY adoption. Expanding overall platform capabilities means there will be new viral loops, through which the company could grow. This means that a company using Expensify may "spread the word" about EXFY when working with vendors if they use the expense management system for vendor payment, whereas if EXFY had only been used for internal expense management, such spread could have never occurred.

**Focused on net adds growth**. Having faced a decline of net adds of paying members in its most recent quarters, Expensify is following a more traditional route more heavily investing in SEO and SEM to improve its digital advertising footprint and reach more potential users. With regard to its sales force, prior to its ramp up, most sales had been inbound, meaning it was customer-driven. However, as the sales force ramps up, there will be a greater number of outbound sales. EXFY is also partnering with accounting conferences to spread its reach. Accountants work with hundreds of different clients and businesses, so if they like the product, they could be a viable means of getting the word out. At Expensify's third invite-only ExpensiCon conference, which includes leaders in the payments and accounting industries, the company received valuable feedback from clients that can be implemented to further improve the product, such as admin-issued virtual Expensify cards, firm branded Expensify cards, and interchange revenue share with firms. For the virtual Expensify cards, a company can assign a card to a specific vendor in order to control subscription spend. For the firm-branded Expensify cards, these will be co-branded with Expensify and given to top revenue-generating partners, so these partners feel more invested in Expensify and recommend it to other firms. Expensify is also looking to implement revenue share with accounting firms, so that they recommend Expensify and generate affiliate revenue from locking in activities, subscriptions, and card spend at a low acquisition cost. Additionally, EXFY has become the preferred partner of the California Society of CPAs and Texas Society of CPAs through signed agreements. EXFY is looking to attend more conferences in 2H23E as well. To expand its servicing of existing customers, EXFY is providing a dedicated account manager for all customers above 10 members.

**Figure 13: Expenisfy paying member count ('000)**



Source: Company reports.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



**Differentiation:** The unique customer acquisition model forms the foundation of growth strategy for Expensify. This viral, bottom-up business model, in which EXFY targets individual employees, means lower acquisition costs. Unlike other companies' customer acquisition models, this targeted methodology ensures the platform caters to the end users' needs and is technically and legally difficult to reproduce. While primarily serving businesses, individuals can also use Expensify, and they are looking to expand their P2P capabilities. An individual who uses EXFY on a P2P basis could bring EXFY to their business, so there is potential for expansion there. EXFY is easy to adapt and can be integrated with other products as well, such as ERPs like NetSuite and Sage Intacct. EXFY also offers a custom export file for popular mid-sized ERPs like Microsoft Dynamics and Oracle. There are also integrations available with mid-sized corporate card providers, like American Express. HR tools like Workday, as well as travel & receipt integrations with companies like Uber, Lyft, Kayak, Delta etc. Cross-device mobile access enables on-the-go receipt scanning and expense management, and user data privacy is highly protected and secure.

**Pricing.** Expensify offers a freemium pricing model where individuals and businesses can receive the Expensify card, send invoices, reimburse expenses, and pay bills as well as track mileage and split bills for free (for individual use, with a limited number of SmartScans per month). Should users wish to gain access to more features, Expensify offers two major plans: a collect plan and a control plan. These plans are half-priced ($5/user/month and $9/user/month) if 50% or more of company spend is on the Expensify card, and are priced on a sliding scale starting at $10/user/month and $18/user/month for annual subscription, respectively, if this threshold is not met. For PPU purposes, these prices increase to $20/user/month and $36/user/month, respectively. The increase in price for non-card users was introduced in June 2020, leading to higher average revenue per paid member (ARPM). ExpensifyApproved! accountants receive a $9/seat/month price for their firm and clients with no required annual commitment so long as half of company spend takes place on the Expensify card.

**Figure 14: Expensify Pricing Plans**

| | Plan | Features | Pricing | | | |
|---|---|---|---|---|---|---|
| | | | **With Expensify Card** | | **Without Expensify card** | |
| | | | **Annual commitment** | **Pay as you go** | **Annual commitment** | **Pay as you go** |
| **Business** | | | | | | |
| | Free | Use Expensify Card to reimburse expenses, pay bills, invoice | | | | |
| | Collect | Accounting integrations and simple approvale rules | $5/user/month | $10/user/month | $10/user/month | $20/user/month |
| | Control | Multi-level approvals, policy constraints, reporting | $9/user/month | $18/user/month | $18/user/month | $36/user/month |

| | Plan | Features | Pricing |
|---|---|---|---|
| **Individual** | | | |
| | Track | Track expenses, scan receipts, send invoices | Free up 25 scans, $5/month after |
| | Submit | Send receipts to manager or accountant, collect payment | Free up 25 scans, $5/month after |

Source: Company reports.

**Distinctions between pay-per-use (PPU) and annual subscriptions**. In a PPU plan, customers can use Expensify on a month to month basis with no commitment at double the price per month (vs. subscription-based fee). Annual subscriptions pay month to month, but have a 12 month contractual duration and a minimum commitment on active user seats. Many customers have a certain amount of annual seats at the annual subscription rate and a varying number of PPU seats at the higher price. While the annual subscription provides more revenue predictability to Expensify, many customers have increased dependence on PPU due to macro volatility. In order to restore more

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



predictability, EXFY employs account management to guide PPU seats to annual seats (even though this means a lower monthly revenue per seat).

**Revenue mix.** Less than 1% of businesses in the US use online expense management tools, which implies major market penetration opportunity. As of 4Q22, no single customer of Expensify accounts for greater than 1% of revenues, mitigating the potential of a large revenue downturn should one company pursue a different expense management solution. The company sizes that make up the largest portions of revenue are: 10-99 employees, 100-500 employees, 500+ employees, 3-9 employees, and 1-2 employees. As for revenue mix with regard to PPU versus annual subscription customers, historically, ~20% of customers were under the PPU arrangement; however, on our estimates that number is currently closer to 30%, reflecting the less certain macro environment. While PPU generates higher revenue per each paying member, this revenue is less likely to be a reliable indicator of future projections, as users are not locked into lengthy contracts. Therefore, a balance must be struck between revenue from annual subscriptions (lower, but more consistent) and pay per use (higher, but not consistent).

**Table 3: Share of Customer Type**

| Customer Type | Typical Customer Share |
|---|---|
| Annual Subscription | 70%-80% |
| Pay-per-use (PPU) | 20%-30% |

Source: Company reports and J.P. Morgan estimates.

**Figure 15: Gross logo and net-seat retention**



Source: Company reports.

**Retention.** While Expensify retention outperformed some of the larger players competing in the expense management sector, the key indicators for Expensify have been declining, likely reflecting tougher macro environment and we believe increased competition in the space. In 2019 (pre COVID-19) its gross logo retention was 88%, while in 2020 the figure declined to 86% and fell further in 2021 to 83% and has not recovered since (was flat in 2022 at 83%). Gross logo retention is calculated by using (a) the number of distinct companies who have ever had 5 or more paid members paying for a subscription during the period ending one year prior as the denominator and (b) the

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

number of those same companies that are still paying for at least 1 subscription during the more recent period as the numerator. The dynamic is even more volatile with net seat retention, which in 2019 (pre COVID-19) was 119%. The ratio dropped to 96% in 2020 and then further to 93% in 2021, only to recover to 108% in 2022 (below the pre COVID level). Net-seat retention is calculated by using (a) the number of paid member seats from companies who have ever had 5 or more paid members paying for a subscription during the period ending one year prior as the denominator and (b) the number of paid member seats at those same companies during the more recent period as the numerator.

J.P.Morgan

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

# Macro Implications

**Macro argument.** While companies across the world are more heavily investing in technology spend to better automate processes, economic uncertainty has prompted more cautious spending. Software growth generally performs well during times of low interest rates and low inflation, when economic growth is encouraged as is spending and borrowing to invest in new products. During 2020-2021, stimulus checks and the pickup in online functionality incorporation prompted rapid growth in the SaaS space. While there has been growth since, this growth has decelerated largely due to companies having already shifted to higher tech solutions by this point as well as more difficulty in borrowing money for growth investment. While during a time of economic expansion, Expensify could perform well, it is not suited to the current macro conditions, specifically with respect to the health of small and medium sized businesses.

**SMBs facing headwinds.** SMBs, and particularly their spending in IT, are poised to drive the global economy in the coming years as they continue to focus on core business issues. In 2024E, 37% of SMBs could change the vendors they work with, providing customer opportunity for firms specifically targeting SMBs in their product and value proposition. IT budgets are gradually increasing; however, inflation/interest rate hikes plus geopolitical factors are affecting growth levels. Despite the y/y increase in spending, growth may be slowing down. Software makes up ~30% of SMB IT spend and managed services contribute ~18%, so firms that produce both products and provide services position themselves at an advantage. In order to win business from SMBs, ease of use/adoption and multichannel customer support offerings are important features. A personalized approach and the ability to harness data analytics from software are also top qualities SMBs are after.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



# Total Addressable Market

The opportunity for Expensify is vast given the company's ability to serve the smallest end of the market, considering that out of the businesses operating in the US, 99.9% classify as small businesses. These hypothetical customers of Expensify employ just under half of US employees.

