# Exhibit 6

**PIPER | SANDLER**

COMPANY NOTE
November 7, 2023

## Expensify, Inc. (EXFY)  —  Neutral

### Mired in Another Quarter of Execution Missteps; Lowering Estimates, PT to $2

### CONCLUSION

Q3 revenue declined on a q/q and y/y basis for the third straight quarter to $36.5M, which was the lowest reported level in two years, resulting in a FCF burn of $7M this quarter. Paid subscriber metrics declined q/q for the third straight quarter, in part exacerbated by an esoteric pricing policy where SMB customers are required to only pay for 'active' users in a given month. The number of active subscribers in a given quarter is roughly one-third of the total installed base. Execution missteps on the botched Expensify Card roll-out that will take another year to be replaced suggests there are few near-term catalysts that would justify revisiting EXFY in the short-run. We are lowering our PT to $2 from $4 on increasing execution risks and lower estimates. Maintain at Neutral.

- **Ninth straight quarter of eroding growth.** Q3 revenue declined 14% y/y to $36.5M on a $2.7M top-line miss, negatively impacted by a 6% y/y decline in paid subscriber metrics (down 23K q/q to 719K paid members) and another double-digit decline in subscription ARPU. EBITDA margin contracted meaningfully to -9.7% (vs. 4-quarter avg: 18.5%).

- **SMB industry storm clouds are brewing.** Macro headwinds have clearly elevated during September and October for several SMB software models, particularly those with B2B exposure across back-office applications, payroll, and payments. SMB stocks that disappointed and have seen >10% sell-offs in the last week alone include: PAYC, BILL, PCTY, EVCM, and EXFY.

- **Internal missteps exacerbated by external challenges.** Outsized exposure to SMBs and VSBs has led to a number of internal challenges that now appear to be exacerbated by external challenges. Paid subscriber count eroded for the third consecutive quarter driven by one-third of employees being active in a given month (pricing flaw = internal challenge). Additional macro pressures are now resulting in more SMB customers downsizing and in some cases going under (macro headwinds = external challenge).

- **Expensify Card replacement process will be lengthy.** New Expensify Cards will recognize interchange as revenue rather than contra cost of revenue beginning in late Q4. Execution risks intensify with this roll-out that is expected to take over a year (customers have until end of 2024 to switch).

- **Lowering PT to $2 on increasing execution risks.** Our confidence in the EXFY model has eroded meaningfully on the back of multiple disappointing quarters and execution missteps with no signs of a NT catalyst or macro improvement. We are lowering our PT to $2 from $4 on lower estimates, lower FCF margin (18% vs. 20% prior), and lower EV/ FCF multiple (10x vs. 16x prior) after factoring in increasing execution risks.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Competition, exposure to SMB/VSB businesses & corporate expense trends.

### COMPANY DESCRIPTION

Expensify is a cloud-based expense management software platform.

**PRICE: US$2.90**
**TARGET: US$2.00**
10x CY27E EV/FCF (with $35M net cash and 97M shares), discounted by 16% for 4 years.

**Brent A. Bracelin**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8316, brent.bracelin@psc.com

**Hannah Rudoff**
Research Analyst, Piper Sandler & Co.
503 275-8313, hannah.rudoff@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Neutral |
| Price Tgt | US$4.00 | US$2.00 |
| FY24E Rev (mil) | US$156.8 | US$146.8 |
| FY25E Rev (mil) | — | US$151.7 |
| FY24E EPS | US$0.00 | US$(0.21) |
| FY25E EPS | — | US$(0.15) |
| 52-Week High / Low | US$13.86 / US$2.45 | |
| Shares Out (mil) | | 97.0 |
| Market Cap. (mil) | | US$281.3 |
| Avg Daily Vol (000) | | 670 |
| Div Yield | | 0.00% |
| Fiscal Year End | | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| **2023E** | 40.1A | 38.9A | 36.5A | 36.5 | 152.0 | 1.9x | 0.04A | (0.01)A | (0.07)A | (0.06) | (0.09) | NM |
| **2024E** | 36.4 | 36.6 | 36.6 | 37.2 | 146.8 | 1.9x | (0.05) | (0.05) | (0.05) | (0.04) | (0.21) | NM |
| **2025E** | 37.0 | 37.6 | 38.1 | 39.0 | 151.7 | 1.9x | (0.04) | (0.04) | (0.04) | (0.02) | (0.15) | NM |

Piper Sandler does sand seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 6 - 7 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

COMPANY NOTE
November 7, 2023

**Valuation**

**Our Case**

| | Base CY27E | Bull CY27E | Bear CY27E |
|---|---|---|---|
| Estimated Revenue ($M) | $160 | $215 | $158 |
| Normalized FCF ($M) | $29 | $43 | $22 |
| Normalized % FCF margin | 18.0% | 20.0% | 14.0% |
| Discount rate | 16% | 16% | 16% |
| Discount period by year | 4 | 4 | 4 |
| Discounted FCF | $16 | $24 | $12 |
| Assumed EV/FCF multiple | 10.0x | 15.0x | 5.0x |
| Enterprise value | $159 | $356 | $61 |
| Net cash (debt) | $35 | $35 | $35 |
| FD share count | 97 | 97 | 97 |
| Annual dilution | 0% | 0% | 0% |
| **Share value** | **$2** | **$4** | **$1** |
| **% upside** | **-10%** | **81%** | **-56%** |
| *Implied EV/S (CY24E)* | *1.1x* | *2.1x* | *0.4x* |
| *Implied EV/EBITDA (CY24E)* | *-12x* | *-42x* | *-3x* |
| | | | |
| *Current CY24 EV/S* | *1.3x* | *1.1x* | *1.3x* |
| *Current CY24 EV/EBITDA* | *-14x* | *-22x* | *-10x* |

