Damon C. Elder, OSB No. 085313
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Avenue, Suite 3000
Seattle, WA 98101-3808
Telephone: +1.206.274.6400
damon.elder@morganlewis.com

Charlene S. Shimada (*pro hac vice*)
Kevin M. Papay (*pro hac vice*)
Robert H. O'Leary (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: +1.415.442.1000
charlene.shimada@morganlewis.com
kevin.papay@morganlewis.com
bob.oleary@morganlewis.com

*Attorneys for Defendants J.P. Morgan Securities LLC,*
*Citigroup Global Markets Inc., BofA Securities, Inc.,*
*Piper Sandler & Co., Citizens JMP Securities, LLC,*
*and Loop Capital Markets LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, ROBERT LENT, ANU MURALIDHARAN, JASON MILLS, DANIEL VIDAL, TIMOTHY L. CHRISTEN, YING (VIVIAN) LIU, ELLEN PAO, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., PIPER SANDLER & CO., JMP SECURITIES LLC, and LOOP CAPITAL MARKETS LLC,<br><br>          Defendants. | Case No. 3:23-cv-01784-JR<br><br>**UNDERWRITER DEFENDANTS' JOINDER IN EXPENSIFY DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>ORAL ARGUMENT REQUESTED |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7-1

Pursuant to L.R. 7-1(a), the undersigned counsel for Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Piper Sandler & Co., Citizens JMP Securities, LLC, and Loop Capital Markets LLC (collectively, the "Underwriter Defendants") certifies that counsel for the Underwriter Defendants, Robert H. O'Leary, conferred via telephone with counsel for Plaintiff, Adam M. Apton and Michael B. Merchant, and made a good faith effort to resolve the dispute, but the Underwriter Defendants and Plaintiff were unable to do so.

## JOINDER

The Underwriter Defendants hereby join in the Expensify Defendants' Motion to Dismiss the Amended Class Action Complaint and Supporting Memorandum of Law (the "Expensify Motion"). ECF No. 53. The arguments and authorities regarding Plaintiff's failure to plead a Section 11 claim (Sections I through IV.C and V of the Expensify Motion) apply with equal force to the Underwriter Defendants. Therefore, the Underwriter Defendants respectfully request that the Court dismiss with prejudice the Section 11 claim asserted against them.

Dated: July 9, 2024                     MORGAN, LEWIS & BOCKIUS LLP


By:  _/s/ Damon C. Elder_
     Damon C. Elder, OSB No. 085313
     **MORGAN, LEWIS & BOCKIUS LLP**
     1301 Second Avenue, Suite 3000
     Seattle, WA 98101-3808
     Telephone:  +1.206.274.6400
     damon.elder@morganlewis.com


-and-

Charlene S. Shimada (*pro hac vice*)
Kevin M. Papay (*pro hac vice*)
Robert H. O'Leary (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  +1.415.442.1000
charlene.shimada@morganlewis.com
kevin.papay@morganlewis.com
bob.oleary@morganlewis.com

*Attorneys for Defendants J.P. Morgan Securities LLC,
Citigroup Global Markets Inc., BofA Securities, Inc.,
Piper Sandler & Co., Citizens JMP Securities, LLC, and
Loop Capital Markets LLC*