FOSTER GARVEY PC
Eryn Karpinski Hoerster, OSB #106126
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: +1.503.228.3939
Facsimile: +1.503. 226.0259
*eryn.hoerster@foster.com*

LATHAM & WATKINS LLP
Daniel R. Gherardi (*pro hac vice*)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*daniel.gherardi@lw.com*

Melanie M. Blunschi (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.491.0600
Facsimile: +1.415.395.8095
*melanie.blunschi@lw.com*

*Attorneys for Defendants Expensify, Inc., David Barrett, Ryan Schaffer, Blake Bartlett, and Robert Lent*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPENSIFY, INC., DAVID BARRETT, RYAN SCHAFFER, BLAKE BARTLETT, and ROBERT LENT,<br><br>    Defendants. | Case No.: 3:23-cv-01784-JR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br>(Civil L.R. 29)<br><br>Hon. Jolie A. Russo |

Lead Plaintiff Aleem Kanji ("Lead Plaintiff") and Defendants Expensify, Inc.

Page 1 – STIPULATION AND [PROPOSED] ORDER

("Expensify"), David Barrett, Ryan Schaffer, Blake Bartlett, and Robert Lent (collectively, with Expensify, the "Expensify Defendants"), J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Piper Sandler & Co., Citizens JMP Securities, LLC, and Loop Capital Markets LLC (collectively, the "Underwriter Defendants," and together with Lead Plaintiff and the Expensify Defendants, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on July 9, 2024, the Expensify Defendants filed their Motion to Dismiss the Amended Class Action Complaint, Dkt. No. 53, and Request for Judicial Notice In Support of Their Motion to Dismiss, Dkt. No. 55;

**WHEREAS**, on July 9, 2024, the Underwriter Defendants filed a Notice of Joinder in Expensify Defendants' Motion to Dismiss the Amended Class Action Complaint, Dkt. No. 57;

**WHEREAS**, on December 30, 2024, Magistrate Judge Russo issued her Findings and Recommendation as to the Expensify Defendants' Motion to Dismiss the Amended Class Action Complaint and Request for Judicial Notice, Dkt. No. 62 (the "F&R");

**WHEREAS**, on December 30, 2024, Magistrate Judge Russo referred the F&R to Judge Amy M. Baggio for review and ordered the Parties to file written objections to the F&R within fourteen (14) days from the date of service of a copy of the F&R, Dkt. No. 63;

**WHEREAS**, the Parties have met and conferred and agree that due to previously planned travel and family commitments over the holidays and to ensure that the Parties have sufficient time to adequately address the complex, important, and nuanced issues raised in Magistrate Judge Russo's F&R, an extension of the deadline to file written objections to the F&R should be extended by eight (8) days to January 21, 2025;

**WHEREAS,** counsel for the Parties respectfully submit that good cause exists to enter the below schedule for the Parties' objections to Magistrate Judge Russo's F&R.

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that subject to the Court's approval:

1. The Parties shall file any written objections to the F&R (Dkt. No. 62) by no later than January 21, 2025.

2. The Parties shall file any responses to the objections by no later than February 4, 2025.

DATED: January 2, 2025

Respectfully submitted,

FOSTER GARVEY PC

By: */s/ Eryn Karpinski Hoerster*
Eryn Karpinski Hoerster, OSB #106126
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: +1.503.228.3939
Facsimile: +1.503. 226.0259
*eryn.hoerster@foster.com*

LATHAM & WATKINS LLP
Daniel R. Gherardi (*pro hac vice*)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
daniel.gherardi@lw.com

Melanie M. Blunschi (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.491.0600
melanie.blunschi@lw.com

*Attorneys for Expensify Defendants*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Damon C. Elder*

        Damon C. Elder, OSB No. 085313
        1301 Second Avenue, Suite 3000
        Seattle, WA 98101-3808
        Telephone: +1.206.274.6400
        damon.elder@morganlewis.com

        Charlene S. Shimada (*pro hac vice*)
        Kevin M. Papay (*pro hac vice*)
        Robert H. O'Leary (*pro hac vice*)
        One Market, Spear Street Tower
        San Francisco, CA 94105
        Telephone: +1.415.442.1000
        charlene.shimada@morganlewis.com
        kevin.papay@morganlewis.com
        bob.oleary@morganlewis.com

        *Attorneys for Underwriter Defendants*

        BLACK HELTERLINE LLP

        By: */s/ Michael B. Merchant*
        Michael B. Merchant, OSB No. 882680
        805 S.W. Broadway, Suite 1900
        Portland, OR 97205
        Telephone: (503) 224-5560
        Facsimile: (503) 224-6148
        Email: mike.merchant@bhlaw.com

        *Liaison Counsel for Lead Plaintiff*

        LEVI & KORSINSKY, LLP
        Adam M. Apton (*pro hac vice*)
        33 Whitehall Street, 17th Floor
        New York, NY 10004
        Tel.: (212) 363-7500
        Fax: (212) 363-7171
        Email: aapton@zlk.com

        *Lead Counsel for Lead Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____                                    _____
                                                                    Hon. Jolie A. Russo
                                                                     United States Magistrate Judge

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Deadline to File Objections to Findings and Recommendation Regarding Defendants' Motion to Dismiss. Pursuant to L.R 11-1(b) regarding signatures, I, Eryn Karpinski Hoerster, attest that concurrence in the filing of this document has been obtained.

DATED:  January 2, 2025                             /s/ *Eryn Karpinski Hoerster*
                                                    Eryn Karpinski Hoerster