FOSTER GARVEY PC
Eryn Karpinski Hoerster, OSB #106126
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: +1.503.228.3939
Facsimile:  +1.503. 226.0259
*eryn.hoerster@foster.com*

LATHAM & WATKINS LLP
Melanie M. Blunschi (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.491.0600
Facsimile:   +1.415.395.8095
*melanie.blunschi@lw.com*

Daniel R. Gherardi (*pro hac vice*)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*daniel.gherardi@lw.com*

*Attorneys for Defendants Expensify, Inc., David Barrett, Ryan Schaffer, Blake Bartlett, Robert Lent, Anu Muralidharan, Jason Mills, Daniel Vidal, Timothy L. Christen, Ying (Vivian) Liu, and Ellen Pao*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CODY WILHITE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>EXPENSIFY, INC., et al.,<br>　　　　　　　Defendants. | Case No. 3:23-cv-01784-JR<br><br>**JOINT PROPOSED CASE MANAGEMENT SCHEDULE** |

Pursuant to the Order Granting the Parties' Stipulated Motion for Extension of Time (ECF No. 31), Lead Plaintiff Aleem Kanji ("Plaintiff") and Defendants Expensify, Inc. ("Expensify" or the "Company"), David Barrett, Ryan Schaffer, Blake Bartlett, Robert Lent, Anu Muralidharan, Jason Mills, Daniel Vidal, Timothy Christen, Ying (Vivian) Liu, and Ellen Pao (collectively, the "Individual Defendants" and together with Expensify, the "Expensify Defendants"), and J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Piper Sandler & Co., Citizens JMP Securities, LLC, and Loop Capital Markets LLC (collectively, the "Underwriter Defendants," and together with Plaintiff and the Expensify Defendants, the "Parties") hereby submit this Joint Proposed Case Management Schedule to the Court.

Counsel for the Parties have met and conferred regarding a schedule for discovery and briefing through trial. Under the Private Securities Litigation Reform Act of 1955 ("PSLRA"), all discovery and other proceedings in this action were stayed during the pendency of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violation of Federal Securities Laws (ECF No. 53). Based on the undersigned counsel's experience with cases of similar complexity and cases involving claims under the federal securities laws and subject to the PSLRA, the Parties believe that the following case schedule is reasonable and appropriate.

| EVENT | JOINT REQUESTED DATE |
|---|---|
| Parties to complete Rule 26(f) discussions | April 14, 2025 |
| Last Day for Defendants to File Answer to Amended Complaint | April 21, 2025 |
| Last Day for Parties to Exchange Initial Disclosures | May 7, 2025 |
| Substantial Completion of Document Productions | December 1, 2025 |
| Last Day to File Plaintiffs' Motion for Class Certification (including any supporting expert reports) | January 16, 2026 |
| Last Day to File Defendants' Opposition to Plaintiffs' Motion for Class Certification (including any supporting expert reports)<br><br>*The parties anticipate they will be deposing affirmative class cert experts during this time | April 3, 2026 |

Page 1 – JOINT PROPOSED CASE MANAGEMENT SCHEDULE

FG: 103565445.1

| EVENT | JOINT REQUESTED DATE |
|---|---|
| Last Day to File Plaintiffs' Reply in Support of Class Certification Motion<br><br>*The parties anticipate they will be deposing opposing class cert experts during this time | May 15, 2026 |
| End of Fact Discovery | June 30, 2026 |
| Last Day to Serve Initial Expert Reports | July 31, 2026 |
| Last Day to Serve Rebuttal Expert Reports | August 28, 2026 |
| Expert Discovery Cut-Off (including hearing of discovery motions) | September 30, 2026 |
| Last Day to File Dispositive and Daubert Motions | October 30, 2026 |
| Final Pretrial Conference | April 5, 2027 |
| Trial | May 5, 2027 |

DATED: April 7, 2025              Respectfully submitted,

       FOSTER GARVEY PC

       By: */s/ Eryn Karpinski Hoerster*
       Eryn Karpinski Hoerster, OSB #106126
       121 SW Morrison Street, Eleventh Floor
       Portland, Oregon 97204-3141
       Telephone: +1.503.228.3939
       Facsimile:  +1.503. 226.0259
       *eryn.hoerster@foster.com*

       LATHAM & WATKINS LLP

       Melanie M. Blunschi (*pro hac vice*)
       505 Montgomery Street, Suite 2000
       San Francisco, California 94111
       Telephone:  +1.415.491.0600
       melanie.blunschi@lw.com

       Daniel R. Gherardi (*pro hac vice*)
       140 Scott Drive
       Menlo Park, California 94025
       Telephone:  +1.650.328.4600
       Facsimile:  +1.650.463.2600
       daniel.gherardi@lw.com

       *Attorneys for Expensify and Individual Defendants*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Damon C. Elder*
Damon C. Elder, OSB No. 085313
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone:  +1.206.274.6400
Facsimile:  +1.206.274.6401
damon.elder@morganlewis.com

Charlene S. Shimada (*pro hac vice*)
Kevin M. Papay (*pro hac vice*)
Robert H. O'Leary (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:  +1.415.442.1000
Facsimile:  +1.415.442.1001
charlene.shimada@morganlewis.com
kevin.papay@morganlewis.com
bob.oleary@morganlewis.com

*Attorneys for the Underwriter Defendants*

BLACK HELTERLINE LLP

By: */s/ Michael B. Merchant*
Michael B. Merchant, OSB No. 882680
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
Email: mike.merchant@bhlaw.com

*Liaison Counsel for Aleem Kanji*

LEVI & KORSINSKY, LLP
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Aleem Kanji*

Page 3 – JOINT PROPOSED CASE MANAGEMENT SCHEDULE

FG: 103565445.1

**SIGNATURE ATTESTATION**

      I am the ECF User whose identification and password are being used to file the foregoing Joint Proposed Case Management Schedule.  Pursuant to L.R 11-1(b) regarding signatures, I, Eryn Karpinski Hoerster, attest that concurrence in the filing of this document has been obtained.


DATED:  April 7, 2025                                          /s/ *Eryn Karpinski Hoerster*
                                                                                      Eryn Karpinski Hoerster