**Drivers for Expensify.** Expensify's business model specifically targets small to medium sized businesses so as to avoid competing over narrow margins. The small business market is projected to grow at a 9.5% CAGR from 2022 to 2030, translating to a growing customer base for Expensify. Despite a natural deceleration post the pandemic highs, SMBs are looking to spend an ever increasing amount on technology, opting for more cloud-based, mobile solutions over traditional pen and paper to better serve their respective customers. This increased demand is specifically notable in the as-a-service (SaaS) solutions in order to display a higher degree of modernization and increased emphasis on security and energy efficiency. There is also heightened demand for end to end product/service providers, so that, like in the case of EXFY, companies can receive guidance and improve efficiency every step of the way. Platform as a service (PaaS) spend could increase 18% y/y from 2022 to 2023, as SMBs increasingly seek AI-powered analytics. Similarly, software as a service (SaaS) spend from SMBs could increase from $44B to $54B y/y from 2022 to 2023, an increase of 22%. With work from home becoming a new norm, companies will likely continue to shift to cloud-based, mobile solutions such that work could be accessed anywhere. A majority of small businesses also value growth and technology adoption, so if executed, targeting smaller companies could prove profitable in the long run.

**Macro Headwinds:** Often times, small business sentiment can be a lagging indicator. As of the beginning of 2023, the majority of small businesses faced higher supply costs and snarled supply chains. Over one third of small businesses surveyed have curbed business investment due to higher rates, and many have had to seek out new capital sources after encountering greater difficulty securing funding. SMBs are largely found within more developed economies like North America and Europe due to capital accessibility; however, with the recent tightening of economic conditions on both the American and European fronts, these SMBs are hindered from growing. In the case of EXFY, this means businesses will not need and therefore pay for more services from EXFY. Additionally, much of the EXFY customer acquisition model relies on employees and users working with multiple vendors or going on to spread the word about Expensify when starting work at another company. However, in an economic downturn, companies tighten expenses, working with less vendors. Employees favor job security and are therefore not changing jobs as willingly or frequently. These macroeconomic effects synergize to produce a less favorable environment than years prior for small to medium sized businesses and subsequently, the chance for Expensify to grow.

**Market sizing.** To size total addressable market for Expensify, we looked at the number of employees at small businesses in the US (~61.7M, according to Forbes) and multiplied this number by the percentage of employees who use some form of expense management in a given month (33%). After finding the potential number of users, we multiplied this number by an annual average revenue of $211(generated by Expensify) to come up with a US-based TAM of ~$4B. In the prospectus, Expensify deemed US, UK, Canada and Australia as its current core markets. For the European market, there

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



are around 84.6M SMB employees (according to Statista), which we also multiplied by 33% followed by an ARPU of $211 to reach a European TAM of ~$6B. Combining the US and European markets results in a TAM of ~$10B. However, we believe that if the company were to successfully further expand into payroll, its TAM could increase significantly (3x) as the services would cover a wider share of employees within a given SMB. While not all employees necessarily use expense management, all need some form of payroll services.

**Figure 16: Expensify TAM**

| Expensify's US TAM | |
|---|---|
| Small business workers | 61.7M |
| % of employees using exp mgmt | 33% |
| Potential users | 20.4M |
| ARPU | $211 |
| **TAM** | **$4B** |
| Expensify's Europe TAM | |
| Small business workers | 84.6M |
| % of employees using exp mgmt | 33% |
| Potential users | 27.9M |
| ARPU | $211 |
| **TAM** | **$6B** |
| Total | $10B |

Source: Forbes, Statista, J.P. Morgan estimates, and company reports.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

# Management, Ownership, and Share Liquidity

**Founder and CEO.** David Barrett is the founder and CEO of Expensify. Mr. Barrett was behind creating Expensify's private blockchain-powered database. Prior to launching Expensify, he led the engineering team at Red Swoosh (acquired by Akamai Technologies) and has vast network engineering experience. He also has held VR development roles, which could be a signifier of a potential expansion path for Expensify. Barrett holds a BSE in computer engineering from the University of Michigan and is a first-time CEO. We note CEO Barrett has been selling a moderate stake in his company since 4Q 21. His position in the company has decreased from 3.8M shares at IPO to under 3M as of publishing, according to Bloomberg Finance L.P. CEO Barrett began selling shares in 4Q 2022.

**CFO.** Ryan Schaffer has been with Expensify for a decade, but stepped into the CFO role in 2017, leading multiple equity buy-backs from early shareholders, raising debt financing, and serving as the intermediary between investors and Expensify. Before being appointed CFO, Mr. Schaffer served as the Director of Marketing and Strategy (2013-2017), in charge of Expensify's brand marketing campaigns and helping to produce Expensify's superbowl commercial. Schaffer holds a BS in business from the University of Dayton and is a first-time CFO.

**COO.** Anuradha (Anu) Muralidharan joined Expensify in 2015, driving creation of the Expensify card, as she previously held Vice President positions at Citibank and Marqeta as well as engineering roles at Oracle. Her role as COO is largely focused on bank relations, fraud prevention, and audit. Muralidharan received her MBA from Cornell University.

**CPO.** Jason Mills started with Expensify in 2011. He worked on the product roadmap and the bottom-up customer acquisition model of Expensify. Prior to Expensify, Mr. Mills worked at Goldman Sachs, ING Bank, and Hill & Knowlton. Mr. Mills has a M.A. in International Economic from Johns Hopkins University and a B.S. in Business Administration from University of California, Berkeley.

**CSO.** Daniel Vidal joined Expensify in 2012 and has aided in improving the business development team, helping to launch the ExpensifyApproved! program for partnership with accountants. Vidal has a M.S. in Commerce from the University of Virginia.

**No signs of management turnover.** While most senior managers that were at Expensify's founding have since turned over, existing members of the top management team have all been with the firm for at least 7 years and have taken the company public in 2021.

**Ownership structure.** CEO and founder of Expensify - David Barrett - is the largest shareholder, with 16% of economic power and 46% of voting power. Other management and pre-IPO shareholders hold ~30% of economic power and ~40% of voting power. The remainder (~54% economic power, ~14% voting power) relates to free float.

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

**Figure 17: Economic Power**



Source: Company reports.

**Figure 18: Voting Power**



Source: Company reports.

**Multi-class share structure.** Back in 2021 Expensify structured the IPO raising primary funds to pay a one-time special bonus to its employees and allow them to fund participation in a long-term ownership plan of the company. Expensify has three share classes. Class A are public and shareholders hold discretion over their voting. The two long term shares — called Class LT10 and Class LT50 — are set up with a voting trust. These shares are available to employees who hold common stock or options: over 50% of shares held by employees are in LT shares. Prior to Expensify's IPO, EXFY engaged in an Exchange Offer, in which employees who held the company's common stock could exchange their shares on a 1 to 1 basis with LT10 or LT50 shares. The LT10 and LT50 shares issued in this offer were deposited into a Voting Trust. The three trustees are the three largest holders of LT shares, which cannot be sold and can only be swapped into common stock after the lock-up ends. Expensify's reasoning behind this share structure was to ensure these shareholders were not sacrificing future growth in their current decisions and were forced to experience a long-term effect of their managerial decisions.

- **Class A** common stock provides the holder with 1 vote.
- **Class LT10** shareholders have 10 votes per share and to sell or convert to Class A shares, they must give 10 months notice. Their votes are pooled into the Voting Trust.
- **Class LT50** shares work similarly, but with 50 months notice as opposed to 10 (and 50 votes per share versus 10). Their votes are pooled into the Voting Trust.

**Voting Trust: Concentrated voting power for LT10 and LT50 shares.** This unique arrangement means the voting structure is concentrated, held, and executed by the voting trust. This means the voting trust will control over 85% of the voting power in the company, and the initial trustees were the CEO, CFO, and Chief Product Officer. This was reportedly designed to provide more control for the founder and key management.

**Share repurchase program**. On May 12, 2022 Expensify announced repurchase program with authorization to acquire shares worth up to $50M. Since the announcement, the company acquired shares with total cost of $15.9M, including $6.9M of net share settlement used for equity awards. The above-mentioned amount includes 0.6M shares (or 0.8% of total shares) acquired in in 2Q23 for ~$3.9M.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



Table 4: 3M Trading Value relative to other Vertical Software stocks

| Company | Ticker | Market Cap | 3M Trading Value |
|---|---|---|---|
| CoStar Group Inc | CSGP | $34B | $249M |
| GoDaddy Inc | GDDY | $11B | $101M |
| Samsara Inc | IOT | $17B | $88M |
| Tyler Technologies Inc | TYL | $16B | $85M |
| Wix.com Ltd | WIX | $5B | $78M |
| SS&C Technologies Holdings Inc | SSNC | $14B | $63M |
| Procore Technologies Inc | PCOR | $10B | $62M |
| Guidewire Software Inc | GWRE | $7B | $50M |
| Appfolio Inc | APPF | $7B | $24M |
| Squarespace Inc | SQSP | $4B | $19M |
| CCC Intelligent Solutions Hold | CCCS | $7B | $16M |
| Clearwater Analytics Holdings | CWAN | $5B | $11M |
| TechTarget Inc | TTGT | $1B | $8M |
| Expensify Inc | EXFY | $0B | $5M |
| Alkami Technology Inc | ALKT | $2B | $4M |
| Sapiens International Corp NV | SPNS | $2B | $4M |
| Enfusion Inc | ENFN | $1B | $4M |

Source: Bloomberg Finance L.P.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



# Competitive Landscape

**Competitors.**
Expensify's primary competition remains the antiquated manual processes that SMBs have relied upon for decades. Other competitors include traditional horizontal platform solutions with basic expense management features, corporate card providers and niche expense management point solutions. Some of the customers use Expensify in tandem with competitors' products. Expensify differentiates from peers by facilitating word-of-mouth marketing and support bottom-up go-to-market motion.