*Source: Piper Sandler Estimates; % upside based on after hours price*

**Comparable Peer Group**

| Ticker | 11/07/23 Price | 2024E Growth | 2024E EV/S | 2025E EV/S | 2024E EV/GP | 2025E EV/GP |
|---|---|---|---|---|---|---|
| BILL | $63.20 | 13% | 4.8x | 3.9x | 5.6x | 4.6x |
| AVDX | $8.03 | 18% | 3.2x | 2.7x | 4.6x | 3.7x |
| RNG | $29.01 | 9% | 1.9x | 1.7x | 2.4x | 2.2x |
| BL | $54.16 | 13% | 5.8x | 5.0x | 7.2x | 6.2x |
| NCNO | $29.72 | 15% | 6.5x | 5.6x | 9.8x | 8.4x |
| **Average** | | **14%** | **4.4x** | **3.8x** | **5.9x** | **5.0x** |
| | | | | | | |
| **EXFY** | **$2.23** | **5.2%** | **1.3x** | **1.2x** | **2.1x** | **2.0x** |

*Source: FactSet, Piper Sandler Estimates; EXFY price based on after hours price*

**Brent Bracelin**
Managing Director | Senior Research Analyst
Cloud Applications & Analytics
Phone: 503-275-8316
Email: brent.bracelin@psc.com