**Large players.** According to 6sense data agency, the top expense management report systems include more legacy accounting names. For example QuickBooks (which integrates with SAP Concur, Expensify, and Ramp) is in the lead with ~48% of market, while QuickBooks Online (cloud-based software) comprises almost 6% share. Another legacy player - Xero - reportedly controls ~7% share while Sage Intacct has just over 1%. It is logical to see large accounting firms still holding majority of the market share given fewer concerns over syncing expense data between pre-accounting and accounting platforms. QuickBooks currently has expense management plans available ranging from $15-$100/month (varying based on features and number of users supported) that include invoice and expense management, receipt capture, and a free guided setup. Having already a significant share of the accounting software market, it would make sense for businesses to use platforms like these to manage both their preaccounting and accounting needs. However, while embedded features from other companies in Quickbooks' software are going away, Quickbooks is not disconnecting its integrations, meaning it is not necessarily forcing any switch to its own expense management platform.

**Figure 19: Expense Management Market Share**

% of Total



Source: 6sense.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

J.P.Morgan

**SMB split of expense management space remains fragmented**. Given that large accounting platforms have features similar to those offered by Expensify (mileage tracking, invoicing, expense tracking, etc), the above-mentioned expense management market share split bulks enterprise exposure and SMB into a single addressable market. Considering that Expensify with their sub 1% total market share is only #10 on the list, we believe SMB expense management space remains relatively fragmented.

**SAP Concur.** SAP Concur is an expense management solution that provides invoice processing, travel products, data analytics, customer support, and integrations with other enterprise applications. They service businesses in verticals spanning from education, healthcare, and finance, to government and the legal field. While SAP has many prominent big-business customers (Lindt, Asics, Merck, Longchamp and Cirque du Soleil, to name a few), the company services SMBs as well. Among the SMB customers SAP Concur reportedly holds just above 5% of market share (source: 6sense.com). Many of the services Concur provides are similar to Expensify; however, SAP's pricing model envisages charging per report rather than active employees per month. Similarly to Expensify, SAP Concur offers ability to scan receipts and aid in reimbursement of employees, while company administrators can use the software to set policies on company spending. More premium plans can provide personalized data analytics, scheduling and alerts on spending. SAP Concur mobile app can process e-receipts for employees on the go. Additionally the platform can be integrated with airline apps, ride-sharing, and car rental apps as well as accounting solutions such as QuickBooks and NetSuite. Data analytics insights form similar businesses can also be leveraged by the technology to better understand trends and apply more efficient solutions for customers.

**Emburse.** Emburse helps customers optimize expense management through a wide range of products, such as " Abacus" a real-time expense reporting software, which automates reimbursements, policy realization, and connects corporate credit cards. The product also integrates with Netsuite, Intacct, Salesforce, Microsoft Dyanmics, Lyft, and other companies to enhance its capabilities and ease expense reporting for users. Abacus offers its own corporate cards through Emburse, allowing its customers to have control over end-to-end employee spending and expense management process. These cards can have set limits, use company funds to condense the reporting process, and allow for quicker validation of expenses at their point of sale. Card use also provides data insight and analysis into company spending. Like many of its competitors, Abacus uses real time receipt capture. Security is a top priority for Emburse, with transaction and bank account information stored in Amazon RDS, while all data on its Abacus product is transmitted over an encrypted channel.

**BILL Spend and Expense (ex-Divvy).** After acquiring the expense management platform formerly known as Divvy for $2.5B in 2021, BILL integrated Divvy into its own business as "BILL Spend and Expense" division. Divvy offered automated expense management software, mostly earning revenue on interchange from the corporate card it issues. As part of the Bill ecosystem, should customers use the Spend and Expense card, they receive software for free, granting them ability to manage their respective spend (budgeting), employee reimbursements, expense report generation, automatic receipt matching, and integration with commonly-needed business apps. However, to unlock certain accounts payable and accounts receivables features like automatic 2-way sync with Quickbooks products and Xero as well as setting custom user roles and approval policies and easily entering, managing, and paying bills, businesses need to pay $79/user/month for AP and AR features together, or $45-$55/user/month for separate plans. For accountants, this price drops to $49/month. While the technology is not necessarily

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

unique, BILL Spend and Expense benefits from Bill's vast distribution channels, particularly among the accounting community. Distribution is a key differentiation feature in what is becoming a vastly more saturated market. The card spend is a stronger portion of BILL Spend and Expense's overall revenue, with majority coming from payments as opposed to SaaS subscription.

**Brex.** Brex is an expense management platform, consolidating various functions like managing T&E, automating accounts payable, and issuing corporate cards. As part of a better customer experience, Brex uses various security and antifraud measures. The company also has integrations with major accounting software like QuickBooks and Netsuite. After a 30 day free trial, premium subscription for Brex services costs $49/month (~$600/year) with no cap on number of users. Over the recent years, Brex has shown interest in further delving into the banking space, creating features around deposits, ACH, wire capabilities, bill pay, etc. Brex works alongside FDIC-insured banks in the US to store cash deposits as well, perhaps to eventually become an all-in-one business finance app. While Brex was originally positioned as more of a direct competitor to Expensify, the company no longer serves smaller startups, and instead currently contains a feature that syncs a user's Expensify account to the Brex platform (in such a set-up users of Brex are still required to upload receipts through Expensify platform).

**Ramp.** We believe that among expense management platforms targeting SMBs in the US, Ramp is likely to be considered the strongest competitor to Expensify. The company offers bill pay, T&E management and overall spending controls. The company also provides integrations with accounting majors like Netsuite and Quickbooks. Ramp provides its products for free without subscription or annual fees. Instead, Ramp primarily monetizes users via interchange fees: the company offers virtual and physical corporate cards to users, with 1.5% cashback on every purchase, which has seen strong adoption. Ramp takes a cut from merchants for every transaction made using a Ramp card. Ramp has differentiated itself through its focus on strong customer service (with customer support conducted via messaging and email, which has been receiving positive reviews) and an attractive user interface, adding more useful capabilities like vendor management. Recently Ramp raised $300M in funding (nearly the market cap of Expensify) at a valuation of $5.8B, led by Thrive Capital (an existing backer) and Sands Capital (new investor). This capital will be used for product development, increased hiring, and expansion into adjacent lines of business. Last year the company reported quadrupling of its topline to >$0.3B of a revenue run-rate, while remaining loss making. In June 2023, Ramp acquired Cohere.io, a startup involved in the AI space, aimed at further improving Ramp's customer support and differentiation from competitors. While originally aiming to service SMBs, Ramp has also been gaining larger customers, such as the e-commerce platform Shopify.

**Coupa Software** - is the cloud-based Business Spend Management (BSM) platform that unifies processes across supply chain, procurement, and finance functions. Coupa's BSM platform collects anonymized customer data to make recommendations to improve business transactions, while empowering organizations to maximize value. The company appears to be well-positioned to capitalize on the Business Spend Management evolution and is expanding to various markets globally. Coupa Software went public on NASDAQ in 2016, however in February 2023 it was taken private by Thoma Bravo, which acquired a majority stake, valuing the company at $8B. Coupa Software reportedly has ~2% of the expense management market.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



# Financial Outlook

**Revenue analysis.** Despite an initial period of high growth, 1H23 revenues have declined yoy for two straight quarters. Management has addressed the downward pressure on margins, especially in the most recent quarter, as the by-product of greater investment in sales development representatives, to improve the percentage of customers making it through the qualified lead to paid subscriber pipeline. Additionally, macro forces are hindering SMB expansion and activity, hampering potential Expensify growth within its existing customer base or through its word-of-mouth acquisition model.

**Figure 20: Revenue $M vs. yoy growth**



Source: Company reports and J.P. Morgan estimates.