| EXFY: Expensify / Income Statement | FY 2021 | 1Q22 MAR | 2Q22 JUN | 3Q22 SEPT | 4Q22 DEC | FY 2022 | 1Q23 MAR | 2Q23 JUN | 3Q23 SEPT | 4Q23E DEC | FY 2023E | 1Q24E MAR | 2Q24E JUN | 3Q24E SEPT | 4Q24E DEC | FY 2024E | 1Q25E MAR | 2Q25E JUN | 3Q25E SEPT | 4Q25E DEC | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **% Mix** | | | | | | | | | | | | | | | | | | | | | |
| Subscription Revenue | 98.6% | 97.0% | 96.0% | 95.6% | 95.3% | 96.0% | 94.4% | 93.1% | 91.5% | 91.5% | 92.7% | 91.7% | 91.4% | 91.4% | 91.1% | 91.4% | 90.7% | 89.5% | 88.6% | 87.4% | 89.0% |
| Transactional Revenue | 2.2% | 3.0% | 4.0% | 4.4% | 4.7% | 4.0% | 5.6% | 6.9% | 8.5% | 8.5% | 7.3% | 8.3% | 8.6% | 8.6% | 8.9% | 8.6% | 9.3% | 10.5% | 11.4% | 12.6% | 11.0% |
| | | | | | | | | | | | | | | | | | | | | | |
| **% Y/Y** | | | | | | | | | | | | | | | | | | | | | |
| Subscription Revenue | 60.0% | 31.7% | 17.4% | 11.1% | 5.4% | 15.4% | -3.3% | -12.6% | -17.8% | -19.5% | -13.4% | -11.8% | -7.7% | 0.2% | 1.5% | -4.8% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% |
| Transactional Revenue | 185.3% | 150.2% | 141.8% | 115.0% | 91.0% | 118.4% | 85.0% | 56.0% | 65.0% | 53.4% | 62.9% | 34.2% | 17.8% | 1.9% | 6.4% | 13.5% | 13.2% | 25.6% | 38.1% | 48.7% | 31.8% |
| **Total Revenue** | 62.2% | 35.8% | 22.3% | 13.5% | 7.7% | 18.7% | -0.7% | -9.9% | -14.1% | -16.1% | -10.3% | -9.2% | -6.0% | 0.3% | 1.9% | -3.4% | 1.7% | 2.8% | 3.9% | 5.0% | 3.4% |
| | | | | | | | | | | | | | | | | | | | | | |
| **Total Revenue** | $142,835 | $40,370 | $43,162 | $42,493 | $43,469 | $169,494 | $40,101 | $38,884 | $36,494 | $36,480 | $151,959 | $36,401 | $36,563 | $36,617 | $37,187 | $146,769 | $37,033 | $37,601 | $38,050 | $39,029 | $151,713 |
| % Q/Q Chg | | 0.0% | 6.9% | -1.5% | 2.3% | | -7.7% | -3.0% | -6.1% | 0.0% | | -0.2% | 0.4% | 0.1% | 1.6% | | -0.4% | 1.5% | 1.2% | 2.6% | |
| % Y/Y Chg | 62.2% | 35.8% | 22.3% | 13.5% | 7.7% | 18.7% | -0.7% | -9.9% | -14.1% | -16.1% | -10.3% | -9.2% | -6.0% | 0.3% | 1.9% | -3.4% | 1.7% | 2.8% | 3.9% | 5.0% | 3.4% |
| $ Chg Q/Q in Revenue | | $6 | $2,792 | -$669 | $976 | | -$3,368 | -$1,217 | -$2,390 | -$14 | | -$79 | $162 | $54 | $570 | | -$154 | $568 | $449 | $979 | |
| | | | | | | | | | | | | | | | | | | | | | |
| Est. Cost of Revenue | $49,578 | $9,225 | $11,172 | $11,887 | $11,980 | $44,264 | $12,469 | $13,325 | $14,368 | $14,400 | $54,562 | $14,450 | $14,500 | $14,500 | $14,500 | $57,950 | $14,500 | $14,500 | $14,500 | $14,500 | $58,000 |
| **Est. Gross Margin** | $93,257 | $31,145 | $31,990 | $30,606 | $31,489 | $125,230 | $27,632 | $25,559 | $22,126 | $22,080 | $97,397 | $21,951 | $22,063 | $22,117 | $22,687 | $88,819 | $22,533 | $23,101 | $23,550 | $24,529 | $93,713 |
| Gross margin (%) | 65.3% | 77.1% | 74.1% | 72.0% | 72.4% | 73.9% | 68.9% | 65.7% | 60.6% | 60.5% | 64.1% | 60.3% | 60.3% | 60.4% | 61.0% | 60.5% | 60.8% | 61.4% | 61.9% | 62.8% | 61.8% |
| | | | | | | | | | | | | | | | | | | | | | |
| Research & Development (Adjusted) | $9,371 | $993 | $1,707 | $1,485 | $1,346 | $5,531 | $3,212 | $2,639 | $3,706 | $3,750 | $13,307 | $3,640 | $3,656 | $3,662 | $3,719 | $14,677 | $3,703 | $3,760 | $3,805 | $3,903 | $15,171 |