**COGS.** Cost of revenue consists of hosting expenses (e.g. costs of data center capacity), credit card processing fees, third-party software license fees, outsourcing costs (e.g. support customer service, support and process scanning technology). High-quality vertical SaaS names typically print GPMs in the range of 75% to 85%. This suggests EXFY's sub-70% GPM is weaker, but not completely out of the ordinary. EXFY has been able to print 70%+ EBITDA margins in 2021 and 2022, but we model 67% for 2023E, consistent with the margins reported for 1H2023. We model ~100 bps of annual improvement after 2023E, which we view as moderate and achievable.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

**Consideration from a vendor = offset to COGS.** EXFY reports consideration from vendor as an offset to COGS. This is related to the Expensify Card. EXFY uses a third-party — Marqeta — to issue Expensify Cards and process the related transactions. When purchases are made with the Expensify Card, a fee is charged by the card network to the merchant (also known as "interchange"). Marqeta is contractually entitled to the interchange through its relationships with the card network (Visa) and card issuing bank (Sutton Bank). It keeps a portion of the interchange for their services, and EXFY is also entitled a portion (referred to as "Expensify interchange amount"). Marqeta also charges "vendor fees" for the services it provides. EXFY does not report the Expensify interchange amount as revenue. Instead, the net of the Expensify interchange amount and vendor fees are paid are reported as a "Consideration from a vendor, net," a contra to COGS.

**Table 5: EXFY Interchange (2022)**

| | |
|---|---|
| EXFY interchange | $6.8M |
| Vendor fees, owed to Marqeta | ($0.6M) |
| Consideration from vendor, net | $6.2M |
| | |
| Reported Adj. GP | $125.2M |
| % Margin | 74% |
| GP Ex. Consideration from Vendor | $119.0M |
| % Margin, ex. Consideration from vendor | 70% |

Source: Company reports and J.P. Morgan estimates

**Figure 21: GPM $M vs. Margin**



Source: Company reports and J.P. Morgan estimates.

**Expecting higher S&M moving forward.** Expensify had largely focused on its product in prior years but has now shifted to more of a service focus. For example, Expensify is more heavily investing in sales development representatives for a more traditional customer acquisition model. To entice and retain customers, firms with above a certain number of users on the platform receive a dedicated account specialist for help with

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

onboarding and other support functions. There is also greater investment in SEO and SEM-related optimization, in addition to the pursuit of new paid advertising channels. S&M moved from 10-11% in 2020/2021 to ~25% of revenue in 2022 to 33% in 2Q23. We believe these recent heavy investments will need to persist for multiple years. For these reasons, we model S&M as 27% of revenue in 2023E and 28-29% in both 2024E and 2025E.

**R&D: below average.** EXFY began spending more on COGS, S&M, and R&D as a percent of revenue in 2023. We think it is possible EXFY earmarks some "product and development" costs into its COGS line item, which is why share of COGS in revenue grew to 33% in 1H2023 versus ~26% in 2022 and R&D is ~7% of revenue versus ~3% in 2022. Even with the increase in R&D spending, we view EXFY's R&D investments to be extremely low (both in absolute terms and as % of revenue). We note EXFY also capitalized 1-2% of revenue on software revenue costs. This being said, we would expect a minimum of ~15% of revenue being spent on R&D and software development costs at such low level of company evolution and considering high level of competition. Management has not indicated raising R&D costs higher, so we conservatively model ~8% of revenue for R&D and another ~2% of revenue for capitalized software development costs. We note that EXFY employs an open-source system for which their contracted IT developers can work anywhere in the world. EXFY has been investing heavily to get its New Expensify platform up and running, although it is still in beta stages. In time, EXFY intends to scale down R&D spend associated with the new platform.

**Unique corporate structure might make GAAP line items fuzzy.** EXFY has a unique corporate structure, which is less stratified than most of our companies. Employees work on what is necessary to drive success and might wear "multiple hats" across the organization. There are fewer than 140 employees and we think for most of the company's existence, roles have been rarely concretely defined. This makes the categorization into the GAAP line items difficult and is the primary reason why R&D is such a low percent of the cost structure. Use of contractors and the workflow the organization tends to favor allocation of development costs into the cost of goods line rather than R&D. The Expensify Card, for example, was led by someone in the sales function.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



**Figure 22: Expenses as % of revenue**

% of Revenue



Source: Company reports and J.P. Morgan estimates.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



**Figure 23: Adj. EBITDA $M vs. margin**



Source: Company reports and J.P. Morgan estimates.

**SBC**. Expensify allocated 31% of revenue to stock-based compensation in 2022. We model 20%+ through 2025E as we expect gradual moderation in SBC. While this level of allocation is common amongst the high growth names in our coverage, considering Expensify recent disappointing performance, generous employee incentives may come in question. Among JPM vertical software coverage we would flag:

- CWAN: 29% of revenue in 1Q23
- IOT: 28% of revenue in CY1Q23
- PCOR: 23% of revenue in 2022
- TTGT: 22% of revenue in 1Q23
- GWRE: 17% of revenue in CY1Q23

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



**Figure 24: SBC**

% of Revenue



Source: Company reports and J.P. Morgan estimates.

**Debt reduction**. In 2Q23 Expensify spent $8.2M on reducing its outstanding debt to less than $44M at the end of the quarter. Its total cash position reached almost $0.1B, implying a net cash figure of almost $40M (equivalent to more than 12% of MCap).

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



**Figure 25: FCF**



Source: Company reports and J.P.Morgan estimates

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



# Valuation

We do not have a price target for Expensify. Using a 10-year, multi-stage discounted cash flow (DCF) analysis,with 2% TGR and WACC of 13%, we derive to a fair value range of $4.00-$6.00/sh. We believe such DCF parameters are warranted given low daily stock trading volume and increasing competition. At the bottom of the fair value range EXFY shares would trade at ~12x 2024E EV/EBITDA and ~23x EV/FCF, implying a 30-40% discount to a group of SMB focused software names and comparable payment processors, reflecting unexciting financial outlook as well as operational challenges of the business. At the top of the FV range EXFY shares would trade at ~19x 2024E EV/EBITDA and ~37x EV/FCF, broadly in line with the selected peer group.

**Table 6: DCF Analysis**

|  | 2022A | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E | Terminal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Calendar Year Revenue** | $169 | $157 | $165 | $177 | $191 | $205 | $221 | $238 | $256 | $275 | $296 | $319 | $325 |
| *% growth* | *19%* | *-7%* | *5%* | *8%* | *8%* | *8%* | *8%* | *8%* | *8%* | *8%* | *8%* | *8%* | *2%* |
| **Adj. EBITDA** | $43 | $21 | $23 | $29 | $34 | $40 | $46 | $54 | $62 | $70 | $80 | $91 | $93 |
| *% margin* | *25%* | *13%* | *14%* | *17%* | *18%* | *20%* | *21%* | *23%* | *24%* | *26%* | *27%* | *29%* | *29%* |
| (–) D&A | ($5) | ($6) | ($6) | ($8) | (9) | (10) | (11) | (12) | (12) | (13) | (14) | (15) | (16) |
| *% of Revenue* | *(3%)* | *(4%)* | *(4%)* | *(4%)* | *(5%)* | *(5%)* | *(5%)* | *(5%)* | *(5%)* | *(5%)* | *(5%)* | *(5%)* | *(5%)* |
| **EBIT** | $37 | $15 | $16 | $22 | $25 | $30 | $36 | $42 | $49 | $57 | $66 | $75 | $77 |
| *% margin* | *22%* | *9%* | *10%* | *12%* | *13%* | *15%* | *16%* | *18%* | *19%* | *21%* | *22%* | *24%* | *24%* |
| (–) Taxes | ($6) | ($3) | ($3) | ($5) | (5) | (6) | (7) | (8) | (10) | (11) | (13) | (15) | (15) |
| **NOPAT** | $31 | $11 | $13 | $17 | $20 | $24 | $29 | $34 | $39 | $46 | $53 | $60 | $62 |
| (+) D&A | $5 | $6 | $6 | $8 | 9 | 10 | 11 | 12 | 12 | 13 | 14 | 15 | 16 |
| (–) Capex | ($1) | ($1) | ($2) | ($3) | (3) | (3) | (3) | (3) | (4) | (4) | (4) | (5) | (5) |
| *% of revenue* | *(0%)* | *(1%)* | *(2%)* | *(1%)* | *(1%)* | *(1%)* | *(1%)* | *(1%)* | *(1%)* | *(1%)* | *(1%)* | *(1%)* | *(1%)* |
| (+) Change in NWC | ($1) | ($0) | ($0) | ($1) | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 |
| *% revenue* | *(0%)* | *(0%)* | *(0%)* | *(1%)* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* |
| **Unlevered free cash flow** | $35 | $16 | $17 | $21 | $29 | $33 | $38 | $44 | $50 | $58 | $66 | $74 | $76 |

Source: J.P. Morgan estimates.