| % of Revenue | 6.6% | 2.5% | 4.0% | 3.5% | 3.1% | 3.3% | 8.0% | 6.8% | 10.2% | 10.3% | 8.8% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| | | | | | | | | | | | | | | | | | | | | | |
| Sales & Marketing (Adjusted) | $26,178 | $11,296 | $10,240 | $10,200 | $9,936 | $41,672 | $7,335 | $12,804 | $11,338 | $11,500 | $42,977 | $11,500 | $11,500 | $11,500 | $11,500 | $46,000 | $11,500 | $11,500 | $11,500 | $11,500 | $46,000 |
| % of Revenue | 18.3% | 28.0% | 23.7% | 24.0% | 22.9% | 24.6% | 18.3% | 32.9% | 31.1% | 31.5% | 28.3% | 31.6% | 31.5% | 31.4% | 30.9% | 31.3% | 31.1% | 30.6% | 30.2% | 29.5% | 30.3% |
| | | | | | | | | | | | | | | | | | | | | | |
| General & Administrative (Adjusted) | $53,386 | $9,031 | $9,969 | $11,274 | $10,368 | $40,642 | $9,785 | $9,336 | $11,713 | $11,750 | $42,584 | $11,500 | $11,500 | $11,500 | $11,500 | $46,000 | $11,000 | $11,000 | $11,000 | $11,000 | $44,000 |
| % of Revenue | 37.4% | 22.4% | 23.1% | 26.5% | 23.9% | 24.0% | 24.4% | 24.0% | 32.1% | 32.2% | 28.0% | 31.6% | 31.5% | 31.4% | 30.9% | 31.3% | 29.7% | 29.3% | 28.9% | 28.2% | 29.0% |
| | | | | | | | | | | | | | | | | | | | | | |
| Total Operating Expenses | $88,935 | $21,320 | $21,916 | $22,959 | $21,650 | $87,845 | $20,332 | $24,779 | $26,757 | $27,000 | $98,868 | $26,640 | $26,656 | $26,662 | $26,719 | $106,677 | $26,203 | $26,260 | $26,305 | $26,403 | $105,171 |
| % Y/Y Chg | 158.4% | 112.8% | 80.4% | -16.4% | -32.8% | -1.2% | -4.6% | 13.1% | 16.5% | 24.7% | 12.5% | 31.0% | 7.6% | -0.4% | -1.0% | 7.9% | -1.6% | -1.5% | -1.3% | -1.2% | -1.4% |
| **Est. Operating Income** | $4,322 | $9,825 | $10,074 | $7,647 | $9,839 | $37,385 | $7,300 | $780 | ($4,631) | ($4,920) | ($1,471) | ($4,689) | ($4,593) | ($4,544) | ($4,031) | ($17,858) | ($3,670) | ($3,159) | ($2,755) | ($1,874) | ($11,458) |
| Operating Margin (%) | 3.0% | 24.3% | 23.3% | 18.0% | 22.6% | 22.1% | 18.2% | 2.0% | -12.7% | -13.5% | -1.0% | -12.9% | -12.6% | -12.4% | -10.8% | -12.2% | -9.9% | -8.4% | -7.2% | -4.8% | -7.6% |
| | | | | | | | | | | | | | | | | | | | | | |
| Est. Interest and Other Expense, Net | -$3,480 | -$902 | -$1,955 | -$2,369 | -$185 | -$5,411 | -$1,416 | -$1,367 | -$2,375 | -$1,000 | -$6,158 | -$1,000 | -$1,000 | -$1,000 | -$1,000 | -$4,000 | -$1,000 | -$1,000 | -$1,000 | -$1,000 | -$4,000 |
| | | | | | | | | | | | | | | | | | | | | | |
| Pre-Tax Income | $842 | $8,923 | $8,119 | $5,278 | $9,654 | $31,974 | $5,884 | ($587) | ($7,006) | ($5,920) | ($7,629) | ($5,689) | ($5,593) | ($5,544) | ($5,031) | ($21,858) | ($4,670) | ($4,159) | ($3,755) | ($2,874) | ($15,458) |
| Taxes | ($174) | $1,632 | $2,065 | $156 | $2,512 | $6,365 | $1,825 | $376 | ($270) | ($1,184) | $747 | ($1,138) | ($1,119) | ($1,109) | ($1,006) | ($4,372) | ($934) | ($832) | ($751) | ($575) | ($3,092) |