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

**J.P.Morgan**

### Table 7: Peer group valuation multiples

| Company | JPM Analyst | JPM Rating | Last Price 9/14 | Mkt Cap (Bn) | ADTV 3M | Rev Growth 2024E | Rev Growth 2025E | EV / Sales 2024E | EV / Sales 2025E | EBITDA Margin 2024E | EBITDA Margin 2025E | EV/EBITDA 2024E | EV/EBITDA 2025E | EV/FCF 2024E | EV/FCF 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXPENSIFY, INC.** | Alexei Gogolev | UW | $4 | $0B | $5M | 5% | 8% | 2X | 2X | 14% | 17% | 12X | 9X | 22X | 17X |
| | | | | | | | | | | | | | | | |
| **SMB Business Software** | | | | | | | | | | | | | | | |
| GoDaddy Inc | Alexei Gogolev | OW | $75 | $11B | $110M | 8% | 9% | 3X | 3X | 26% | 27% | 11X | 10X | 12X | 10X |
| Squarespace Inc | Alexei Gogolev | N | $29 | $4B | $20M | 12% | 12% | 4X | 3X | 27% | 29% | 13X | 11X | 18X | 14X |
| Wix.com Ltd | Alexei Gogolev | N | $94 | $5B | $75M | 13% | 12% | 3X | 3X | 17% | 20% | 20X | 15X | 18X | 13X |
| Intuit Inc | Mark Murphy | N | $548 | $153B | $705M | 12% | 13% | 10X | 9X | 41% | 40% | 23X | 21X | 37X | 31X |
| BigCommerce Holdings Inc | Mark Murphy | N | $11 | $1B | $9M | 14% | 16% | 2X | 2X | 4% | 8% | n/a | n/a | n/a | n/a |
| | | | | | | | | | | | | | | | |
| **Payment Processing & Solutions** | | | | | | | | | | | | | | | |
| Block Inc | Tien-Tsin Huang | OW | $54 | $33B | $606M | 14% | 14% | 1X | 1X | 8% | 9% | 16X | 11X | 31X | 16X |
| FleetCor Technologies Inc | Tien-Tsin Huang | OW | $274 | $20B | $112M | 9% | 11% | 6X | 6X | 55% | 55% | 11X | 9X | 17X | 17X |
| EngageSmart Inc | Tien-Tsin Huang | N | $18 | $3B | $9M | 23% | 23% | 6X | 5X | 19% | 20% | 28X | 21X | 55X | 40X |
| SoFi Technologies Inc | Reggie Smith | N | $9 | $9B | $379M | 27% | 21% | 5X | 4X | 21% | 24% | 26X | 18X | n/a | n/a |
| Toast Inc | Tien-Tsin Huang | N | $21 | $11B | $165M | 28% | 24% | 2X | 2X | 3% | 5% | n/a | 29X | n/a | 54X |
| AvidXchange Holdings Inc | Tien-Tsin Huang | OW | $10 | $2B | $23M | 19% | 19% | 4X | 3X | 6% | 16% | n/a | 20X | n/a | 41X |
| Marqeta Inc | Tien-Tsin Huang | N | $7 | $3B | $29M | (26%) | 23% | 4X | 4X | (3%) | (1%) | n/a | n/a | n/a | n/a |
| PayPal Holdings Inc | Tien-Tsin Huang | OW | $64 | $71B | $1090M | 9% | 9% | 2X | 2X | 25% | 25% | 9X | 8X | 15X | 11X |
| WEX Inc | Tien-Tsin Huang | N | $200 | $9B | $50M | 7% | 9% | 3X | 3X | 44% | 47% | 9X | 8X | 18X | 15X |
| BILL Holdings Inc | Tien-Tsin Huang | OW | $111 | $12B | $177M | 25% | 24% | 9X | 7X | 14% | 17% | 65X | 44X | 110X | 59X |
| Paycom Software Inc | Mark Murphy | N | $280 | $17B | $167M | 21% | 19% | 8X | 7X | 42% | 42% | 19X | 15X | 52X | 38X |
| Zuora Inc | - | - | $9 | $1B | $9M | 10% | 11% | 3X | 2X | 12% | 13% | 20X | 16X | n/a | n/a |
| | | | | | | | | | | | | | | | |
| **GROUP AVERAGE** | | | | | | 11% | 14% | 4X | 4X | 17% | 19% | 21X | 17X | 35X | 28X |
| **GROUP MEDIAN** | | | | | | 12% | 14% | 4X | 3X | 12% | 16% | 19X | 15X | 18X | 17X |

Source: J.P. Morgan estimates (for EXFY, GDDY, WIX, SQSP) and Bloomberg Finance L.P. (for all other).

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

J.P.Morgan

# Models

### Table 8: Non-GAAP Income Statement

| | FY 2021 | FY 2022 | Mar-23 | Jun-23 | Sep-23E | Dec-23E | FY 2023E | Mar-24E | Jun-24E | Sep-24E | Dec-24E | FY 2024E | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| **Total revenue** | **143** | **169** | **40** | **39** | **39** | **39** | **157** | **41** | **41** | **41** | **42** | **165** | **177** |
| Y/Y Change | 62% | 19% | (1%) | (10%) | (8%) | (9%) | (7%) | 3% | 4% | 6% | 6% | 5% | 8% |
| Q/Q Change | | | (8%) | (3%) | 0% | 1% | | 4% | (1%) | 1% | 2% | | |
| | | | | | | | | | | | | | |
| **Cost of revenue** | **30** | **44** | **12** | **13** | **12** | **12** | **50** | **14** | **13** | **12** | **13** | **51** | **54** |
| % Revenue | 21% | 26% | 31% | 34% | 32% | 30% | 32% | 33% | 31% | 30% | 30% | 31% | 30% |
| Total cost of goods sold | 30 | 44 | 12 | 13 | 12 | 12 | 50 | 14 | 13 | 12 | 13 | 51 | 54 |
| | | | | | | | | | | | | | |
| **Gross profit** | **113** | **125** | **28** | **26** | **26** | **28** | **107** | **28** | **28** | **29** | **29** | **114** | **124** |
| **Gross margin** | **79%** | **74%** | **69%** | **66%** | **68%** | **70%** | **68%** | **67%** | **69%** | **70%** | **70%** | **69%** | **70%** |
| | | | | | | | | | | | | | |
| **Operating expenses** | | | | | | | | | | | | | |
| Research and development | 3 | 6 | 3 | 3 | 3 | 3 | 12 | 3 | 3 | 3 | 3 | 13 | 14 |
| % Revenue | 2% | 3% | 8% | 7% | 8% | 8% | 8% | 8% | 8% | 8% | 8% | 8% | 8% |
| YoY growth | (14%) | 60% | 223% | 55% | 110% | 135% | 119% | 3% | 23% | 6% | 6% | 9% | 8% |
| General and administrative | 42 | 41 | 10 | 9 | 9 | 9 | 38 | 9 | 9 | 9 | 9 | 37 | 38 |
| % Revenue | 29% | 24% | 24% | 24% | 24% | 24% | 24% | 23% | 23% | 23% | 23% | 23% | 22% |
| YoY growth | 105% | (3%) | 8% | (6%) | (19%) | (10%) | (8%) | (5%) | (2%) | 1% | 2% | (1%) | 3% |
| Sales and marketing | 15 | 42 | 7 | 13 | 12 | 11 | 43 | 12 | 12 | 12 | 12 | 47 | 50 |
| % Revenue | 10% | 25% | 18% | 33% | 30% | 28% | 27% | 29% | 29% | 29% | 29% | 29% | 28% |
| YoY growth | 59% | 179% | (35%) | 25% | 14% | 11% | 3% | 63% | (10%) | 0% | 8% | 10% | 5% |
| **Total operating expenses** | **60** | **88** | **20** | **25** | **24** | **23** | **93** | **25** | **24** | **24** | **25** | **97** | **102** |
| YoY growth | 78% | 46% | (5%) | 13% | 4% | 9% | 5% | 21% | (3%) | 1% | 5% | 5% | 5% |
| | | | | | | | | | | | | | |
| **Total expense** | **90** | **132** | **33** | **38** | **36** | **35** | **143** | **38** | **37** | **37** | **37** | **149** | **156** |
| YoY growth | 41% | 47% | 7% | 15% | 4% | 5% | 8% | 16% | (4%) | 0% | 6% | 4% | 5% |
| | | | | | | | | | | | | | |
| **Operating income** | **53** | **37** | **7** | **1** | **3** | **4** | **15** | **3** | **4** | **5** | **5** | **16** | **22** |
| **Operating margin** | **37%** | **22%** | **18%** | **2%** | **7%** | **11%** | **9%** | **8%** | **10%** | **11%** | **11%** | **10%** | **12%** |
| **Incremental operating margin (y/y)** | **52%** | **(58%)** | **939%** | **217%** | **143%** | **143%** | **187%** | **(383%)** | **189%** | **92%** | **19%** | **21%** | **43%** |
| | | | | | | | | | | | | | |
| **Adjusted EBITDA** | **58** | **43** | **9** | **2** | **4** | **6** | **21** | **5** | **6** | **6** | **6** | **23** | **29** |
| **Adjusted EBITDA Margin** | **41%** | **25%** | **22%** | **6%** | **11%** | **15%** | **13%** | **11%** | **14%** | **15%** | **15%** | **14%** | **17%** |
| | | | | | | | | | | | | | |
| **Other income (expenses)** | | | | | | | | | | | | | |
| Interest and other expense, net | (3) | (5) | (1) | (1) | (0) | (0) | (3) | (0) | (0) | (0) | (0) | (1) | (1) |
| % Revenue | (2%) | (3%) | (4%) | (4%) | (1%) | (1%) | (2%) | (1%) | (1%) | (1%) | (1%) | (1%) | (1%) |
| **Total other income (expense)** | **(3)** | **(5)** | **(1)** | **(1)** | **(0)** | **(0)** | **(3)** | **(0)** | **(0)** | **(0)** | **(0)** | **(1)** | **(1)** |
| | | | | | | | | | | | | | |
| **Pretax income** | **49** | **32** | **6** | **(1)** | **2** | **4** | **11** | **3** | **4** | **4** | **4** | **15** | **21** |
| Pretax margin | 34% | 19% | 15% | (2%) | 6% | 10% | 7% | 7% | 9% | 10% | 10% | 9% | 12% |
| | | | | | | | | | | | | | |
| Income tax expense/(benefit) | (0) | 6 | 2 | 0 | 0 | 1 | 3 | 1 | 1 | 1 | 1 | 3 | 5 |
| Tax rate | (0%) | 20% | 31% | (64%) | 20% | 20% | 30% | 20% | 20% | 20% | 20% | 20% | 23% |
| **Net income** | **49** | **26** | **4** | **(1)** | **2** | **3** | **8** | **2** | **3** | **3** | **3** | **12** | **16** |
| Net margin | 35% | 15% | 10% | (2%) | 5% | 8% | 5% | 6% | 8% | 8% | 8% | 7% | 9% |
| | | | | | | | | | | | | | |
| **EPS - fully diluted** | **$3.23** | **$0.32** | **$0.05** | **($0.01)** | **$0.02** | **$0.04** | **$0.10** | **$0.03** | **$0.04** | **$0.04** | **$0.05** | **$0.16** | **$0.21** |
| Shares used in calculating EPS (MM) | 15 | 81 | 82 | 82 | 81 | 80 | 81 | 79 | 79 | 78 | 77 | 78 | 75 |
| Y/Y EPS Change | | | (45%) | (116%) | (64%) | (56%) | (69%) | (42%) | (431%) | 96% | 17% | 59% | 36% |
| Q/Q sharecount change | | | 0% | 0% | (1%) | (1%) | | (1%) | (1%) | (1%) | (1%) | | |