| Tax Rate (%) | -20.7% | 18.3% | 25.4% | 3.0% | 26.0% | 19.9% | 31.0% | -64.1% | 3.9% | 20.0% | -9.8% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Net Income (Non-GAAP) | $1,016 | $7,291 | $6,054 | $5,122 | $7,142 | $25,609 | $4,059 | ($963) | ($6,736) | ($4,736) | ($8,376) | ($4,551) | ($4,475) | ($4,436) | ($4,025) | ($17,487) | ($3,736) | ($3,327) | ($3,004) | ($2,299) | ($12,367) |
| **Est. Non-GAAP EPS** | $0.01 | $0.07 | $0.06 | $0.05 | $0.07 | $0.26 | $0.04 | ($0.01) | ($0.07) | ($0.06) | ($0.09) | ($0.05) | ($0.05) | ($0.05) | ($0.04) | ($0.21) | ($0.04) | ($0.04) | ($0.04) | ($0.02) | ($0.15) |
| | | | | | | | | | | | | | | | | | | | | | |
| Net Income (Non-GAAP) | $1,016 | $7,291 | $6,054 | $5,122 | $7,142 | $25,609 | $4,059 | ($963) | ($6,736) | ($4,736) | ($8,376) | ($4,551) | ($4,475) | ($4,436) | ($4,025) | ($17,487) | ($3,736) | ($3,327) | ($3,004) | ($2,299) | ($12,367) |
| Share-based Compensation | $14,574 | $14,667 | $14,048 | $13,364 | $10,539 | $52,618 | $10,004 | $10,341 | $10,267 | $10,800 | $41,412 | $10,200 | $9,900 | $9,700 | $9,700 | $39,500 | $9,700 | $9,700 | $9,700 | $9,700 | $38,800 |
| | | | | | | | | | | | | | | | | | | | | | |
| Other Expenses | ($0) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| GAAP Net Income | ($13,558) | ($7,376) | ($7,994) | ($8,242) | ($3,397) | ($27,009) | ($5,945) | ($11,304) | ($17,003) | ($15,536) | ($49,788) | ($14,751) | ($14,375) | ($14,136) | ($13,725) | ($56,987) | ($13,436) | ($13,027) | ($12,704) | ($11,999) | ($51,167) |
| **GAAP EPS - Reported** | ($0.36) | ($0.09) | ($0.10) | ($0.10) | ($0.04) | ($0.33) | ($0.07) | ($0.14) | ($0.21) | ($0.19) | ($0.60) | ($0.18) | ($0.17) | ($0.17) | ($0.16) | ($0.69) | ($0.16) | ($0.16) | ($0.15) | ($0.14) | ($0.61) |
| | | | | | | | | | | | | | | | | | | | | | |
| Basic Shares Outstanding | 38,039 | 80,147 | 80,473 | 80,942 | 81,568 | 80,787 | 81,768 | 82,011 | 82,469 | 82,619 | 82,217 | 82,769 | 82,919 | 83,069 | 83,219 | 82,994 | 83,369 | 83,519 | 83,669 | 83,819 | 83,594 |
| Est. Diluted Shares Outstanding | 96,900 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 | 97,300 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Adjusted EBITDA** | | | | | | | | | | | | | | | | | | | | | |
| Non-GAAP Operating Income | $4,322 | $9,825 | $10,074 | $7,647 | $9,839 | $37,385 | $7,300 | $780 | ($4,631) | ($4,920) | ($1,471) | ($4,689) | ($4,593) | ($4,544) | ($4,031) | ($17,858) | ($3,670) | ($3,159) | ($2,755) | ($1,874) | ($11,458) |
| Depreciation and Amortization | $5,197 | $1,167 | $1,582 | $1,323 | $1,316 | $5,388 | $1,413 | $1,376 | $1,082 | $1,100 | $4,971 | $1,100 | $1,100 | $1,100 | $1,100 | $4,400 | $1,100 | $1,100 | $1,100 | $1,100 | $4,400 |
| Other Adjustments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Adjusted EBITDA - ex-IPO Bonus** | $9,519 | $10,992 | $11,656 | $8,970 | $11,155 | $42,773 | $8,713 | $2,156 | ($3,549) | ($3,820) | $3,500 | ($3,589) | ($3,493) | ($3,444) | ($2,931) | ($13,458) | ($2,570) | ($2,059) | ($1,655) | ($774) | ($7,058) |
| Adjusted EBITDA Margin (%) | 6.7% | 27.2% | 27.0% | 21.1% | 25.7% | 25.2% | 21.7% | 5.5% | -9.7% | -10.5% | 2.3% | -9.9% | -9.6% | -9.4% | -7.9% | -9.2% | -6.9% | -5.5% | -4.3% | -2.0% | -4.7% |