Source: Company reports and J.P. Morgan estimates.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



### Table 9: Balance Sheet

| | FY 2021 | FY 2022E | Mar-23 | Jun-23 | Sep-23E | Dec-23E | FY 2023E | Mar-24E | Jun-24E | Sep-24E | Dec-24E | FY 2024E | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | | | |
| Cash and cash equivalents | 98 | 104 | 111 | 98 | 95 | 94 | 94 | 91 | 90 | 89 | 87 | 87 | 83 |
| Accounts receivable | 16 | 16 | 16 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 16 |
| Settlemnent assets | 22 | 36 | 38 | 39 | 39 | 40 | 40 | 42 | 41 | 42 | 42 | 42 | 46 |
| Prepaid expenses | 7 | 9 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 |
| Related party loan receivable, current | 0 | | | | | | | | | | | | |
| Other current | 14 | 22 | 21 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 26 |
| **Total current assets** | 158 | 187 | 194 | 182 | 179 | 179 | 179 | 178 | 176 | 176 | 175 | 175 | 177 |
| | | | | | | | | | | | | | |
| Property and equipment, gross | 24 | 26 | 26 | 28 | 28 | 29 | 29 | 29 | 30 | 31 | 31 | 31 | 34 |
| Accumulated depreciation | 8 | 12 | 12 | 13 | 14 | 15 | 15 | 16 | 17 | 18 | 19 | 19 | 22 |
| Property and equipment, net | 16 | 14 | 14 | 15 | 14 | 13 | 13 | 13 | 13 | 12 | 12 | 12 | 11 |
| Capitalized software, gross | 10 | 13 | 14 | 16 | 17 | 17 | 17 | 18 | 19 | 20 | 21 | 21 | 24 |
| Accumulated amortization | 4 | 6 | 7 | 7 | 8 | 8 | 8 | 9 | 10 | 10 | 11 | 11 | 15 |
| Capitalized software, net | 6 | 7 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 9 |
| Lease right-of-use assets | 2 | 1 | 1 | 6 | 6 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 8 |
| Deferred tax assets, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Related party loan, non-current | | | | | | | | | | | | | |
| Other long term assets | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Total non-current assets** | 26 | 23 | 23 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 29 |
| | | | | | | | | | | | | | |
| **Total assets** | 183 | 210 | 217 | 212 | 209 | 209 | 209 | 209 | 206 | 206 | 205 | 205 | 206 |
| | | | | | | | | | | | | | |
| **Liabilities and stockholders' equity** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | | |
| Accounts payable | 4 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Accrued expenses and other liabilities | 11 | 9 | 11 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 14 |
| Borrowings under line of credit | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Current portion of long-term debt, net of issuance | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Lease liabilities, curent | 2 | 1 | 0 | 0 | | | | | | | | | |
| Settlement liabilities | 22 | 34 | 33 | 33 | 33 | 33 | 33 | 34 | 34 | 34 | 35 | 35 | 38 |
| **Total current liabilities** | 54 | 60 | 62 | 62 | 61 | 62 | 62 | 64 | 63 | 64 | 65 | 65 | 69 |
| | | | | | | | | | | | | | |
| Operating lease liabilities | 1 | | 0 | 6 | 6 | 6 | 6 | 7 | 7 | 7 | 7 | 7 | 7 |
| Long-term debt, net of issuance costs | 52 | 51 | 51 | 43 | 43 | 42 | 42 | 42 | 41 | 41 | 40 | 40 | 36 |
| Deferred tax liabilities, net | | | | | | | | | | | | | |
| Other long-term liabilities | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Total non-current liabilities** | 53 | 53 | 53 | 51 | 50 | 50 | 50 | 50 | 49 | 49 | 48 | 48 | 45 |
| | | | | | | | | | | | | | |
| **Total stockholders' equity** | 77 | 97 | 103 | 100 | 98 | 97 | 97 | 95 | 94 | 93 | 92 | 92 | 92 |
| | | | | | | | | | | | | | |
| **Total liabilities and stockholders' equity** | 183 | 210 | 217 | 212 | 209 | 209 | 209 | 209 | 206 | 206 | 205 | 205 | 206 |

Source: Company reports and J.P. Morgan estimates.