*Source: Piper Sandler Estimates, Company Filings*
*(figures in $ thousands)*
Current disclosure information for this company can be found at:
www.pipersandler.com/researchdisclosures
*Last Updated: 11/07/2023*

| EXFY: Expensify Balance Sheet | FY 2021 | 1Q22 MAR | 2Q22 JUN | 3Q22 SEPT | 4Q22 DEC | FY 2022 | 1Q23 MAR | 2Q23 JUN | 3Q23 SEPT | 4Q23E DEC | FY 2023E | 1Q24E MAR | 2Q24E JUN | 3Q24E SEPT | 4Q24E DEC | FY 2024E | 1Q25E MAR | 2Q25E JUN | 3Q25E SEPT | 4Q25E DEC | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $98,398 | $101,101 | $105,537 | $106,212 | $103,787 | $103,787 | $111,232 | $97,795 | $89,118 | $91,833 | $91,833 | $87,962 | $84,599 | $82,134 | $76,981 | $76,981 | $75,152 | $74,332 | $75,043 | $73,073 | $73,073 |
| Accounts receivable, net | $15,713 | $16,022 | $16,270 | $16,274 | $16,448 | $16,448 | $15,705 | $14,922 | $14,508 | $15,508 | $15,508 | $14,660 | $13,878 | $13,659 | $14,359 | $14,359 | $13,341 | $12,404 | $12,250 | $12,740 | $12,740 |
| Settlement assets | $21,880 | $34,313 | $43,780 | $39,359 | $35,838 | $35,838 | $38,490 | $39,276 | $42,930 | $43,530 | $43,530 | $45,408 | $47,201 | $50,097 | $50,517 | $50,517 | $51,831 | $53,086 | $55,113 | $55,407 | $55,407 |
| Prepaid expenses | $7,436 | $7,060 | $5,430 | $5,698 | $8,825 | $8,825 | $7,411 | $5,050 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 | $5,153 |
| Related party loan receivable, current | $14 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other current assets | $14,201 | $15,746 | $20,434 | $21,247 | $22,217 | $22,217 | $21,282 | $24,606 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 | $27,934 |
| **Total Current Assets** | **$157,642** | **$174,242** | **$191,451** | **$188,790** | **$187,115** | **$187,115** | **$194,120** | **$181,649** | **$179,643** | **$183,958** | **$183,958** | **$181,117** | **$178,765** | **$178,977** | **$174,944** | **$174,944** | **$173,412** | **$172,909** | **$175,494** | **$174,308** | **$174,308** |
| | | | | | | | | | | | | | | | | | | | | | |
| Property and equipment, net | $15,930 | $15,584 | $15,174 | $14,872 | $14,492 | $14,492 | $14,021 | $14,545 | $14,598 | $14,458 | $14,458 | $14,418 | $14,378 | $14,338 | $14,298 | $14,298 | $14,258 | $14,218 | $14,178 | $14,138 | $14,138 |
| Capitalized software, net | $6,359 | $6,158 | $6,006 | $6,142 | $6,881 | $6,881 | $7,581 | $8,617 | $10,247 | $10,307 | $10,307 | $10,367 | $10,427 | $10,487 | $10,547 | $10,547 | $10,607 | $10,667 | $10,727 | $10,787 | $10,787 |
| Lease right-of-use assets | $2,202 | $1,832 | $1,472 | $1,109 | $745 | $745 | $512 | $6,417 | $6,607 | $6,467 | $6,467 | $6,317 | $6,167 | $6,017 | $5,867 | $5,867 | $5,717 | $5,567 | $5,417 | $5,267 | $5,267 |
| Deferred tax assets, net | $370 | $370 | $689 | $200 | $344 | $344 | $374 | $409 | $430 | $430 | $430 | $430 | $430 | $430 | $430 | $430 | $430 | $430 | $430 | $430 | $430 |
| Related Party Loan, non-current | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other long term assets | $710 | $628 | $580 | $580 | $664 | $664 | $658 | $749 | $789 | $789 | $789 | $789 | $789 | $789 | $789 | $789 | $789 | $789 | $789 | $789 | $789 |
| **Total Assets** | **$183,213** | **$198,814** | **$215,372** | **$211,693** | **$210,241** | **$210,241** | **$217,266** | **$212,386** | **$212,314** | **$216,409** | **$216,409** | **$213,438** | **$210,956** | **$211,038** | **$206,875** | **$206,875** | **$205,213** | **$204,580** | **$207,035** | **$205,719** | **$205,719** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | | | | | | |
| Accounts payable | $3,752 | $1,437 | $2,169 | $2,177 | $1,059 | $1,059 | $2,003 | $1,691 | $1,292 | ($1,991) | ($1,991) | ($295) | $2,539 | $2,467 | $168 | $168 | $2,204 | $5,604 | $5,554 | $3,945 | $3,945 |
| Accrued expenses and other liabilities | $11,046 | $8,411 | $8,967 | $7,862 | $9,070 | $9,070 | $10,770 | $11,650 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 | $12,654 |
| Borrowings under line of credit | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| Current portion of long-term debt, net | $549 | $547 | $548 | $549 | $551 | $551 | $550 | $557 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 | $8,099 |
| Lease liabilities, current | $1,549 | $1,559 | $1,508 | $1,190 | $800 | $800 | $443 | $278 | $387 | $387 | $387 | $387 | $387 | $387 | $387 | $387 | $387 | $387 | $387 | $387 | $387 |
| Settlement liabilities | $21,680 | $34,113 | $41,590 | $36,383 | $33,882 | $33,882 | $33,144 | $32,500 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 | $36,333 |
| **Total Current Liabilities** | **$53,576** | **$61,067** | **$69,782** | **$63,161** | **$60,362** | **$60,362** | **$61,910** | **$61,676** | **$73,765** | **$70,482** | **$70,482** | **$72,178** | **$75,012** | **$74,940** | **$72,641** | **$72,641** | **$74,677** | **$78,077** | **$78,027** | **$76,418** | **$76,418** |
| | | | | | | | | | | | | | | | | | | | | | |
| Lease liabilities, non-current | $802 | $405 | $68 | $0 | $0 | $0 | $95 | $6,226 | $6,506 | $0 | $0 | $400 | $10 | $0 | $0 | $0 | $400 | $10 | $0 | $0 | $0 |
| Long-term debt, net | $52,067 | $51,847 | $51,710 | $51,572 | $51,434 | $51,434 | $51,297 | $43,180 | $35,579 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 | $52,400 |
| Deferred tax liabilities, net | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other long-term liabilities | $153 | $1,028 | $1,121 | $1,145 | $1,204 | $1,204 | $1,268 | $1,441 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 | $1,408 |
| **Total Liabilities** | **$106,598** | **$114,347** | **$122,681** | **$115,878** | **$113,000** | **$113,000** | **$114,570** | **$112,523** | **$117,258** | **$124,290** | **$124,290** | **$126,386** | **$128,830** | **$128,748** | **$126,449** | **$126,449** | **$128,885** | **$131,895** | **$131,835** | **$130,226** | **$130,226** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Stockholders' Equity** | | | | | | | | | | | | | | | | | | | | | |
| Total equity | $142,521 | $157,749 | $173,967 | $185,333 | $194,814 | $194,814 | $206,214 | $216,429 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 | $217,326 |
| Accumulated deficit | ($65,906) | ($73,282) | ($81,276) | ($89,518) | ($97,573) | ($97,573) | ($103,518) | ($116,566) | ($122,270) | ($125,206) | ($125,206) | ($130,274) | ($135,200) | ($135,036) | ($136,901) | ($136,901) | ($140,999) | ($144,642) | ($142,126) | ($141,833) | ($141,833) |
| **Stockholders' Equity and Liabilities** | **$183,213** | **$198,814** | **$215,372** | **$211,693** | **$210,241** | **$210,241** | **$217,266** | **$212,386** | **$212,314** | **$216,409** | **$216,409** | **$213,438** | **$210,956** | **$211,038** | **$206,875** | **$206,875** | **$205,213** | **$204,580** | **$207,035** | **$205,719** | **$205,719** |