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023



### Table 10: Cash Flow Statement

| | FY 2021 | FY 2022 | Mar-23 | Jun-23 | Sep-23E | Dec-23E | FY 2023E | Mar-24E | Jun-24E | Sep-24E | Dec-24E | FY 2024E | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | | | | | | | |
| **GAAP Net Income** | (14) | (27) | (5.945) | (11) | (8) | (7) | (32) | (8) | (7) | (6) | (7) | (27) | (25) |
| **Adjustments to net income** | | | | | | | | | | | | | |
| Depreciation and amortization | 5 | 5 | 1 | 1 | 2 | 2 | 6 | 2 | 2 | 2 | 2 | 6 | 8 |
| Stock-based compensation | 15 | 52 | 10 | 10 | 10 | 10 | 40 | 10 | 10 | 10 | 10 | 40 | 41 |
| Reduction of operating lease right-of-use assets ( | 1 | 1 | 0 | 0 | (0) | (0) | 0 | (0) | 0 | (0) | (0) | (0) | (1) |
| Loss on impairment, sale or disposal of equipmen | 0 | 1 | 0 | 0 | | | 0 | | | | | | |
| Amortization of debt discount | 0 | 0 | 0 | 0 | | | 0 | | | | | | |
| Deferred tax assets | 0 | 0 | (0) | (0) | | | (0) | | | | | | |
| Deferred tax liabilities | (1) | | | | | | | | | | | | |
| **Changes in operating assets and liabilities** | | | | | | | | | | | | | |
| Accounts receivable | (6) | (1) | 1 | 1 | (0) | (0) | 1 | (0) | 0 | 0 | (0) | (0) | (1) |
| Other current assets | (4) | 3 | 0 | (1) | (0) | (0) | (1) | (0) | 0 | 0 | (0) | (0) | (1) |
| Other non-current assets | 0 | (0) | 0 | (0) | (0) | (0) | (0) | (0) | 0 | (0) | (0) | (0) | (0) |
| Settlement assets | 0 | (8) | (3) | (3) | (0) | (1) | (6) | (2) | 1 | (0) | (1) | (2) | (4) |
| Related party loan receivables | 1 | 0 | | | | | | | | | | | |
| Prepaid expenses | (7) | (1) | 1 | 2 | (0) | (0) | 4 | (0) | 0 | (0) | (0) | (0) | (0) |
| Accounts payable | 1 | (3) | 1 | (0) | 0 | 0 | 1 | 0 | (0) | 0 | 0 | 0 | 0 |
| Accrued expenses and other liabilities | 8 | (2) | 2 | 1 | 0 | 0 | 3 | 1 | (0) | 0 | 0 | 1 | 1 |
| Settlement liabilities | 7 | 12 | (1) | (1) | 0 | 0 | (1) | 1 | (0) | 0 | 1 | 2 | 3 |
| Operating lease liabilities | (1) | (1) | (0) | (0) | | | (0) | | | | | | |
| Other liabilities | (1) | 1 | 0 | 0 | | | 0 | | | | | | |
| **Cash flow from operations** | **5** | **33** | **8** | **(0)** | **3** | **4** | **15** | **3** | **5** | **5** | **4** | **18** | **22** |
| yoy change | (29%) | 499% | (32%) | (103%) | (465%) | (39%) | (55%) | (60%) | (1320%) | 54% | 3% | 21% | 23% |
| CFO % margins | 4% | 19% | 19% | (1%) | 9% | 10% | 9% | 7% | 13% | 13% | 10% | 11% | 12% |
| **Investing activities** | | | | | | | | | | | | | |
| Purchases and disposals of property and equipme | (3) | (1) | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (1) | (1) | (2) | (3) |
| Software development costs | (5) | (2) | (1) | (1) | (1) | (1) | (4) | (1) | (1) | (1) | (1) | (3) | (4) |
| **Cash flow from investments** | **(8)** | **(2)** | **(1)** | **(2)** | **(1)** | **(1)** | **(5)** | **(1)** | **(1)** | **(1)** | **(1)** | **(6)** | **(6)** |
| **Financing activities** | | | | | | | | | | | | | |
| Proceeds from issuance of capital stock, net | 57 | 4 | | | | | | | | | | | |
| Principal payments of finance leases | (1) | (1) | (0) | (0) | (0) | 0 | (1) | 0 | (0) | 0 | 0 | 0 | 1 |
| Proceeds/(payments) from line of credit, term loan | 20 | (1) | (0) | (8) | (0) | (0) | (9) | (1) | (1) | (1) | (1) | (2) | (4) |
| Payments of deferred offering costs | | | (1) | (1) | | | (2) | | | | | | |
| Repurchases of common stock | | (6) | | (3) | (4) | (4) | (11) | (4) | (4) | (4) | (4) | (16) | (16) |
| Issuance of restricted stock units | | | | | | | | | | | | | |
| Repurchases of early exercised stock options | | (0) | (0) | (0) | | | (0) | | | | | | |
| Vesting of restricted common stock | 1 | | | | | | | | | | | | |
| Proceeds from common stock purchased under matching plan | | (5) | 1 | 1 | | | 2 | | | | | | |
| Proceeds from issuance of common stock on exe | 4 | 1 | 0 | 0 | | | 0 | | | | | | |
| **Cash flow from financing** | **81** | **(8)** | **0** | **(11)** | **(5)** | **(4)** | **(20)** | **(4)** | **(5)** | **(5)** | **(5)** | **(18)** | **(20)** |
| **Net cash flow** | **78** | **22** | **7** | **(13)** | **(3)** | **(2)** | **(11)** | **(3)** | **(1)** | **(1)** | **(2)** | **(7)** | **(4)** |
| Cash, cash equivalents, and restricted cash at be | 47 | 125 | 148 | 155 | 141 | 139 | 148 | 137 | 134 | 133 | 133 | 137 | 131 |
| Cash, cash equivalents, and restricted cash at en | 125 | 148 | 155 | 141 | 139 | 137 | 137 | 134 | 133 | 133 | 131 | 131 | 127 |
| Restricted cash included in other current assets | 9 | 20 | 19 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 |
| Restricted cash included in other assets | 0 | | | | | | | | | | | | |
| Restricted cash included in settlement assets | 18 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| **Cash, cash equivalents, at end of period** | **98** | **104** | **111** | **98** | **95** | **94** | **94** | **91** | **90** | **89** | **87** | **87** | **83** |

Source: Company reports and J.P. Morgan estimates.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Expensify *(Underweight)*

**Investment Thesis**

Expensify is a software-based expense management solution, predominantly targeting SMBs. While the industry is inherently affected by macro headwinds, long-term growth prospects have helped emerging players attract funding, making the competitive landscape more crowded. We like the Expensify product, which is easy to adapt and integrate with tools already in use by the target audience, but see limited differentiation vs. competitors that aid in easing expense management, bill paying, invoicing, etc. Tougher macro creates lower visibility into revenue (due to high share of Pay-per-Use component) and reduces the efficiency of the word-of-mouth, bottom-up customer acquisition model.

**Valuation**

We do not have a price target for Expensify. Using a 10-year, multi-stage discounted cash flow (DCF) analysis,with 2% TGR and WACC of 13%, we derive to a fair value range of $4.00-$6.00/sh. We believe such DCF parameters are warranted given low daily stock trading volume and increasing competition. At the bottom of the fair value range EXFY shares would trade at ~12x 2024E EV/EBITDA and ~23x EV/FCF, implying a 30-40% discount to a group of SMB focused software names and comparable payment processors, reflecting unexciting financial outlook as well as operational challenges of the business. At the top of the FV range EXFY shares would trade at ~19x 2024E EV/EBITDA and ~37x EV/FCF, broadly in line with the selected peer group.

**Risks to Rating and Price Target**
*Risks to the Upside*

**Dynamic, favorable industry to disrupt.** We think the expense management space is dynamic and ripe for disruption, vying with likes of legacy competition like SAP Concur and "pen-and-paper". Competitor Ramp recently received $300M of Series D funding on its ~$5.8B valuation, which we estimate at nearly 20x ARR. We think this valuation also speaks to the attractiveness and lengthy runway associated with serving this industry. Expensify's sales could accelerate should it strengthen its competitive position.

**Super-app adoption**. Expensify has been trying to become a super-app, condensing all payment capabilities an SMB business could need along with a chat function to facilitate greater communication and more efficient payments. The company has introduced a new version of its customer-facing application, which resembles a hybrid between a WhatsApp and Venmo. Greater adoption of the new platform with increased loyalty and lower churn could drive number of paying members as well as average revenue per member.

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023

J.P.Morgan

# Expensify: Summary of Financials

| Income Statement - Annual | FY21A | FY22A | FY23E | FY24E | FY25E |
|---|---|---|---|---|---|
| Revenue | 143 | 169 | 157 | 165 | 177 |
| COGS | (30) | (44) | (50) | (51) | (54) |
| Gross profit | 113 | 125 | 107 | 114 | 124 |
| SG&A | (57) | (82) | (80) | (84) | (88) |
| Adj. EBITDA | 58 | 43 | 21 | 23 | 29 |
| D&A | (5) | (5) | (6) | (6) | (8) |
| Adj. EBIT | 53 | 37 | 15 | 16 | 22 |
| Net Interest | - | - | - | - | - |
| Adj. PBT | 49 | 32 | 11 | 15 | 21 |
| Tax | 0 | (6) | (3) | (3) | (5) |
| Minority Interest | - | - | - | - | - |
| Adj. Net Income | 49 | 26 | 8 | 12 | 16 |
| Reported EPS | (0.89) | (0.33) | (0.39) | (0.35) | (0.33) |
| Adj. EPS | 3.23 | 0.32 | 0.10 | 0.16 | 0.21 |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 15 | 81 | 81 | 78 | 75 |

| Balance Sheet & Cash Flow Statement | FY21A | FY22A | FY23E | FY24E | FY25E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 98 | 104 | 94 | 87 | 83 |
| Accounts receivable | 16 | 16 | 15 | 15 | 16 |
| Inventories | - | - | - | - | - |
| Other current assets | 59 | 83 | 85 | 88 | 94 |
| Current assets | 158 | 187 | 179 | 175 | 177 |
| PP&E | 16 | 14 | 13 | 12 | 11 |
| LT investments | - | - | - | - | - |
| Other non current assets | 3 | 2 | 8 | 8 | 9 |
| Total assets | 183 | 210 | 209 | 205 | 206 |
| | | | | | |
| Short term borrowings | 34 | 44 | 45 | 48 | 52 |
| Payables | 4 | 1 | 2 | 2 | 2 |
| Other short term liabilities | 16 | 16 | 16 | 16 | 16 |
| Current liabilities | 54 | 60 | 62 | 65 | 69 |
| Long-term debt | 52 | 51 | 42 | 40 | 36 |
| Other long term liabilities | 1 | 1 | 8 | 8 | 9 |
| Total liabilities | 107 | 113 | 112 | 113 | 114 |
| Shareholders' equity | 77 | 97 | 97 | 92 | 92 |
| Minority interests | - | - | - | - | - |
| Total liabilities & equity | 183 | 210 | 209 | 205 | 206 |
| BVPS | 5.00 | 1.20 | 1.19 | 1.18 | 1.23 |
| y/y Growth | 1126.2% | (75.9%) | (1.3%) | (0.4%) | 4.2% |
| Net debt/(cash) | (12) | (9) | (6) | 0 | 5 |
| | | | | | |
| Cash flow from operating activities | 5 | 33 | 15 | 18 | 22 |
| o/w Depreciation & amortization | 5 | 5 | 6 | 6 | 8 |
| o/w Changes in working capital | (1) | 1 | (0) | (0) | (1) |
| Cash flow from investing activities | (8) | (2) | (5) | (6) | (6) |
| o/w Capital expenditure | (3) | (1) | (1) | (2) | (3) |
| as % of sales | 1.9% | 0.3% | 0.9% | 1.5% | 1.5% |
| Cash flow from financing activities | 81 | (8) | (20) | (18) | (20) |
| o/w Dividends paid | - | - | - | - | - |
| o/w Net debt issued/(repaid) | 20 | (1) | (9) | (2) | (4) |
| Net change in cash | 78 | 22 | (11) | (7) | (4) |
| Adj. Free cash flow to firm | 3 | 32 | 13 | 15 | 19 |
| y/y Growth | (47.2%) | 1062.0% | (59.1%) | 15.5% | 25.8% |