*Source: Piper Sandler Estimates, Company Filings*
*(figures in $ thousands)*

| EXFY: Expensify Statement of Cash Flows | FY 2021 | 1Q22 MAR | 2Q22 JUN | 3Q22 SEPT | 4Q22 DEC | FY 2022 | 1Q23 MAR | 2Q23 JUN | 3Q23 SEPT | 4Q23E DEC | FY 2023E | 1Q24E MAR | 2Q24E JUN | 3Q24E SEPT | 4Q24E DEC | FY 2024E | 1Q25E MAR | 2Q25E JUN | 3Q25E SEPT | 4Q25E DEC | FY 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (Loss) | ($13,558) | ($7,376) | ($7,994) | ($8,242) | ($3,397) | ($27,009) | ($5,945) | ($11,304) | ($17,003) | ($15,536) | ($49,788) | ($14,751) | ($14,375) | ($14,136) | ($13,725) | ($56,987) | ($13,436) | ($13,027) | ($12,704) | ($11,999) | ($51,167) |
| Depreciation and amortization | $5,197 | $1,167 | $1,568 | $1,337 | $1,316 | $5,388 | $1,413 | $1,376 | $1,082 | $1,080 | $4,951 | $1,080 | $1,080 | $1,080 | $1,080 | $4,320 | $1,080 | $1,080 | $1,080 | $1,080 | $4,320 |
| Stock-based compensation | $14,574 | $14,667 | $13,761 | $13,365 | $10,539 | $52,332 | $10,004 | $10,341 | $10,267 | $10,800 | $41,412 | $10,200 | $9,900 | $9,700 | $9,700 | $39,500 | $9,700 | $9,700 | $9,700 | $9,700 | $38,800 |
| Reduction of operating lease right-of-use assets | $741 | $185 | $173 | $173 | $135 | $666 | $181 | $153 | $142 | $140 | $616 | $150 | $150 | $150 | $150 | $600 | $150 | $150 | $150 | $150 | $600 |
| Loss on impairment, sale or disposal of equiment and receivables | $319 | $231 | $244 | $247 | $159 | $881 | $146 | $256 | $183 | $0 | $585 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amortization of debt discount | $32 | $10 | $11 | $1 | $20 | $42 | $11 | $38 | $90 | $0 | $139 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Deferred tax assets | $48 | $0 | ($319) | $489 | ($144) | $26 | ($30) | ($35) | ($21) | $0 | ($86) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Deferred tax liabilities | ($916) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| *Changes in Assets/Liabilities:* | | | | | | | | | | | | | | | | | | | | | |
| Accounts receivable | ($6,006) | ($482) | ($424) | ($110) | ($325) | ($1,341) | $707 | $651 | $313 | ($1,000) | $671 | $848 | $781 | $219 | ($700) | $1,149 | $1,018 | $937 | $153 | ($490) | $1,619 |
| Other current assets | ($4,100) | ($144) | $1,337 | ($635) | $2,317 | $2,875 | $8 | ($1,048) | ($821) | $0 | ($1,861) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other non-current assets | $124 | $0 | $2 | $9 | ($92) | ($81) | $0 | $0 | ($125) | $0 | ($125) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Settlement assets | $173 | ($5,689) | ($3,310) | ($1,097) | $2,300 | ($7,796) | ($2,683) | ($2,561) | ($4,137) | ($600) | ($9,981) | ($1,878) | ($1,793) | ($2,896) | ($420) | ($6,987) | ($1,315) | ($1,255) | ($2,027) | ($294) | ($4,891) |
| Related party loan receivables | $586 | $14 | $0 | $0 | $0 | $14 | $406 | ($406) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepaid expenses | ($6,509) | $377 | $1,629 | ($268) | ($3,127) | ($1,389) | $1,414 | $2,361 | ($103) | ($3,283) | $389 | $1,697 | $2,833 | ($72) | ($2,298) | $2,160 | $2,036 | $3,400 | ($50) | ($1,609) | $3,777 |
| Accounts payable | $1,424 | ($2,316) | $733 | $8 | ($1,118) | ($2,693) | $944 | ($312) | ($403) | $0 | $229 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accrued expenses and other liabilities | $7,511 | ($2,635) | $1,269 | ($829) | $658 | ($1,537) | $1,947 | $723 | $1,589 | $0 | $4,259 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Settlement liabilities | $7,372 | $12,433 | $7,477 | ($5,207) | ($2,501) | $12,202 | ($738) | ($644) | $3,833 | $1,800 | $4,251 | ($517) | ($451) | $4,600 | $2,160 | $5,792 | ($362) | ($316) | $5,520 | $2,592 | $7,434 |
| Other liabilities | ($1,526) | $781 | ($222) | ($170) | ($93) | $296 | ($143) | ($23) | $8 | $0 | ($158) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Cash Flow From Operating Activities** | **$5,486** | **$11,223** | **$15,935** | **($929)** | **$6,647** | **$32,876** | **$7,642** | **($434)** | **($5,106)** | **($6,600)** | **($4,498)** | **($3,171)** | **($1,874)** | **($1,355)** | **($4,053)** | **($10,453)** | **($1,128)** | **$669** | **$1,821** | **($870)** | **$493** |
| Purchases and disposals of property and equipment | ($2,706) | ($179) | ($88) | ($200) | ($113) | ($580) | ($28) | ($451) | ($624) | ($400) | ($1,503) | ($500) | ($500) | ($500) | ($500) | ($2,000) | ($500) | ($500) | ($500) | ($500) | ($2,000) |
| Software development costs | ($4,908) | ($494) | $26 | ($438) | ($713) | ($1,619) | ($870) | ($1,173) | ($1,687) | ($600) | ($4,330) | ($600) | ($600) | ($600) | ($600) | ($2,400) | ($600) | ($600) | ($600) | ($600) | ($2,400) |