| Income Statement - Quarterly | 1Q23A | 2Q23A | 3Q23E | 4Q23E |
|---|---|---|---|---|
| Revenue | 40A | 39A | 39 | 39 |
| COGS | (12)A | (13)A | (12) | (12) |
| Gross profit | 28A | 26A | 26 | 28 |
| SG&A | (17)A | (22)A | (21) | (20) |
| Adj. EBITDA | 9A | 2A | 4 | 6 |
| D&A | (1)A | (1)A | (2) | (2) |
| Adj. EBIT | 7A | 1A | 3 | 4 |
| Net Interest | - | - | - | - |
| Adj. PBT | 6A | (1)A | 2 | 4 |
| Tax | (2)A | (0)A | (0) | (1) |
| Minority Interest | - | - | - | - |
| Adj. Net Income | 4A | (1)A | 2 | 3 |
| Reported EPS | (0.07)A | (0.14)A | (0.10) | (0.08) |
| Adj. EPS | 0.05A | (0.01)A | 0.02 | 0.04 |
| DPS | - | - | - | - |
| Payout ratio | - | - | - | - |
| Shares outstanding | 82A | 82A | 81 | 80 |

| Ratio Analysis | FY21A | FY22A | FY23E | FY24E | FY25E |
|---|---|---|---|---|---|
| Gross margin | 79.0% | 73.9% | 68.2% | 69.0% | 69.8% |
| EBITDA margin | 40.6% | 25.2% | 13.2% | 13.7% | 16.5% |
| EBIT margin | 36.9% | 22.1% | 9.4% | 9.9% | 12.2% |
| Net profit margin | 34.6% | 15.1% | 5.1% | 7.4% | 9.0% |
| | | | | | |
| ROE | 109.0% | 29.5% | 8.3% | 13.0% | 17.3% |
| ROA | 36.5% | 13.0% | 3.8% | 5.9% | 7.7% |
| ROCE | 46.3% | 16.9% | 5.5% | 7.2% | 9.3% |
| SG&A/Sales | 39.7% | 48.6% | 51.1% | 51.1% | 49.6% |
| Net debt/equity | NM | NM | NM | 0.0 | 0.1 |
| | | | | | |
| P/E (x) | 1.2 | 12.0 | 38.5 | 24.3 | 17.8 |
| P/BV (x) | 0.8 | 3.2 | 3.2 | 3.2 | 3.1 |
| EV/EBITDA (x) | 5.0 | 6.8 | 14.1 | 13.2 | 10.4 |
| Dividend Yield | - | - | - | - | - |
| | | | | | |
| Sales/Assets (x) | 1.1 | 0.9 | 0.8 | 0.8 | 0.9 |
| Interest cover (x) | - | - | - | - | - |
| Operating leverage | 189.7% | (156.0%) | 848.5% | 219.2% | 431.8% |
| | | | | | |
| Revenue y/y Growth | 62.2% | 18.7% | (7.1%) | 4.7% | 7.6% |
| EBITDA y/y Growth | 111.1% | (26.2%) | (51.5%) | 9.0% | 29.7% |
| Tax rate | 0.4% | 19.9% | 29.9% | 20.0% | 23.0% |
| Adj. Net Income y/y Growth | 194.0% | (48.2%) | (68.6%) | 52.4% | 30.1% |
| EPS y/y Growth | 562.0% | (90.2%) | (68.8%) | 58.7% | 36.2% |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts who produce independent research unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of Expensify.
- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Expensify.
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Expensify.
- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Expensify.
- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Expensify.
- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Expensify, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing  research.disclosure.inquiries@jpmorgan.com  with your request.



Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the

Alexei Gogolev [AC]
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, https://www.jpmorganmarkets.com.

**Coverage Universe: Gogolev, Alexei M**: Alkami (ALKT), AppFolio (APPF), CCC Intelligent Solutions (CCCS), Clearwater Analytics (CWAN), CoStar Group (CSGP), Enfusion Inc (ENFN), GoDaddy Inc (GDDY), Guidewire Software (GWRE), Procore (PCOR), SS&C Technologies (SSNC), Samsara (IOT), Sapiens (SPNS), Squarespace Inc (SQSP), TechTarget (TTGT), Tyler Technologies (TYL), Wix.com (WIX)

**J.P. Morgan Equity Research Ratings Distribution, as of July 08, 2023**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 47% | 39% | 14% |
|   IB clients** | 48% | 45% | 34% |
| JPMS Equity Research Coverage* | 45% | 42% | 12% |
|   IB clients** | 67% | 64% | 53% |

**\*Please note that the percentages may not add to 100% because of rounding.**
**\*\*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.**
**For purposes of FINRA ratings distribution rules only, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.**

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

**UK MIFID FICC research unbundling exemption:** UK clients should refer to UK MIFID Research Unbundling exemption for details of JPMorgan's implementation of the FICC research exemption and guidance on relevant FICC research categorisation.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

Any digital or crypto assets discussed in this research report are subject to a rapidly changing regulatory landscape. For relevant regulatory advisories on crypto assets, including bitcoin and ether, please see https://www.jpmorgan.com/disclosures/cryptoasset-disclosure.

The author(s) of this research report may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so.

**Exchange-Traded Funds (ETFs):** J.P. Morgan Securities LLC ("JPMS") acts as authorized participant for substantially all U.S.-listed ETFs. To the extent that any ETFs are mentioned in this report, JPMS may earn commissions and transaction-based compensation in connection with the

Alexei Gogolev ^AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

distribution of those ETF shares and may earn fees for performing other trade-related services, such as securities lending to short sellers of the ETF shares. JPMS may also perform services for the ETFs themselves, including acting as a broker or dealer to the ETFs. In addition, affiliates of JPMS may perform services for the ETFs, including trust, custodial, administration, lending, index calculation and/or maintenance and other services.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf  for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures . J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy . **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com . **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Canadian Investment Regulatory Organization and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan SE ("JPM SE"), which is subject to prudential supervision by the European Central Bank ("ECB") in cooperation with BaFin and Deutsche Bundesbank in Germany. JPM SE is a company headquartered in Frankfurt with registered address at TaunusTurm, Taunustor 1, Frankfurt am Main, 60310, Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong Branch (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. Where the distribution of this material is a regulated activity in Hong Kong, the material is distributed in Hong Kong by or through J.P. Morgan Securities (Asia Pacific) Limited and/or J.P. Morgan Broking (Hong Kong) Limited. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number –

Alexei Gogolev <sup>AC</sup>
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

North America Equity Research
15 September 2023

J.P.Morgan

INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: http://www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. Compliance Officer: Spurthi Gadamsetty; spurthi.gadamsetty@jpmchase.com; +912261573225. Grievance Officer: Ramprasadh K, jpmipl.research.feedback@jpmorgan.com; +912261573000.

Investment in securities market are subject to market risks. Read all the related documents carefully before investing. Registration granted by SEBI and certification from NISM in no way guarantee performance of the intermediary or provide any assurance of returns to investors.

**Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is registered and supervised by the Otoritas Jasa Keuangan (OJK). **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Markets Conduct Act 2013). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 030/08/2023 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

Alexei Gogolev AC
(1-212) 622-9391
alexei.gogolev@jpmorgan.com

**North America Equity Research**
15 September 2023



**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. There may be certain discrepancies with data and/or limited content in this material as a result of calculations, adjustments, translations to different languages, and/or local regulatory restrictions, as applicable. These discrepancies should not impact the overall investment analysis, views and/or recommendations of the subject company(ies) that may be discussed in the material. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. This material may include views on structured securities, options, futures and other derivatives. These are complex instruments, may involve a high degree of risk and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

**Confidentiality and Security Notice**: This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. This message is subject to electronic monitoring: https://www.jpmorgan.com/disclosures/email

**MSCI:** Certain information herein ("Information") is reproduced by permission of MSCI Inc., its affiliates and information providers ("MSCI") ©2023. No reproduction or dissemination of the Information is permitted without an appropriate license. MSCI MAKES NO EXPRESS OR IMPLIED WARRANTIES (INCLUDING MERCHANTABILITY OR FITNESS) AS TO THE INFORMATION AND DISCLAIMS ALL LIABILITY TO THE EXTENT PERMITTED BY LAW. No Information constitutes investment advice, except for any applicable Information from MSCI ESG Research. Subject also to msci.com/disclaimer

"Other Disclosures" last revised August 05, 2023.

**Copyright 2023 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed 14 Sep 2023 09:03 PM EDT                                        Disseminated 15 Sep 2023 12:15 AM EDT