| **Cash Flow From Investing Activities** | **($7,614)** | **($673)** | **($62)** | **($638)** | **($826)** | **($2,199)** | **($898)** | **($1,624)** | **($2,311)** | **($1,000)** | **($5,833)** | **($1,100)** | **($1,100)** | **($1,100)** | **($1,100)** | **($4,400)** | **($1,100)** | **($1,100)** | **($1,100)** | **($1,100)** | **($4,400)** |
| Proceeds from issuance of capital stock, net | $63,230 | $252 | $1,455 | $726 | ($1,638) | $795 | $1,165 | $1,036 | $1,147 | $0 | $3,348 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Principal payments of finance leases | ($774) | ($197) | ($197) | ($199) | ($200) | ($793) | ($201) | ($203) | ($78) | ($6,506) | ($6,988) | $400 | ($390) | ($10) | $0 | $0 | $400 | ($390) | ($10) | $0 | $0 |
| Proceeds/(payments) from line of credit, term loan, & mortgage | $19,809 | ($146) | ($151) | ($148) | ($150) | ($595) | ($150) | ($8,150) | ($150) | $16,821 | $8,371 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payments of deferred offering costs & other | ($4,796) | $309 | ($309) | $700 | ($2,363) | ($1,663) | ($666) | ($858) | ($242) | $0 | ($1,766) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Repurchases of common stock | $3,096 | $0 | ($20) | ($4,177) | ($1,828) | ($6,025) | ($7) | ($3,006) | ($8) | $0 | ($3,021) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Cash Flow From Financing Activities** | **$80,565** | **$218** | **$778** | **($3,098)** | **($6,179)** | **($8,281)** | **$141** | **($11,181)** | **$669** | **$10,315** | **($56)** | **$400** | **($390)** | **($10)** | **$0** | **$400** | **$400** | **($390)** | **($10)** | **$0** | **$0** |
| Net Change in Cash and Equivalents | $78,437 | $10,768 | $16,651 | ($4,665) | ($358) | $22,396 | $6,885 | ($13,239) | ($6,748) | $2,715 | ($10,387) | ($3,871) | ($3,364) | ($2,465) | ($5,153) | ($14,853) | ($1,828) | ($821) | $711 | ($1,970) | ($3,907) |
| Cash, Equivalents, and Restricted Cash at the Beginning of Period | $46,878 | $125,315 | $136,083 | $152,734 | $148,069 | $125,315 | $147,711 | $154,596 | $141,357 | $134,609 | $147,711 | $137,324 | $133,453 | $130,090 | $127,625 | $137,324 | $122,472 | $120,643 | $119,823 | $120,534 | $122,472 |
| **Cash and Equivalents at the End of Period** | **$125,315** | **$136,083** | **$152,734** | **$148,069** | **$147,711** | **$147,711** | **$154,596** | **$141,357** | **$134,609** | **$137,324** | **$137,324** | **$133,453** | **$130,090** | **$127,625** | **$122,472** | **$122,472** | **$120,643** | **$119,823** | **$120,534** | **$118,564** | **$118,564** |
| **Free cash flow** | **($2,128)** | **$10,550** | **$15,873** | **($1,567)** | **$5,816** | **$30,672** | **$6,744** | **($2,058)** | **($7,417)** | **($7,600)** | **($10,331)** | **($4,271)** | **($2,974)** | **($2,455)** | **($5,153)** | **($14,853)** | **($2,228)** | **($431)** | **$721** | **($1,970)** | **($3,907)** |
| % FCF margin | -1.5% | 26% | 36.8% | -3.7% | 13.4% | 18.1% | 16.8% | -5.3% | -20.3% | -20.8% | -6.8% | -11.7% | -8.1% | -6.7% | -13.9% | -10.1% | -6.0% | -1.1% | 1.9% | -5.0% | -2.6% |
| **Free cash flow ex-Settlement Assets & Liabilities** | **($9,673)** | **$3,806** | **$11,706** | **$4,737** | **$6,017** | **$26,266** | **$10,165** | **$1,147** | **($7,113)** | **($8,800)** | **($4,601)** | **($1,876)** | **($730)** | **($4,159)** | **($6,893)** | **($13,658)** | **($552)** | **$1,140** | **($2,771)** | **($4,268)** | **($6,451)** |
| % margin | -6.8% | 9.4% | 27.1% | 11.1% | 13.8% | 15.5% | 25.3% | 2.9% | -19.5% | -24.1% | -3.0% | -5.2% | -2.0% | -11.4% | -18.5% | -9.3% | -1.5% | 3.0% | -7.3% | -10.9% | -4.3% |

*Source: Piper Sandler Estimates, Company Filings*
*(figures in $ thousands)*

Case 3:23-cv-01784-JR    Document 54-6    Filed 07/09/24    Page 7 of 8

## IMPORTANT RESEARCH DISCLOSURES



Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:

I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | | | IB Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Distribution of Ratings/IB Services** | | | | |
| **Piper Sandler** | | | | |
| Rating | Count | Percent | Count | Percent |
| **BUY [OW]** | 571 | 58.15 | 140 | 24.52 |
| **HOLD [N]** | 369 | 37.58 | 43 | 11.65 |
| **SELL [UW]** | 42 | 4.28 | 1 | 2.38 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Brent A. Bracelin, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 7 November 2023 21:17EST.

## Research Disclosures

Piper Sandler was a registered market maker in the securities of Expensify, Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 6th Floor, 2 Gresham Street, London EC2V 7AD. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives. Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e., persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2023 Piper Sandler. All rights reserved.